## CERTIFICATE OF SERVICE

    Ross E. Firsenbaum, an attorney, hereby certifies that on Tuesday, January 22, 2008, a true and correct copy of the Removing Defendants' Supplemental Memorandum of Law in Further Opposition to Plaintiff's Motion to Remand to the Circuit Court of Cook County; Declaration of Ross E. Firsenbaum in support thereof; Notices of Appearance by Robert B. McCaw, Philip D. Anker, Lori A. Martin, John V.H. Pierce, Dawn M. Wilson, Michael L. Feinberg, and Ross E. Firsenbaum; Removing Defendants' cover letter to the Honorable Gerard E. Lynch dated January 22, 2008; and the Removing Defendants' Notice of Removal and Memorandum of Law in Further Opposition to Plaintiff's Motion to Remand to the Circuit Court of Cook County (and all supporting documentation), filed in the Northern District of Illinois before this case was transferred to this District, were served via federal express to the following:

| | |
|---|---|
| Sascha N. Rand<br>QUINN EMANUEL URQUHART OLIVER & HEDGES LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>*Counsel to Plaintiff Marc S. Kirschner, As Trustee for the Refco Private Actions Trust* | John R. McCambridge<br>GRIPPO AND ELDEN LLC<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>*Counsel to Plaintiff Trustee of the Refco Litigation Trust* |
| Bradley E. Lerman<br>David Emilio Mollon<br>James David Reich, Jr.<br>Bruce Roger Braun<br>Catherine W. Joyce<br>Linda T. Coberly<br>WINSTON & STRAWN LLP<br>35 W. Wacker Drive<br>Chicago, Illinois 60601<br>*Counsel to Defendant Grant Thornton, LLP* | John K. Villa<br>William T. Burke<br>Thomas George Ward<br>WILLIAMS & CONNOLLY LLP<br>725 Twelfth Street, N.W.<br>Washington, D.C. 20005<br>*Counsel to Defendant Mayer Brown LLP* |
| Miles N. Ruthberg<br>LATHAM & WATKINS LLP<br>633 West Fifth Street<br>Suite 4000<br>Los Angeles, California 90071<br>*Counsel to Defendant Ernst & Young U.S. LLP* | Kevin M. Forde<br>KEVIN M. FORDE, LTD.<br>111 West Washington Street<br>Suite 1100<br>Chicago, IL 60602<br>*Counsel to Defendant Mayer Brown LLP* |
| James J. Capra, Jr.<br>ORRICK HERRINGTON & SUTCLIFFE LLP<br>666 Fifth Avenue<br>New York, NY 10103<br>*Counsel to Defendant PricewaterhouseCoopers LLP* | Anthony Mathias Candido<br>Joel Michael Cohen<br>CLIFFORD CHANCE US, LLP<br>31 West 52nd Street<br>New York, NY 10019<br>*Counsel to Defendant Mayer Brown International LLP* |

| | |
|---|---|
| Jeffrey T. Golenbock<br>Adam Craig Silverstein<br>GOLENBOCK EISEMAN ASSOR<br>BELL & PESKIE LLP<br>437 Madison Avenue<br>New York, NY 10022-7302<br><br>and<br><br>Heather L. Kramer<br>Edward S. Weil<br>SCHWARTZ COOPER CHARTERED<br>180 North LaSalle Street<br>Suite 2700<br>Chicago, IL 60601<br>*Counsel to Defendants Phillip R. Bennett, Refco Group Holdings Inc., and The Phillip R. Bennett Three Year Annuity Trust* | Scott E. Hershman<br>Stephen R. Blacklocks<br>Richard Soto<br>HUNTON & WILLIAMS LLP<br>200 Park Avenue<br>New York, NY 10166-0091<br>*Counsel to Defendant Santo C. Maggio* |
| Stephen J. O'Neil<br>Maura Forde O'Meara<br>BELL, BOYD & LLOYD LLP<br>70 West Madison Street<br>Suite 3100<br>Chicago, Illinois 60602<br>*Counsel to Defendant Robert C. Trosten* | Michael T. Hannafan<br>Blake Tyler Hannafan<br>HANNAFAN & HANNAFAN LTD.<br>One East Wacker Drive<br>Suite 2800<br>Chicago, Illinois 60601<br>*Counsel to Defendant Tone N. Grant* |
| Thomas J. Cunningham<br>Ronald M. Lepinskas<br>Sally Weiss Mimms<br>P. Russell Perdew<br>LORD BISSELL & BROOK LLP<br>111 South Wacker Dr.<br>Chicago, IL 60606<br>*Counsel to Defendant Christopher Petitt* | John D. Tortorella<br>MARINO TORTORELLA PC<br>437 Southern Boulevard<br>Chatham, NJ 07928<br>*Counsel to Defendants Liberty Corner Capital Strategies and William T. Pigott* |

| | |
|---|---|
| Veronica E. Rendon<br>ARNOLD & PORTER LLP<br>399 Park Avenue<br>New York, NY 10022-4690<br>*Counsel to Defendants Eric M. Flanagan,*<br>*EMF Financial Products, LLC and Delta Flyer*<br>*Fund, LLC* | Aaron E. Albert<br>FISCHER PORTER & THOMAS, P.C.<br>440 Sylvan Avenue<br>Suite 130<br>Englewood Cliffs, NJ 07632-2700<br>*Counsel to Defendants Beckenham Trading*<br>*Co. Inc. and Andrew Krieger* |
| Peter C. John<br>Eric R. Lifvendahl<br>WILLIAMS MONTGOMERY & JOHN LTD.<br>20 North Wacker Drive<br>Suite 2100<br>Chicago, IL 60606<br>*Counsel to Ingram Micro Inc. and CIM*<br>*Ventures, Inc.* | Jonathan P. Hersey<br>SHEPPARD MULLIN RICHTER &<br>HAMPTON LLP<br>650 Town Center Drive<br>4th Floor<br>Costa Mesa, CA 92626<br>*Counsel to Defendant CIM Ventures, Inc.* |
| Reed S. Oslan, P.C.<br>Joel A. Blanchet<br>James C. Joslin<br>Richard U.S. Howell<br>Peter Stasiewicz<br>KIRKLAND & ELLIS LLP<br>200 East Randolph Drive<br>Chicago, IL 60601<br>*Counsel to Defendants Coast Asset*<br>*Management LLC*<br>*f/k/a Coast Asset Management LP, and CS*<br>*Land Management, LLC* | |

Dated:   January 22, 2008
         New York, New York

_____
Ross E. Firsenbaum