IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: REFCO INC. SECURITIES LITIGATION | MDL- 1902 |

| | |
|---|---|
| MARC S. KIRSCHNER, As Trustee of the Refco Litigation Trust,  Plaintiff,  v.  GRANT THORNTON LLP; MAYER BROWN, ROWE & MAW, LLP; ERNST & YOUNG U.S. LLP; PRICEWATERHOUSECOOPERS LLP; CREDIT SUISSE SECURITIES (USA) LLC (f/k/a CREDIT SUISSE FIRST BOSTON LLC); BANC OF AMERICA SECURITIES LLC; DEUTSCHE BANK SECURITIES INC.; PHILLIP R. BENNETT; SANTO C. MAGGIO; ROBERT C. TROSTEN; TONE N. GRANT; REFCO GROUP HOLDINGS, INC.; LIBERTY CORNER CAPITAL STRATEGIES, LLC; WILLIAM T. PIGOTT; EMF FINANCIAL PRODUCTS, LLC; EMF CORE FUND, LTD.; DELTA FLYER FUND, LLC; ERIC M. FLANAGAN; INGRAM MICRO, INC.; CIM VENTURES, INC.; BECKENHAM TRADING CO. INC.; ANDREW KRIEGER; COAST ASSET MANAGEMENT, LLC (f/k/a COAST ASSET MANAGEMENT LP); CS LAND MANAGEMENT, LLC; and CHRISTOPHER PETITT,  Defendants. | Case No. 07 Civ. 11604 (GEL)  ORAL ARGUMENT REQUESTED  ECF Filed |

## **CERTIFICATE OF SERVICE**

I, Rebecca J. Trent, an attorney, hereby certify that on January 22, 2008, I caused a true and correct copy of the **SUPPLEMENTAL MEMORANDUM IN FURTHER SUPPORT OF PLAINTIFF'S MOTION TO REMAND TO ILLINOIS STATE COURT** to be served via electronic mail upon all counsel listed on the attached service list in the above-referenced litigation.

Dated:  January 22, 2008
New York, New York

By:  /s/ Rebecca J. Trent

Rebecca J. Trent
*beckytrent@quinnemanuel.com*
Quinn Emanuel Urquhart Oliver & Hedges LLP
51 Madison Avenue, 22nd Floor
New York, New York  10010
Tel:  (212) 849–7000

| | |
|---|---|
| Joel M. Cohen,<br>Joel.Cohen@cliffordchance.com<br>CLIFFORD CHANCE US LLP<br><br>*Attorneys for UK Limited Liability Partnership Mayer Brown International LLP* | Ross E. Firsenbaum<br>ross.firsenbaum@wilmerhale.com<br>WILMER CUTLER PICKERING HALE & DORR, LLP<br><br>*Counsel for Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, and Deutsche Bank Securities Inc.* |
| Bradley E. Lerman<br>blerman@winston.com<br>WINSTON & STRAWN LLP<br><br>*Counsel to Defendant Grant Thornton LLP* | John K. Villa<br>jvilla@wc.com<br>WILLIAMS & CONNOLLY LLP<br><br>*Counsel to Defendant Mayer Brown LLP* |
| Miles N. Ruthberg<br>miles.ruthberg@lw.com<br>LATHAM & WATKINS LLP<br><br>*Counsel to Defendant Ernst & Young Us. LLP* | Kevin M. Forde<br>kforde@fordeltd.com<br>KEVIN M. FORDE, LTD<br><br>*Counsel to Defendant Mayer Brown LLP* |
| James J. Capra, Jr.<br>jcapra@orrick.com<br>ORRICK HERRINGTON & SUTCLIFFE LLP<br><br>*Counsel to Defendant PricewaterhouseCoopers LLP* | Scott E. Hershman<br>shershman@hunton.com<br>HUNTON & WILLIAMS LLP<br><br>*Counsel to Defendant Santo C. Maggio* |
| Jeffrey T. Golenbock<br>golenbock@golenbock.com<br>GOLENBOCK EISEMAN ASSOR BELL & PESKIE LLP<br><br>*Counsel to Defendants Phillip R. Bennett, RefcoGroup Holdings Inc., and The Phillip R. Bennett Three Year Annuity Trust* | Stephen J. O'Neil<br>soneil@bellboyd.com<br>BELL, BOYD & LLOYD LLP<br><br>*Counsel to Defendant Robert C. Trosten* |
| Heather L. Kramer<br>hkramer@schwartzcooper.com<br>SCHWARTZ COOPER CHARTERED<br><br>*Counsel to Defendants Phillip R. Bennett, RefcoGroup Holdings Inc., and The Phillip R. Bennett Three Year Annuity Trust* | Blake Tyler Hannafan<br>bth@hannafanlaw.com<br>HANNAFAN & HANNAFAN LTD.<br><br>*Counsel to Defendant Tone N. Grant* |

| | |
|---|---|
| Thomas J. Cunningham<br>tcunningham@lordbissell.com<br>LORD BISSELL & BROOK LLP<br><br>*Counsel to Defendant Christopher Petitt* | John D. Tortorella<br>jtortorella@KHMarino.com<br>MARINO TORTORELLA PC<br><br>*Counsel to Defendants Liberty Corner Capital Strategies and William T. Pigott* |
| Veronica E. Rendon<br>Veronica.Rendon@ aporter.com<br>ARNOLD & PORTER LLP<br><br>*Counsel to Defendants Eric M Flanagan, EMF Financial Products, LLC and Delta Flyer Fund, LLC* | Aaron E. Albert<br>aalbert@fpmtlaw.com<br>FISCHER PORTER & THOMAS, P.C.<br><br>*Counsel to Defendants Beckenham Trading Co. Inc. and Andrew Krieger* |
| Peter C. John<br>pcj@willmont.com<br>WILLIAMS MONTGOMERY & JOHN LTD.<br><br>*Counsel to Ingram Micro Inc. and CIM Ventures, Inc.* | Jonathan P. Hersey<br>jhersey@sheppardmullin.com<br>SHEPPARD MULLIN RICHTER & HAMPTON LLP<br><br>*Counsel to Defendant CIM Ventures, Inc.* |
| Reed S. Oslan<br>roslan@kirkland.com<br>KIRKLAND & ELLIS LLP<br><br>*Counsel to Defendants Coast Asset Management LLC*<br>*f/k/a Coast Asset Management LP, and CS Land Management, LLC* | |