IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: REFCO INC. SECURITIES LITIGATION | MDL- 1902 |
| MARC S. KIRSCHNER,<br>As Trustee of the Refco Litigation Trust,<br><br>        Plaintiff,<br><br>        v.<br><br>GRANT THORNTON LLP, MAYER BROWN, ROWE & MAW, LLP; ERNST & YOUNG U.S. LLP; PRICEWATERHOUSECOOPERS LLP; CREDIT SUISSE SECURITIES (USA) LLC (f/k/a CREDIT SUISSE FIRST BOSTON LLC); BANC OF AMERICA SECURITIES LLC; DEUTSCHE BANK SECURITIES INC.; PHILLIP R. BENNETT; SANTO C. MAGGIO; ROBERT C. TROSTEN; TONE N. GRANT; REFCO GROUP HOLDINGS, INC.; LIBERTY CORNER CAPITAL STRATEGIES, LLC; WILLIAM T. PIGOTT; EMF FINANCIAL PRODUCTS, LLC; EMF CORE FUND, LTD.; DELTA FLYER FUND, LLC; ERIC M. FLANAGAN; INGRAM MICRO, INC.; CIM VENTURES, INC.; BECKENHAM TRADING CO. INC.; ANDREW KRIEGER; COAST ASSET MANAGEMENT, LLC (f/k/a COAST ASSET MANAGEMENT LP); CS LAND MANAGEMENT, LLC; and CHRISTOPHER PETITT,<br><br>        Defendants. | Case No. 07 Civ. 11604 (GEL)<br><br>ECF Filed |

## CERTIFICATE OF SERVICE

I, Rebecca J. Trent, an attorney, hereby certify that on January 11, 2008, I caused a true and correct copy of **PLAINTIFF'S OPPOSITION TO ERNST & YOUNG LLP'S MOTION TO STAY PROCEEDINGS AS TO ERNST & YOUNG PENDING MEDIATION AND, IF NECESSARY, ARBITRATION** to be served via United States Mail upon all counsel listed on the attached MDL Panel Attorney Service List in the above-referenced litigation. Additionally, counsel for Ernst & Young LLP was served via electronic mail.

Dated: January 11, 2008
New York, New York

By: /s/ Rebecca J. Trent

Rebecca J. Trent
*beckytrent@quinnemanuel.com*
Quinn Emanuel Urquhart Oliver & Hedges LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel: (212) 849–7000

**Judicial Panel on Multidistrict Litigation - Panel Attorney Service List**    Page 1

Docket: 1902 - IN RE: Refco Inc. Securities Litigation
Status: Transferred on 12/28/2007
Transferee District: NYS    Judge: Lynch, Gerard E.    Printed on 01/10/2008

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Abadou, Ramzi<br>COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP<br>655 West Broadway<br>Suite 1900<br>San Diego, CA 92101 | => Phone: (619) 231-1058  Fax: (619) 231-7423<br>Kreitenberg, Irv; Kreitenberg, Steve; Larson, Matthew; Mazur, Joseph |
| Anker, Philip D.<br>WILMERHALE<br>1875 Pennsylvania Avenue, N.W.<br>Washington, DC 20006 | => Phone: (202) 663-6000  Fax: (202) 663-6363<br>Banc of America Securities, LLC*#; Credit Suisse Securities (USA), LLC*; Deutsche Bank Securities, Inc.* |
| Brody, Aaron L.<br>STULL STULL & BRODY<br>6 East 45th Street<br>Suite 500<br>New York, NY 10017 | => Phone: (212) 687-7230<br>Donnelly Group (The) |
| Bursor, Scott A.<br>LAW OFFICES OF SCOTT A BURSOR<br>500 Seventh Avenue<br>10th Floor<br>New York, NY 10018 | => Phone: (212) 989-9113  Fax: (212) 989-9163<br>Albrecht, Michael |
| Candido, Anthony Mathias<br>CLIFFORD CHANCE US LLP<br>31 West 52nd Street<br>New York, NY 10019-6131 | => Phone: (212) 878-8000  Fax: (212) 878-8375<br>Mayer Brown International LLP* |
| Capra, Jr, James J.<br>ORRICK HERRINGTON & SUTCLIFFE LLP<br>666 Fifth Avenue<br>New York, NY 10103 | => Phone: (212) 506-5000<br>PriceWaterhouseCoopers LLP* |
| Cashman, Richard<br>HELLER EHRMAN LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036 | => Phone: (212) 832-8300  Fax: (212) 763-7600  Email: richard.cashman@hellerehrman.com<br>Silverman, Philip* |
| Cera, Solomon B.<br>GOLD BENNETT CERA & SIDENER LLP<br>595 Market Street<br>Suite 2300<br>San Francisco, CA 94105-2835 | => Phone: (415) 777-2230  Fax: (415) 777-5189<br>WestEnd Capital Management, LLC |
| Ciarlone, Jr., Thomas George<br>SHALOV STONE & BONNER LLP<br>485 Seventh Avenue | => Phone: (212) 239-4340  Fax: (212) 239-4310<br>Refco Lead Plantiff Group |

Note: Please refer to the report title page for complete report scope and key.

(Panel Attorney Service List for MDL 1,902 Continued)                                              Page 2

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Suite 1000<br>New York, NY 10018 | |
| Coffey, John P.<br>BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP<br>1285 Avenue of the Americas<br>New York, NY 10019 | =>Phone: (212) 554-1400  Fax: (212) 554-1444<br>PIMCO Funds: Pacific Investment Management Series-PIMCO High Yield Fund |
| Collins, Ann Marie<br>KAUFMAN BORGEEST & RYAN LLP<br>200 Summit Lake Drive<br>Valhalla, NY 10595 | =><br>Axis Reinsurance Co. |
| Danilow, Greg A.<br>WEIL GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153 | =><br>1997 Thomas H. Lee Nominee Trust (The); Breitman, Leo R.; Gantcher, Nathan; Harkins, David V.; Jaeckel, Scott L.; Lee, Thomas H.; O'Kelley, Ronald L.; Schoen, Scott A.; THL Equity Advisors V, L.P.; THL Equity Advisors V, LLC; THL Managers V, LLC; THL Refco Acquisition Partners; Thomas H. Lee Advisors, LLC; Thomas H. Lee Equity (Cayman) Fund V, L.P.; Thomas H. Lee Equity Fund V, L.P.; Thomas H. Lee Investors, L.P.; Thomas H. Lee Parallel Fund V, L.P.; Thomas H. Lee Partners, L.P. |
| DiBlasi, Gandolfo V.<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, NY 10004 | =>Phone: (212) 558-4000  Fax: (212) 558-4812<br>Blankfein, Lloyd C.; Bryan, John H.; Dahlback, Claes; Friedman, Stephen; George, William W.; Goldman Sachs Group, Inc.; Johnson, James A.; Juliber, Lois D.; Liddy, Edward M.; Lord Browne of Madingley; Paulson, Jr., Henry M.; Simmons, Ruth J.; Viniar, David A. |
| Egleston, Gregory M.<br>BERNSTEIN LIEBHARD & LIFSHITZ LLP<br>10 East 40th Street<br>New York, NY 10016 | =>Phone: (212) 779-1414<br>Westgate Cap. Mgmt. LLC |
| Eisen, Norman L.<br>ZUCKERMAN SPAEDER LLP<br>1800 M Street, N.W.<br>Suite 1000<br>Washington, DC 20036 | =>Phone: (202) 778-1800  Fax: (202) 822-8106  Email: neisen@zuckerman.com<br>Grant, Tone*# |
| Grant, Stuart M.<br>GRANT & EISENHOFER P A<br>Chase Manhattan Centre<br>1201 North Market Stret<br>Suite 2100<br>Wilmington, DE 19801 | =>Phone: (302) 622-7000  Fax: (302) 622-7100<br>Pacific Investment Management Co., LLC; RH Capital Associates, LLC |
| Harris, Christopher<br>LATHAM & WATKINS LLP<br>885 Third Avenue<br>Suite 1000<br>New York, NY 10022-4834 | =>Phone: (212) 906-1200  Fax: (212) 751-4864  Email: christopher.harris@lw.com<br>Ernst & Young U.S. LLP* |
| Hershman, Scott E.<br>HUNTON & WILLIAMS LLP | =>Phone: (212) 309-1053  Fax: (212) 309-1100  Email: shershman@hunton.com<br>Maggio, Santo C.* |

Note: Please refer to the report title page for complete report scope and key.

*(Panel Attorney Service List for MDL 1,902 Continued)*

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| 200 Park Avenue<br>New York City, NY 10166-0136 | |
| John, Peter C.<br>WILLIAMS MONTGOMERY & JOHN LTD<br>20 North Wacker Drive<br>Suite 2100<br>Chicago, IL 60606 | => Phone: (312) 443-3210  Fax: (312) 630-8510  Email: pcj@willmont.com<br>CIM Ventures, Inc.*; Ingram Micro, Inc.* |
| Keller, Daniel<br>KELLER-FISHBACK LLP<br>62 Williams Street<br>6th Floor<br>New York, NY 10005 | =><br>American Financial International Group-Asia, LLC; LaVigne, Norma; LaVigne, Vaughn |
| Kim, Helen B.<br>BAKER & HOSTETLER<br>12100 Wilshire Boulevard<br>15th Floor<br>Los Angeles, CA 90025-7120 | => Phone: (310) 820-8800  Fax: (310) 820-8859<br>Klejna, Dennis A. |
| Kline, Ivan<br>FRIEDMAN & WITTENSTEIN PC<br>600 Lexington Avenue<br>15th Floor<br>New York, NY 10022 | => Phone: (212) 750-8700  Fax: (212) 223-8391  Email: ikline@friedmanwittenstein.com<br>Sexton, William*; Sexton, William M.* |
| Krieger, Andrew<br>Beckenham Trading Co., Inc.<br>One Bridge Plaza<br>Suite 690<br>Fort Lee, NJ 07024<br>*** Bad Address *** | =><br>Beckenham Trading Co., Inc.; Krieger, Andrew |
| Liberty Corner Capital,<br>The Corp. Trust Co.<br>Agent 90000010<br>Corp. Trust Center, 1209 Orange Street<br>Wilmington, DE 19801<br>*** Bad Address *** | =><br>Liberty Corner Capital Strategies, LLC |
| McCaw, Robert B.<br>WILMER CUTLER PICKERING HALE & DORR LLP<br>399 Park Avenue<br>New York, NY 10022 | =><br>CMG Institutional Trading, LLC; Goldman Sachs & Co.; Harris Nesbitt Corp.; HSBC Securities (USA), Inc.; J.P. Morgan Securities, Inc.; Merrill Lynch, Pierce, Fenner & Smith, Inc.; Muriel Siebert & Co., Inc.; Samuel A. Ramirez & Co., Inc.; Sandler O'Neill & Partners, L.P.; Utendahl Capital Partners LP; William Blair & Co., LLC; Williams Capital Group, L.P. (The) |
| Milmoe, J. Gregory<br>SKADDEN ARPS SLATE MEAGHER & FLOM LLP<br>4 Times Square<br>New York, NY 10036-6522 | => Phone: (212) 735-3000  Fax: (212) 735-2000<br>Lind-Waldock Securities, LLC; New Refco Group Ltd., LLC; Refco Finance Holdings, LLC; Refco Finance, Inc.; Refco Group Ltd., LLC; Refco Inc.; Refco Managed Futures, LLC; Westminster-Refco Management, LLC |

Note: Please refer to the report title page for complete report scope and key.

(Panel Attorney Service List for MDL 1,902 Continued)

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Mollon, David E.<br>WINSTON & STRAWN LLP<br>200 Park Avenue<br>New York, NY 10166-4193 | => Grant Thornton, LLP*# |
| Moses, Barbara<br>MORVILLO ABRAMOWITZ GRAND IASON ET AL<br>565 Fifth Avenue<br>New York, NY 10017 | => Phone: (212) 856-9600  Fax: (212) 856-9494<br>Trosten, Robert C. |
| Mutterrer, Frank<br>425 Drury Lane<br>Wyckoff, NJ 07481-2204 | => Mutterrer, Frank |
| Petitt, Christopher<br>Coast Asst Management Corp.<br>725 Arizona Ave.<br>Suite 400<br>Santa Monica, CA 90401<br>*** Bad Address *** | => Coast Asset Management, LLC; CS Land Management, LLC; Petitt, Christopher |
| Pigott, William T.<br>95 Sunset Lane<br>Barnstable, MA 02630 | => Pigott, William T. |
| Press, Ira M.<br>KIRBY MCINERNEY LLP<br>830 Third Avenue<br>10th Floor<br>New York, NY 10022 | => Phone: (212) 371-6600  Fax: (212) 751-2540<br>Arbat Equity Arbitrage Fund Ltd.; Global Management Worldwide Ltd.; Russian Investors Securities Ltd. |
| Rendon, Veronica E.<br>ARNOLD & PORTER LLP<br>399 Park Avenue<br>New York, NY 10022 | => Phone: (212) 715-1165  Fax: (212) 715-1399  Email: veronica.rendon@aporter.com<br>Delta Flyer Fund, LLC*; EMF Financial Products, LLC*; Flanagan, Eric M.* |
| Rudman, Samuel H.<br>COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP<br>58 South Service Road<br>Suite 200<br>Melville, NY 11747 | => Phone: (631) 367-7100  Fax: (631) 367-1173<br>Illinois Teachers' Group |
| Sava, Matthew J.<br>SHAPIRO FORMAN ALLEN SAVA & MCPHERSON LLP<br>380 Madison Avenue<br>New York, NY 10017 | => Phone: (212) 972-4900  Fax: (212) 557-1275  Email: Sava@sfa-law.com<br>Murphy, Joseph*#; Murphy, Joseph J.*; Sherer, Gerald M.*# |
| Schacter, Kenneth Ian<br>BINGHAM MCCUTCHEN LLP<br>399 Park Avenue | => Phone: (212) 705-7000  Fax: (212) 752-5378  Email: kenneth.schacter@bingham.com<br>Refco Securities, LLC* |

Note: Please refer to the report title page for complete report scope and key.

*(Panel Attorney Service List for MDL 1,902 Continued)*    Page 5

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| New York, NY 10022 | |
| Scott, David R.<br>SCOTT & SCOTT L L C<br>108 Norwich Avenue<br>P.O. Box 192<br>Colchester, CT 06415 | ⇒ Phone: (860) 537-5537  Fax: (860) 537-4432  Email: drscott@scott-scott.com<br>Refco Unified Shareholder Team (FrontPoint Financial Services, LP; Philadelphia Financial of San Francisco; Hugo van Reijen & Manro Haydan Trading) |
| Silverstein, Adam C.<br>GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP<br>437 Madison Avenue<br>New York, NY 10022-7302 | ⇒ Phone: (212) 907-7300  Fax: (212) 754-0330  Email: asilverstein@golenbock.com<br>Bennett, Philip R.*#; Phillip R. Bennett Three Year Annuity Trust (The)*#; Refco Group Holdings, Inc.*# |
| Smith, Evan J.<br>BRODSKY & SMITH LLC<br>240 Mineola Boulevard<br>First Floor<br>Mineola, NY 11501 | ⇒ Phone: (516) 741-4977  Email: esmith@brodsy-smith.com<br>Banyan Capital Fund, LP |
| Umeda, Marc M.<br>ROBBINS UMEDA & FINK LLP<br>610 West Ash Street<br>Suite 1800<br>San Diego, CA 92101-3350 | ⇒ Phone: (913) 667-3788  Fax: (913) 422-0307<br>Carmona (Derivatively/Behalf-The Goldman Sachs Group, Inc), Christopher |
| Villa, John K.<br>WILLIAMS & CONNOLLY LLP<br>725 12th Street, N.W.<br>Washington, DC 20005 | ⇒ Phone: (202) 434-5000  Fax: (202) 434-5029<br>Mayer Brown LLP* |
| Werder, Jr., Richard I.<br>QUINN EMANUEL URQUHART OLIVER & HEDGES LLP<br>51 Madison Avenue<br>22nd Floor<br>New York, NY 10010 | ⇒ Phone: (212) 849-7000  Fax: (212) 849-7100  Email: rickwerder@quinnemanuel.com<br>Kirschner (Trustee-The Refco Litigation Trust), Marc S.*; Kirschner (Trustee-The Refco Private Actions Trust), Marc S.* |

Note: Please refer to the report title page for complete report scope and key.