IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: REFCO INC. SECURITIES LITIGATION | MDL-1902 |

| | |
|---|---|
| MARC S. KIRSCHNER,<br>As Trustee of the Refco Litigation Trust,<br><br>   Plaintiff,<br><br>   v.<br><br>GRANT THORNTON LLP; MAYER BROWN, ROWE & MAW, LLP; ERNST & YOUNG U.S. LLP; PRICEWATERHOUSECOOPERS LLP; CREDIT SUISSE SECURITIES (USA) LLC (f/k/a CREDIT SUISSE FIRST BOSTON LLC); BANC OF AMERICA SECURITIES LLC; DEUTSCHE BANK SECURITIES INC.; PHILLIP R. BENNETT; SANTO C. MAGGIO; ROBERT C. TROSTEN; TONE N. GRANT; REFCO GROUP HOLDINGS, INC.; LIBERTY CORNER CAPITAL STRATEGIES, LLC; WILLIAM T. PIGOTT; EMF FINANCIAL PRODUCTS, LLC; EMF CORE FUND, LTD.; DELTA FLYER FUND, LLC; ERIC M. FLANAGAN; INGRAM MICRO, INC.; CIM VENTURES, INC.; BECKENHAM TRADING CO. INC.; ANDREW KRIEGER; COAST ASSET MANAGEMENT, LLC (f/k/a COAST ASSET MANAGEMENT LP); CS LAND MANAGEMENT, LLC; and CHRISTOPHER PETITT,<br><br>   Defendants. | Case No. 07 Civ. 11604 (GEL)<br><br>ECF Filed |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Rebecca J. Trent of Quinn Emanuel Urquhart Oliver & Hedges, LLP, with offices located at 51 Madison Avenue, New York, NY 10010, hereby appears on behalf of plaintiff Marc S. Kirschner in his capacity as trustee of the Refco Litigation Trust (the "Trustee") in the above-captioned matter.

I hereby certify that I am admitted to practice before this Court.

Dated: New York, New York
      January 23, 2008

                                      By: /s/ Rebecca J. Trent
                                            Rebecca J. Trent
                                            Quinn Emanuel Urquhart Oliver &
                                            Hedges LLP
                                            51 Madison Avenue, 22nd Floor
                                            New York, New York 10010
                                            Tel:   (212) 849–7000
                                            Fax:   (212) 849–7100
                                            Email: *beckytrent@quinnemanuel.com*

                                            *Attorney for Plaintiff Marc S. Kirschner*
                                            *as Trustee of the Refco Litigation Trust*