UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: REFCO INC., SECURITIES LITIGATION | 07 MDL Docket No. 1902 |
| MARC S. KIRSCHNER,<br>As Trustee of the Refco Litigation Trust,<br><br>Plaintiff,<br><br>-vs.-<br><br>GRANT THORNTON LLP, et al.,<br><br>Defendants. | No. 07-Civ. 11604 (GEL) |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Aaron E. Albert of Fischer Porter & Thomas, P.C., with offices at 440 Sylvan Avenue, Suite 130, Englewood Cliffs, New Jersey 07632-2700, hereby appears on behalf of defendants Beckenham Trading Company, Inc. and Andrew Krieger in the above-captioned action.

I certify that I am admitted to practice in this court.

Dated: January 24, 2008

FISCHER PORTER & THOMAS, P.C.

By: _____
Aaron E. Albert (AA 8078)

440 Sylvan Avenue, Suite 130
Englewood Cliffs, NJ 07632-2700
Tel. (201) 569-5959
E-mail: aalbert@fpmtlaw.com

**CERTIFICATE OF SERVICE**

I, Aaron E. Albert, an attorney, hereby certify that on January 24, 2008, I caused the foregoing Notice of Appearance by Defendants Beckenham Trading Co., Inc. and Andrew Krieger to be served by Regular Mail on the persons listed below:

GRIPPO & ELDEN LLC

John R. McCambridge
111 South Wacker Drive
Chicago, IL 60606
Tel: (312) 704-7700

*Attorney for Plaintiff Trustee of the Refco Litigation Trust*

QUINN EMANUEL URQHART OLIVER & HEDGES, LLP

Sascha N. Rand
51 Madison Avenue, 22nd Floor
New York, NY 10010-1601
Tel: (212) 849-7000

*Attorneys for Plaintiff
Marc S. Kirschner, as Trustee of the
Refco Private Actions Trust*

KIRKLAND & ELLIS LLP

Reed S. Oslan, P.C.
Joel A. Blanchet
James C. Joslin
Richard U.S. Howell
Peter Stasiewicz
200 East Randolph Drive, Suite 6100
Chicago, IL 60601

*Attorneys for Defendants
Coast Asset Management LLC
CS Land Management, LLC*

ORRICK, HERRINGTON & SUTCLIFFE LLP

James P. Cusick
James J. Capra, Jr.
666 Fifth Avenue
New York, NY 10103

*Attorneys for Defendant
PricewaterhouseCoopers LLP*

| | |
|---|---|
| KEVIN M. FORDE, LTD.<br><br>Kevin M. Forde<br>111 West Washington Street<br>Suite 1100<br>Chicago, IL 60602<br><br>*Attorneys for Defendant Mayer Brown LLP* | CLIFFORD CHANCE US LLP<br><br>Joel M. Cohen<br>Anthony M. Candido<br>31 West 52nd Street<br>New York, NY 10019<br><br>*Attorneys for the UK Limited Liability Partnership Mayer Brown International LLP* |
| WILLIAMS & CONNOLLY LLP<br>Thomas G. Ward<br>John K. Villa<br>Michael S. Sundermeyer<br>Craig D. Singer<br>725 12th Street, N.W.<br>Washington, D.C. 20005<br><br>*Attorneys for Defendant Mayer Brown LLP* | WILLIAMS MONTGOMERY &JOHN<br><br>Peter C. John<br>Eric Richard Lifvendahl<br>20 North Wacker Drive, Suite 2100<br>Chicago, IL 60606<br><br>*Attorneys for Ingram Micro Inc. and CIM Ventures, Inc.* |
| HUNTON & WILLIAMS LLP<br><br>Scott E. Hershman<br>Stephen R. Blacklocks<br>Richard Soto<br>200 Park Avenue<br>New York, NY 10166-0091<br><br>*Attorneys for Defendant Santo C. Maggio* | HANNAFAN & HANNAFAN<br><br>Michael T. Hannafan<br>Blake Tyler Hannafan<br>One East Wacker Drive, Suite 2800<br>Chicago, IL 60601<br><br>*Attorneys for Defendant Tone N. Grant* |
| LATHAM & WATKINS<br><br>Christopher R. Harris<br>885 Third Avenue<br>New York, NY 10022<br><br>*Attorneys for Defendant Ernst & Young US LLP* | BELL BOYD & LLOYD<br><br>Stephen J. O'Neil<br>Maura F. O'Meara<br>70 West Madison Street, Suite 3100<br>Chicago, IL 60602<br><br>*- and –*<br><br>*MORVILLO, ABRAMOWITZ, GRAND, IASON, ANELLO & BOHRER, P.C.*<br><br>Barbara Moses<br>Rachel Korenblat<br>Amy Tully<br>565 Fifth Avenue |

SCHWARTZ COOPER

   Edward S. Weil
   Heather L. Kramer
180 North LaSalle Street
Suite 2700
Chicago, IL 60601

- and –

GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP

   Jeffrey T. Golenbock
   Adam C. Silverstein
437 Madison Avenue, 35th Floor
New York, NY 10022-7302

*Attorneys for Defendants Phillip R. Bennett, Refco Group Holdings Inc. and the Phillip R. Bennett Three Year Annuity Trust*

WINSTON & STRAWN LLP

   Bradley E. Lerman
   Linda T. Coberly
   Catherine W. Joyce
35 West Wacker Drive
Chicago, IL 60601-9703

*Attorneys for Defendant Grant Thornton LLP*

MARINO TORTORELLA PC

   John D. Tortorella
437 Southern Boulevard
Chatham, NJ 07928

*Attorneys for Defendants Libert Corner Capital Strategies and William T. Piggott*

New York, NY 10017

*Attorneys for Defendant Robert Trosten*

WILMER CUTLER PICKERING HALE AND DORR LLP

   Robert B. McCaw
   Lori A. Martin
   John V.H. Pierce
   Dawn M. Wilson
   Michael L. Feinberg
   Philip D. Anker
   Ross E. Firsenbaum
399 Park Avenue
New York, NY 10022

*Attorneys for Defendants Credit Suisse Securities (USA) LLC f/k/a Credit Suisse First Boston LLC; Banc of America Securities LLC; and Deutsche Bank Securities Inc.*

LOCKE, LORD, BISSELL & LIDDELL, LLP

   Thomas Justin Cunningham
   Ronald M. Lepinkas
   Sally Weiss Mimms
   Phillip Russell Perdew
111 South Wacker Drive
Chicago, IL 60606

*Attorneys for Defendant Christopher Petitt*

Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

| ARNOLD & PORTER LLP | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
|---|---|
| Veronica Rendon<br>399 Park Avenue<br>New York, NY 10022-4690<br>*Attorneys for Defendants Eric M. Flanagan, EMF Financial Products, LLC and Delta Flyer Fund, LLC* | Jonathan P. Hersey<br>650 Town Center Drive, 4th Floor<br>Costa Mesa, CA 92626<br>*Attorneys for Defendant CIM Ventures, Inc.* |

Dated: January 24, 2008

_____
Aaron E. Albert