## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: REFCO INC. SECURITIES LITIGATION | MDL-1902 (GEL) |
| MARC S. KIRSCHNER, As Trustee of the Refco Litigation Trust,<br><br>       Plaintiff,<br><br>       v.<br><br>GRANT THORNTON LLP, MAYER BROWN, ROWE & MAW, LLP; ERNST & YOUNG U.S. LLP; PRICEWATERHOUSECOOPERS LLP; CREDIT SUISSE SECURITIES (USA) LLC (f/k/a CREDIT SUISSE FIRST BOSTON LLC); BANC OF AMERICA SECURITIES LLC; DEUTSCHE BANK SECURITIES INC.; PHILLIP R. BENNETT; SANTO C. MAGGIO; ROBERT C. TROSTEN; TONE N. GRANT; REFCO GROUP HOLDINGS, INC.; LIBERTY CORNER CAPITAL STRATEGIES, LLC; WILLIAM T. PIGOTT; EMF FINANCIAL PRODUCTS, LLC; EMF CORE FUND, LTD.; DELTA FLYER FUND, LLC; ERIC M. FLANAGAN; INGRAM MICRO, INC.; CIM VENTURES, INC.; BECKENHAM TRADING CO. INC.; ANDREW KRIEGER; COAST ASSET MANAGEMENT, LLC (f/k/a COAST ASSET MANAGEMENT LP); CS LAND MANAGEMENT, LLC; and CHRISTOPHER PETITT,<br><br>       Defendants. | Case No. 07 Civ. 11604 (GEL)<br><br>ECF Filed |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of Defendant, Ernst & Young LLP, in the above-captioned matters:

        Elizabeth H. Hickey
        Latham & Watkins LLP
        One Newark Center, 16th Floor
        Newark, New Jersey 07101
        Telephone: (973) 639-1234
        Facsimile:  (973) 639-7298

Dated:  January 28, 2008
       Newark, New Jersey

**LATHAM & WATKINS LLP**

By: /s/ Elizabeth H. Hickey
    Elizabeth H. Hickey
    One Newark Center, 16th Floor
    Newark, New Jersey 07101
    Telephone: (973) 639-1234
    Facsimile:  (973) 639-7298

    Attorneys for Defendant
    Ernst & Young LLP

**CERTIFICATE OF SERVICE**

I, Elizabeth H. Hickey, hereby certify that on January 28, 2008, true and correct copies of the attached Notice of Appearance, dated January 28, 2008, in the above captioned proceeding, were caused to be served in accordance with the Federal Rules of Civil Procedure, electronically via the Electronic Case Filing ("ECF") system upon all counsel of record registered to receive such service, and by First-Class Mail via the United States Postal Services upon:

| | |
|---|---|
| Joel Alan Blanchet<br>James C. Joslin<br>Reed S. Oslan<br>Peter Stasiewicz<br>Amanda J. Wendorff<br>Micah Eric Marcus<br>KIRKLAND & ELLIS LLP<br>200 East Randolph Drive<br>Chicago, IL  60601-6636<br>jblanchet@kirkland.com, jjoslin@kirkland.com,<br>roslan@kirkland.com, pstasiewicz@kirkland.com,<br>awendorff@kirkland.com, mmarcus@kirkland.com<br>***Counsel to Coast Asset Management LLC***<br>***f/k/a Coast Asset Management LP; and***<br>***CS Land Management, LLC;*** | Emily Nicklin<br>KIRKLAND & ELLIS LLP<br>200 East Randolph Drive<br>Chicago, IL  60601-6636<br>enicklin@kirkland.com,<br>doreilly@kirkland.com<br>***Counsel to PricewaterhouseCoopers LLP*** |
| Thomas Justin Cunningham<br>Ronald M. Lepinskas<br>Sally Weiss Mimms<br>Phillip Russell Perdew<br>LORD, BISSEL & BROOK LLP<br>111 South Wacker Drive<br>Chicago, IL  60606<br>tcunningham@lockelord.com,<br>rlepinskas@lockelord.com, mhoeft@lockelord.com,<br>smimms@lordbissell.com,<br>pperdew@lordbissell.com,<br>kargyris@lordbissell.com,<br>docket@lockelord.com<br>***Counsel to Christopher Petitt*** | Linda T. Coberly<br>Catherine W. Joyce<br>Bradley E. Lerman<br>WINSTON & STRAWN LLP<br>35 W. Wacker Drive<br>Chicago, IL  60601<br>lcoberly@winston.com,<br>cjoyce@winston.com,<br>blerman@winston.com,<br>ECF_CH@winston.com<br>***Counsel to Grant Thornton LLP*** |

Jeffrey Todd Gilbert
Pia N. Thompson
REED SMITH, LLP
10 South Wacker Drive
40th Floor
Chicago, IL  60606-7507
tguzman@reedsmith.com, jgilbert@reedsmith.com,
pthompson@reedsmith.com
*Counsel to Credit Suisse Securities (USA) LLC*
*f/k/a Credit Suisse First Boston LLC;*
*Banc of America Securities LLC; and*
*Deutsche Bank Securities Inc.*

Kevin Michael Forde
KEVIN M. FORDE, LTD.
111 West Washington Street
Suite 1100
Chicago, IL  60602
kforde@fordeltd.com,
kbrubaker@fordeltd.com
*Counsel to Mayer Brown LLP; and*
*Mayer Brown International LLP*

Peter C. John
Eric Richard Lifvendahl
WILLIAMS MONTGOMERY & JOHN LTD.
20 North Wacker Drive
Ste 2100
Chicago, IL  60606
pcj@willmont.com,
erl@willmont.com,
denise@willmont.com
*Counsel to Ingram Micro Inc.; and*
*CIM Ventures, Inc.*

Todd Clark Jacobs
Gary M. Miller
Matthew A. Bills
John R. McCambridge
Katherine P. Myers
GRIPPO & ELDEN, LLC
111 South Wacker Drive
Chicago, IL  60606
docket@grippoelden.com,
ourdocket@gmail.com
*Counsel for Plaintiff*

Maura Forde O'Meara
Stephen J. O'Neil
BELL, BOYD & LLOYD
70 West Madison Street
Suite 3100
Chicago, IL  60602
momeara@bellboyd.com, soneil@bellboyd.com,
docket@bellboyd.com
*Counsel to Robert C. Trosten*

Edward Sidney Weil
SCHWARTZ, COOPER, GREENBERG
& KRAUSS
180 North LaSalle Street
Suite 2700
Chicago, IL 60601
eweil@scgk.com
*Counsel to Phillip R. Bennett*

Heather L. Kramer
SCHWARTZ COOPER, CHTD.
180 North LaSalle Street
Suite 2700
Chicago, IL 60601
hkramer@scgk.com
*Counsel to Phillip R. Bennett*

Marc M. Umeda
ROBBINS UMEDA & FINK LLP
610 West Ash Street
Suite 1800
San Diego, CA  92101-3350
Phone:  (913) 667-3788
Fax:  (913) 422-0307
*Counsel to Carmona*
*(Derivatively/Behalf – The Goldman*
*Sachs Group, Inc.), Christopher*

4

| | |
|---|---|
| James P. Cusick<br>James J. Capra, Jr.<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>666 Fifth Avenue<br>New York, NY 10103<br>Phone:  (212) 506-5000<br>***Counsel to PricewaterhouseCoopers LLP*** | Richard Howell<br>KIRKLAND & ELLIS LLP<br>200 East Randolph Drive<br>Chicago, IL  60601<br>***Counsel to Coast Asset Management LLC f/k/a Coast Asset Management LP; and CS Land Management, LLC*** |
| Veronica E. Rendon<br>ARNOLD & PORTER LLP<br>399 Park Avenue<br>New York, NY  10022<br>Phone:  (212) 715-1165<br>Fax:  (212) 715-1399<br>veronica.rendon@aporter.com<br>***Counsel to Delta Flyer Fund, LLC, EMF Financial Products, LLC, Flanagan, Eric M.*** | Barbara Moses<br>Rachel M. Korenblat<br>MORVILLO, ABRAMOWITZ, GRAND, IASON, ANELLO & BOHRER PC<br>565 Fifth Avenue<br>New York, NY 10017<br>***Counsel to Robert C. Trosten*** |
| Ramzi Abadou<br>COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP<br>655 West Broadway<br>Suite 1900<br>San Diego, CA  92101<br>Phone:  (619) 231-1058<br>Fax:  (619) 231-7423<br>***Counsel to Irv Kreitenberg; Steve Kreitenberg; Matthew Larson; Joseph Mazur*** | Philip D. Anker<br>WILMERHALE<br>1875 Pennsylvania Avenue, N.W.<br>Washington, DC 20006<br>Phone:  (202) 663-6000<br>Fax:  (202) 663-6363<br>***Counsel to Banc of America Securities, LLC, Credit Suisse Securities (USA), LLC; Deutsche Bank Securities, Inc***. |
| Aaron L. Brody<br>STULL STULL & BRODY<br>6 East 45th Street<br>Suite 500<br>New York, NY 10017<br>Phone:  (212) 687-7230<br>***Counsel to The Donnelly Group*** | Scott A. Bursor<br>LAW OFFICES OF SCOTT A BURSOR<br>500 Seventh Avenue<br>10th Floor<br>New York, NY 10018<br>Phone:  (212) 989-9113<br>Fax:  (212) 989-9163<br>***Counsel to Michael Albrecht*** |

Anthony Mathias Candido
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, NY 10019-6131
Phone: (212) 878-8000
Fax: (212) 878-8375
*Counsel to Mayer Brown International LLP*

Richard Cashman
HELLER EHRMAN LLP
Times Square Tower
7 Times Square
New York, NY 10036
Phone: (212) 832-8300
Fax: (212) 763-7600
richard.cashman@hellerehrman.com
*Counsel to Philip Silverman*

Thomas George Ciarlone, Jr.
SHALOV STONE & BONNER LLP
485 Seventh Avenue
Suite 1000
New York, NY 10018
Phone: (212) 239-4340
Fax: (212) 239-4310
*Counsel to Refco Lead Plaintiff Group*

John K. Villa
WILLIAMS & CONNOLLY LLP
725 12th Street, N.W.
Washington, DC 20005
Phone: (202) 434-5000
Fax: (202) 434-5029
*Counsel to Mayer Brown LLP*

Solomon B. Cera
GOLD BENNETT CERA & SIDENER LLP
595 Market Street
Suite 2300
San Francisco, CA 94105-2835
Phone: (415) 777-2230
Fax: (415) 777-5189
*Counsel to WestEnd Capital Management, LLC*

John P. Coffey
BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
1285 Avenue of the Americas
New York, NY 10019
Phone: (212) 554-1400
Fax: (212) 554-1444
*Counsel to PIMCO Funds: Pacific Investment Management Series-PIMCO High Yield Fund*

David E. Mollon
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY  10166-4193
***Counsel to Grant Thornton, LLP***

Greg A. Danilow
WEIL GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY  10153
***Counsel to The 1997 Thomas H. Lee Nominee Trust; Leo R. Breitman; Nathan Grantcher; David V. Harkins; Scott L. Jaeckel; Thomas H. Lee; Ronald L. O'Kelley; Scott A. Schoen; THL Equity Advisors V, L.P.; THL Equity Advisors V, LLC; THL Managers V, LLC; THL Refco Acquisition Partners; Thomas H. Lee Advisors, LLC; Thomas H. Lee Equity (Cayman) Fund V, L.P.; Thomas H. Lee Equity Fund V, L.P.; Thomas H. Lee Investors, L.P.; Thomas H. Lee Parallel Fund V, L.P.; Thomas H. Lee Partners, L.P.***

Gandolfo V. DiBlasi
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Phone:  (212) 558-4000
Fax:  (212) 558-4812
***Counsel to Lloyd C. Blankfein,; John H. Bryan; Claes Dahlback; Stephen Friedman; William W.George; Goldman Sachs Group, Inc.; James A Johnson; Lois D. Juliber; Edward M. Liddy; Lord Browne of Madingley; Henry M. Paulson, Jr.; Ruth J. Simmons; David A Viniar***

Gregory M. Egleston
BERNSTEIN LIEBHARD & LIFSHITZ LLP
10 East 40th Street
New York, NY 10016
Phone:  (212) 779-1414
***Counsel to Westgate Cap, Mgmt., LLC***

Norman L. Eisen
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W.
Suite 1000
Washington, DC  20036
Phone:  (202) 778-1800
Fax:  (202) 822-8106
neisen@zuckerman.com
***Counsel to Tone Grant***

Stuart M. Grant
GRANT & EISENHOFER P.A.
Chase Manhattan Centre
1201 North Market Street
Suite 2100
Wilmington, DE  19801
Phone:  (302) 622-7000
Fax:  (302) 622-7100
***Counsel to Pacific Investment Management Co., LLC; RH Capital Associates, LLC***

7

Scott E. Hershman
HUNTON & WILLIAMS LLP
200 Park Avenue
New York, NY  10166-0136
Phone:  (212) 309-1053
Fax:  (212) 309-1100
shershman@hunton.com
*Counsel to Santo C. Maggio*

Ivan Kline
FRIEDMAN & WITTENSTEIN PC
600 Lexington Avenue
15th Floor
New York, NY 10022
Phone:  (212) 750-8700
Fax:  (212) 223-8391
ikline@friedmanwittenstein.com
*Counsel to William Sexton*

William T. Pigott
95 Sunset Lane
Barnstable, MA  02630
*Counsel to William T. Pigott*

John D. Tortorello
Marino Tortorello PC
437 Southern Boulevard
Chatham, NJ 07928-1488
Phone: (973) 824-9300
Fax: (973) 824-8425
Email: jtortorella@kbmarino.com
*Counsel to Liberty Corner Capital Strategies, LLC and William T. Pigott*

Daniel Keller
KELLER-FISHBACK LLP
62 Williams Street
6th Floor
New York, NY  10005
*Counsel to American Financial International Group-Asia, LLC; Norma LaVigne; Vaughn LaVigne*

Helen B. Kim
BAKER & HOSTETLER
12100 Wilshire Boulevard
15th Floor
Los Angeles, CA 90025-7120
Phone:  (310) 820-8800
Fax:  (310) 820-8859
*Counsel to Dennis A. Klejna*

Aaron E. Albert
FISCHER PORTER & THOMAS, P.C.
440 Sylvan Avenue, Suite 130
Englewood Cliffs, NJ 07632-2700
Phone:  (201) 569-5959 x131
Fax:  (201) 871-4544
*Counsel to Beckenham Trading Co, Inc., Andrew Krieger*

8

J. Gregory Milmoe
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
4 Times Square
New York, NY  10036-6522
Phone:  (212) 735-3000
Fax:  (212) 735-2000
***Counsel to Lind-Waldock Securities, LLC; New Refco Group Ltd., LLC; Refco Finance Holdings LLC; Refco Finance, Inc.; Refco Group Ltd., LLC; Refco Inc.; Refco Managed Futures, LLC Westminster-Refco Management LLC***

Robert B. McCaw
WILMER CUTLER PICKERING HALE & DORR LLP
399 Park Avenue
New York, NY  10022
***Counsel to CMG Institutional Trading LLC; Goldman Sachs & Co.; Harris Nesbitt Corp.; HSBC Securities (USA), Inc.; J P. Morgan Securities, Inc.; Merrill Lynch, Pierce, Fenner & Smith, Inc.; Muriel Siebert & Co., Inc.; Samuel A. Ramirez & Co., Inc.; Sandler O'Neill & Partners, L.P.; Utendahl Capital Partners, LP; William Blair & Co., LLC; The Williams Capital Group, L.P.***

Christopher Petitt
Coast Asset Management Corp.
725 Arizona Ave.
Suite 400
Santa Monica, CA  90401
\*\*\* Bad Address \*\*\*
***Counsel to Coast Asset Management LLC; CS Land Management, LLC; Christopher Petitt***

Ira M. Press
KIRBY MCINERNEY LLP
830 Third Avenue
10th Floor
New York, NY  10022
Phone:  (212) 371-6600
Fax:  (212) 751-2540
***Counsel to Arbot Equity Arbitage Fund Ltd.; Global Management Worldwide Ltd.; Russian Investors Securities Ltd.***

Ann Marie Collins
KAUFMAN BORGEEST & RYAN LLP
200 Summit Lake Drive
Valhalla, NY  10595
***Counsel to Axis Reinsurance Co.***

Frank Mutterer
425 Drury Lane
Wyckoff, NJ  07481-2204
***Counsel to Frank Mutterer***

Samuel H. Rudman
COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
58 South Service Road
Suite 200
Melville, NY  11747
Phone:  (631) 367-7100
Fax:  (631) 367-1173
***Counsel to Illinois Teachers' Group***

Matthew J. Sava
SHAPIRO FORMAN ALLEN SAVA & MCPHERSON LLP
380 Madison Avenue
New York, NY  10017
Phone:  (212) 972-4900
Fax:  (212) 557-1275
sava@sfa-law.com
***Counsel to Joseph Murphy; Gerald M. Sherer***

Kenneth Ian Schacter
BINGHAM MCCUTCHEN LLP
399 Park Avenue
New York, NY 10022
Phone: (212) 705-7000
Fax: (212) 752-5378
kenneth.schacter@bingham.com
*Counsel to Refco Securities, LLC*

David R. Scott
SCOTT & SCOTT LLC
108 Norwich Avenue
P.O. Box 192
Colchester, CT 06415
Phone: (860) 537-5537
Fax: (860) 537-4432
drscott@scott-scott.com
*Counsel to Refco Unified Shareholder Team (FrontPoint Financial Services, LP; Philadelphia Financial of San Francisco; Hugo van Reijen & Manro Hayden Trading)*

Adam C. Silverstein
GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
437 Madison Avenue
New York, NY 10022-7302
Phone: (212) 907-7300
Fax: (212) 754-0330
asilverstein@golenbock.com
*Counsel to Phillip R. Bennett, The Phillip R. Bennett Three Year Annuity Trust; Refco Group Holdings, Inc.*

Evan J. Smith
BRODSKY & SMITH LLC
240 Mineola Boulevard
First Floor
Mineola, NY 11501
Phone: (516) 741-4977
esmith@brodsky-smith.com
*Counsel to Banyan Capital Fund, LP*

        Richard I. Werder, Jr.
        Rebecca Trent
        QUINN EMANUEL URQUHART
        OLIVER & HEDGIES LLP
        51 Madison Avenue
        22nd Floor
        New York, NY  10010
        Phone:  (212) 849-7000
        Fax:  (212) 849-7100
        rickwerder@quinnemanuel.com
        ***Counsel to Kirschner (Trustee – The Refco Litigation Trust), Marc S. Kirshcher (Trustee – The Refco Private Actions Trust)***

Dated: Newark, New Jersey
       January 28, 2008

        **LATHAM & WATKINS LLP**

        By:  /s/  Elizabeth H. Hickey
            Elizabeth H. Hickey
            One Newark Center, 16th Floor
            Newark, New Jersey 07101
            Telephone: (973) 639-1234
            Facsimile:   (973) 639-7298

            Attorneys for Defendant
            Ernst & Young LLP