**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: REFCO INC. SECURITIES LITIGATION | MDL-1902 (GEL) |

| | |
|---|---|
| MARC S. KIRSCHNER, As Trustee of the Refco Litigation Trust, Plaintiff, v. GRANT THORNTON LLP, MAYER BROWN, ROWE & MAW, LLP; ERNST & YOUNG U.S. LLP; PRICEWATERHOUSECOOPERS LLP; CREDIT SUISSE SECURITIES (USA) LLC (f/k/a CREDIT SUISSE FIRST BOSTON LLC); BANC OF AMERICA SECURITIES LLC; DEUTSCHE BANK SECURITIES INC.; PHILLIP R. BENNETT; SANTO C. MAGGIO; ROBERT C. TROSTEN; TONE N. GRANT; REFCO GROUP HOLDINGS, INC.; LIBERTY CORNER CAPITAL STRATEGIES, LLC; WILLIAM T. PIGOTT; EMF FINANCIAL PRODUCTS, LLC; EMF CORE FUND, LTD.; DELTA FLYER FUND, LLC; ERIC M. FLANAGAN; INGRAM MICRO, INC.; CIM VENTURES, INC.; BECKENHAM TRADING CO. INC.; ANDREW KRIEGER; COAST ASSET MANAGEMENT, LLC (f/k/a COAST ASSET MANAGEMENT LP); CS LAND MANAGEMENT, LLC; and CHRISTOPHER PETITT, Defendants. | Case No. 07 Civ. 11604 (GEL) ECF Filed |

**RULE 7.1 STATEMENT**

NJ\140890.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure [formerly Local General Rule 1.9], the undersigned counsel for defendant Ernst & Young LLP ("EY") (a private non-governmental party) represents that EY has no publicly held affiliates.

Dated: January 28, 2008                    Respectfully submitted,


                                           Respectfully submitted,

                                           /s/ Christopher Harris
                                           One of the Attorneys for Defendant

                                           Ernst & Young LLP



                                           Miles N. Ruthberg
                                           Christopher Harris
                                           885 Third Avenue, Suite 1000
                                           New York, New York 10022-4834
                                           (212) 906-1200 (telephone)
                                           (212) 751-4864 (facsimile)

NJ\140890.1