UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re REFCO, INC. SECURITIES LITIGATION | No. 07-MD-1902 (GEL) |

This Document Relates to:

| | |
|---|---|
| MARC S. KIRSCHNER,<br>As Trustee of the Refco Litigation Trust,<br><br>       Plaintiff,<br>  -vs.-<br><br>GRANT THORNTON LLP, MAYER<br>BROWN, ROWE & MAW, LLP, ERNST &<br>YOUNG U.S. LLP,<br>PRICEWATERHOUSECOOPERS LLP,<br>CREDIT SUISSE SECURITIES (USA) LLC<br>(f/k/a CREDIT SUISSE FIRST BOSTON<br>LLC), BANC OF AMERICA SECURITIES<br>LLC, DEUTSCHE BANK SECURITIES<br>INC., PHILLIP R. BENNETT, SANTO C.<br>MAGGIO, ROBERT C. TROSTEN, TONE N.<br>GRANT, REFCO GROUP HOLDINGS,<br>INC., LIBERTY CORNER CAPITAL<br>STRATEGIES, LLC, WILLIAM T. PIGOTT,<br>EMF FINANCIAL PRODUCTS, LLC, EMF<br>CORE FUND, LTD., DELTA FLYER FUND,<br>LLC, ERIC M. FLANAGAN, INGRAM MICRO,<br>INC., CIM VENTURES, INC., BECKENHAM<br>TRADING CO., INC., ANDREW KRIEGER,<br>COAST ASSET MANAGEMENT, LLC (f/k/a<br>COAST ASSET MANAGEMENT LP), CS LAND<br>MANAGEMENT, LLC, and CHRISTOPHER<br>PETITT,<br><br>       Defendants. | No. 07-cv-11604 (GEL)<br><br><br><br>**MOTION TO ADMIT KENNETH Y.**<br>**TURNBULL** ***PRO HAC VICE*** |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for

the Southern District of New York, I, James J. Capra, Jr., a member of good standing of the bar

of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

> Kenneth Y. Turnbull
> Orrick, Herrington, & Sutcliffe LLP
> Columbia Center
> 1152 15th Street, NW
> Washington, DC 20005
> *Tel*: 202-339-8400
> *Fax*: 202-339-8500

Kenneth Y. Turnbull is a member in good standing of the Bars of the District of

Columbia and the State of Maryland.  There are no pending disciplinary proceedings against

Kenneth Y. Turnbull in any State or Federal court.

Dated: New York, New York
       January 15, 2008

Respectfully  submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____
       James J. Capra, Jr.
       666 Fifth Avenue
       New York, NY  10103-0001
       *Tel:* 212-506-5000
       *Fax:* 212-506-5151
       *Attorneys for Defendant*
       *PricewaterhouseCoopers LLP*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re REFCO, INC. SECURITIES LITIGATION | No. 07-MD-1902 (GEL) |

This Document Relates to:

| | |
|---|---|
| MARC S. KIRSCHNER, As Trustee of the Refco Litigation Trust, <br><br> Plaintiff, <br> -vs.- <br><br> GRANT THORNTON LLP, MAYER BROWN, ROWE & MAW, LLP, ERNST & YOUNG U.S. LLP, PRICEWATERHOUSECOOPERS LLP, CREDIT SUISSE SECURITIES (USA) LLC (f/k/a CREDIT SUISSE FIRST BOSTON LLC), BANC OF AMERICA SECURITIES LLC, DEUTSCHE BANK SECURITIES INC., PHILLIP R. BENNETT, SANTO C. MAGGIO, ROBERT C. TROSTEN, TONE N. GRANT, REFCO GROUP HOLDINGS, INC., LIBERTY CORNER CAPITAL STRATEGIES, LLC, WILLIAM T. PIGOTT, EMF FINANCIAL PRODUCTS, LLC, EMF CORE FUND, LTD., DELTA FLYER FUND, LLC, ERIC M. FLANAGAN, INGRAM MICRO, INC., CIM VENTURES, INC., BECKENHAM TRADING CO., INC., ANDREW KRIEGER, COAST ASSET MANAGEMENT, LLC (f/k/a COAST ASSET MANAGEMENT LP), CS LAND MANAGEMENT, LLC, and CHRISTOPHER PETITT, <br><br> Defendants. | No. 07-cv-11604 (GEL) <br><br><br> **AFFIDAVIT OF JAMES J. CAPRA, JR. IN SUPPORT OF MOTION TO ADMIT KENNETH Y. TURNBULL <u>PRO HAC VICE</u>** |

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss: |
| COUNTY OF NEW YORK | ) |

James J. Capra, Jr., being duly sworn, hereby deposes and says as follows:

1.      I am a partner at Orrick, Herrington & Sutcliffe LLP, counsel for Defendant PricewaterhouseCoopers LLP in the above captioned action. I am familiar with the proceedings of this case. I submit this affidavit based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Kenneth Y. Turnbull as counsel *pro hac vice* to represent Defendant in this matter.

2.      I am a member in good standing of the bar of the State of New York. I also am admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.      I have known Kenneth Y. Turnbull since 2005.

4.      Mr. Turnbull is an Associate at Orrick, Herrington & Sutcliffe LLP in Washington, DC.

5.      I have found Mr. Turnbull to be a skilled attorney and a person of high moral character. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.      Accordingly, I am pleased to move the admission of Kenneth Y. Turnbull, *pro hac vice*.

7.      I respectfully submit a proposed order granting the admission of Kenneth Y. Turnbull, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit

Kenneth Y. Turnbull, *pro hac vice*, to represent Defendant PricewaterhouseCoopers LLP

in the above captioned matter, be granted.

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____
James J. Capra, Jr.
666 Fifth Avenue
New York, NY 10103-0001
212-506-5000

Sworn to before me this
15th day of January, 2008

_____
Notary Public

THOMAS BACKIEL
Notary Public, State of New York
No. 01BA6083754
Qualified in Queens County
Commission Expires Nov. 25, 2010

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re REFCO, INC. SECURITIES LITIGATION | No. 07-MD-1902 (GEL) |

This Document Relates to:

| | |
|---|---|
| MARC S. KIRSCHNER,<br>As Trustee of the Refco Litigation Trust,<br><br>        Plaintiff,<br>   -vs.-<br><br>GRANT THORNTON LLP, MAYER BROWN, ROWE & MAW, LLP, ERNST & YOUNG U.S. LLP, PRICEWATERHOUSECOOPERS LLP, CREDIT SUISSE SECURITIES (USA) LLC (f/k/a CREDIT SUISSE FIRST BOSTON LLC), BANC OF AMERICA SECURITIES LLC, DEUTSCHE BANK SECURITIES INC., PHILLIP R. BENNETT, SANTO C. MAGGIO, ROBERT C. TROSTEN, TONE N. GRANT, REFCO GROUP HOLDINGS, INC., LIBERTY CORNER CAPITAL STRATEGIES, LLC, WILLIAM T. PIGOTT, EMF FINANCIAL PRODUCTS, LLC, EMF CORE FUND, LTD., DELTA FLYER FUND, LLC, ERIC M. FLANAGAN, INGRAM MICRO, INC., CIM VENTURES, INC., BECKENHAM TRADING CO., INC., ANDREW KRIEGER, COAST ASSET MANAGEMENT, LLC (f/k/a COAST ASSET MANAGEMENT LP), CS LAND MANAGEMENT, LLC, and CHRISTOPHER PETITT,<br><br>        Defendants. | No. 07-cv-11604 (GEL)<br><br><br><br>**PROPOSED ORDER FOR ADMISSION OF KENNETH Y. TURNBULL PRO HAC VICE** |

Upon the motion of James J. Capra, Jr., attorney for Defendant

PricewaterhouseCoopers LLP and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

> Kenneth Y. Turnbull
> Orrick, Herrington, & Sutcliffe LLP
> Columbia Center
> 1152 15th Street, NW
> Washington, DC 20005
> T*el*:  202-339-8400
> *Fax*:  202-339-8500
> *Email:* kturnbull@orrick.com

is admitted to practice *pro hac vice* as counsel for Defendant PricewaterhouseCoopers

LLP in the above captioned case in the United States District Court for the Southern

District of New York.  All attorneys appearing before this Court are subject to the Local

Rules of this Court, including the Rules governing discipline of attorneys. If this action is

assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for

an ECF password at nysd.uscourts.gov.  Counsel shall forward the *pro hac vice* fee to the

Clerk of Court.

Dated: January __, 2008
       New York, New York

                                    _____
                                    The Honorable Gerald E. Lynch
                                    United States District Court Judge



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia

Court of Appeals, do hereby certify that

Kenneth Y. Turnbull

was on the   2nd   day of   November, 2001

duly qualified and admitted as an attorney and counselor and

entitled to practice before this Court and is, on the date

indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have
hereunto subscribed my name
and affixed the seal of this
Court at the City of
Washington, D.C., on January
8, 2008.

GARLAND PINKSTON, JR., CLERK

By: _Michell Clark_

Deputy Clerk

# Court of Appeals
# of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

*STATE OF MARYLAND, ss:*

*I, Alexander L. Cummings, Clerk of the Court of Appeals of Maryland, do hereby certify that on the sixteenth day of December, 1999,*

### Kenneth Yeatts Turnbull

*having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.*

**In Testimony Whereof,** *I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this eleventh day of January, 2008.*

*Clerk of the Court of Appeals of Maryland*

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2008, I caused the following documents to be served

via U.S. Mail on the counsel noted below: (i) a Motion to Admit Kenneth Y. Turnbull

*Pro Hac Vice*, (ii) an Affidavit of James J. Capra, Jr. in Support of Motion To Admit

Kenneth Y. Turnbull *Proc Hac Vice*, and (iii) Certificates of Good Standing for Kenneth

Turnbull from the District of Columbia and the State of Maryland.

## SERVICE LIST

Adam Craig Silverstein
Golenbock Eiseman Assor Bell & Peskoe LLP
437 Madison Avenue
New York, NY 10022
*Counsel for Defendant Phillip R. Bennet*

Dawn M. Wilson
Wilmer Cutler Pickering Hale & Dorr L.L.P.
1875 Pennsylvania Avenue, NW
Washington, DC 20006
*Counsel for Defendant Banc of America Securities LLC,*
  *Credit Suisse Securities (USA) f/k/a Credit Suisse First Boston LLC,*
  *Deutsche Bank Securities, Inc.*

John V.H. Pierce
Lori A. Martin
Michael L. Feinberg
Philip D. Anker
Michael Hun Park
Robert Bruce McCaw
Ross E. Firsenbaum
Wilmer Cutler Pickering Hale & Dorr L.L.P.
399 Park Avenue
New York, NY 10022
*Counsel for Defendant Banc of America Securities LLC, CMG Institutional Trading LLC,*
  *Credit Suisse Securities (USA) f/k/a Credit Suisse First Boston LLC,*
  *Deutsche Bank Securities, Inc., Goldman, Sachs & Co., HSBC Securities (USA) Inc.,*
*Harris Nesbitt Corp., and J.P Morgan Securities, Inc.*

Laura Elizabeth Neish
Melinda Marie Sarafa

Zuckerman, Spaeder, Goldstein, Taylor & Kolker, LLP(NYC)
1540 Broadway
Suite 1604
New York, NY 10036-4039
*Counsel for Defendant Tone Grant*

Norman L. Eisen
Zuckerman, Spaeder, Goldstein, Taylor & Kolker, LLP
1800 M Street, N.W
Washington, DC 20036
*Counsel for Defendant Tone Grant*

Beth Ann Tchilinguirian
David Emilio Mollon
James David Reich, Jr.
Ruth Anne Braun
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166
*Counsel for Defendant Grant Thornton LLP*

Bradley E. Lerman
Bruce Roger Braun
Catherine W. Joyce
Linda T. Coberly
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601
*Counsel for Defendant Grant Thornton LLP*

Ramzi Abadou
Coughlin Stoia, Geller, Rudman & Robbins, LLP
655 West Broadway
Suite 1900
San Diego, CA 92101
*Counsel for Plaintiffs Irv Kreitenberg, Matthew Larson, Steve Kreitenberg, and
American Financial International Group – Asia, LLC*

Eric James Belfi
Labaton Sucharow, LLP
140 Broadway
New York, NY 10005
*Counsel for Deka International S.A., Luxemborg*

Robert Francis Carangelo
Greg A. Danilow
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10023
*Counsel for Defendants David V. Harkins, Leo R. Breitman, Nathan Gantcher, Scott*
*Jaeckel, and Thomas H. Lee*

Stephen John Fearon, Jr.
Squitieri & Fearon LLP
32 East 57th Street, 12th Floor
New York, NY 10022
*Counsel for American Financial International Group – Asia, LLC*

Blake Tyler Hannafan
Hannafan & Hannafan, Ltd.
One East Wacker Drive
Suite 2800
Chicago, IL 60601
*Counsel for Defendant Tone Grant*

Helen Byung-Son Kim
Baker & Hostetler LLP
12100 Wilshire Blvd.
15th floor
Los Angeles, CA 90025
*Counsel for Plaintiff Dennis A. Klejna*

Marc Dennis Powers
Ona T.Wang
Baker & Hostetler LLP
45 Rockefeller Plaza
New York City, NY 10111
*Counsel for Plaintiff Dennis A. Klejna*

Richard Edward Nathan
Nathan Law Office
123 South June Street
Los Angeles, CA 90004
*Counsel for Plaintiff Dennis A. Klejna*

George Theodore Peters
Wolf, Haldenstein, Adler, Freeman & Herz
270 Madison Avenue
New York, NY 10016
*Counsel for Plaintiff Irv Kreitenberg*

Mark Floyd Pomerantz
Kerry Lauren Quinn
Richard Rosen
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
*Counsel for Defendants David V. Harkins and Scott L. Jaeckel*

Evan J. Smith
Brodsky & Smith, L.L.C.
240 Mineola Blvd.
Mineola, NY 11501
*Counsel for Banyan Capital Fund, LP*

Shelley Thompson
Labaton Sucharow, LLP
140 Broadway
New York, NY 10005
*Counsel for Plaintiff Matthew Larson*

Sascha N. Rand
Quinn Emanuel Urquhart Oliver & Hedges LLP
51 Madison Avenue
22nd Floor
New York, NY 10010
*Counsel for Plaintiff Marc S. Kirschner, As Trustee*
  *Of the Refco Litigation Trust*

Christopher Harris
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022
*Counsel for Defendant Ernst & Young U.S. LLP*

Barbara Moses
Rachel M. Korenblat
Morvillo, Abramowitz, Grand, Iason, Anello & Bohrer P.C.
565 Fifth Avenue
New York, NY 10017
*Counsel for Robert C. Trosten*

Joel M. Cohen
Clifford Chance US LLP
31 West 52nd Street
New York, NY 10019
*Counsel for Mayer Brown International LLP*

Kenneth Y. Turnbull