## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

MARC S. KIRSCHNER,
As Trustee of the Refco Litigation Trust,

        Plaintiff,

        v.

GRANT THORNTON LLP, MAYER BROWN,
ROWE AND MAW, LLP; ERNST AND
YOUNG U.S. LLP;
PRICEWATERHOUSECOOPERS LLP;
CREDIT SUISSE SECURITIES (USA) LLC
(f/k/a CREDIT SUISSE FIRST BOSTON LLC);
BANC OF AMERICA SECURITIES LLC;
DEUTSCHE BANK SECURITIES INC.;
PHILLIP R. BENNETT, SANTO C. MAGGIO;
ROBERT C. TROSTEN; TONE N. GRANT;
REFCO GROUP HOLDINGS, INC.; LIBERTY
CORNER CAPITAL STRATEGIES, LLC;
WILLIAM T. PIGOTT; EMF FINANCIAL
PRODUCTS, LLC; EMF CORE FUND, LTD.;
DELTA FLYER FUND, LLC; ERIC M.
FLANAGAN; INGRAM MICRO, INC.; CIM
VENTURES, INC.; BECKENHAM TRADING
CO. INC.; ANDREW KREIGER; COAST
ASSET MANAGEMENT, LLC (f/k/a COAST
ASSET MANAGEMENT LP); CS LAND
MANAGEMENT, LLC; and CHRISTOPHER
PETITT,

        Defendants.

Case No. 07 Civ. 11604 (GEL)

ECF Filed

## NOTICE OF APPEARANCE

NYA878658.1

Please take notice that Anthony M. Candido of Clifford Chance US LLP, with offices located at

31 West 52nd Street, New York, New York 10019, hereby appears in the above-captioned action

on behalf of Mayer Brown International LLP.

I hereby certify that I am admitted to practice before this Court.


Respectfully submitted,

*Anthony M. Candido mp/TJC*

Anthony M. Candido (AC-9458)
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, New York 10019
Tel: (212) 878-8000
Fax: (212) 878-8375
*Attorneys for the*
*UK Limited Liability Partnership*
*Mayer Brown International LLP*


Dated: New York, NY
          February 1, 2008

NYA878658.1