IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARC S. KIRSCHNER,<br>As Trustee of the Refco Litigation Trust,<br><br>               Plaintiff,<br><br>               v.<br><br>GRANT THORNTON LLP, MAYER BROWN, ROWE AND MAW, LLP; ERNST AND YOUNG U.S. LLP; PRICEWATERHOUSECOOPERS LLP; CREDIT SUISSE SECURITIES (USA) LLC (f/k/a CREDIT SUISSE FIRST BOSTON LLC); BANC OF AMERICA SECURITIES LLC; DEUTSCHE BANK SECURITIES INC.; PHILLIP R. BENNETT, SANTO C. MAGGIO; ROBERT C. TROSTEN; TONE N. GRANT; REFCO GROUP HOLDINGS, INC.; LIBERTY CORNER CAPITAL STRATEGIES, LLC; WILLIAM T. PIGOTT; EMF FINANCIAL PRODUCTS, LLC; EMF CORE FUND, LTD.; DELTA FLYER FUND, LLC; ERIC M. FLANAGAN; INGRAM MICRO, INC.; CIM VENTURES, INC.; BECKENHAM TRADING CO. INC.; ANDREW KREIGER; COAST ASSET MANAGEMENT, LLC (f/k/a COAST ASSET MANAGEMENT LP); CS LAND MANAGEMENT, LLC; and CHRISTOPHER PETITT,<br><br>               Defendants. | **Rule 7.1 Disclosure**<br><br>Case No. 07 Civ. 11604 (GEL)<br><br>ECF Filed |

Mayer, Brown, Rowe & Maw LLP was the name shared by two limited liability entities, one established in Illinois (now known as "Mayer Brown LLP") and one incorporated in England and Wales (now known as "Mayer Brown International LLP").

NYA878663.1

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant Mayer Brown International LLP certifies that Mayer Brown International LLP has no parent corporation and no publicly traded company owns any portion of this partnership.

By filing this statement, Mayer Brown International LLP does not waive any defenses, including, *inter alia*, defenses regarding jurisdiction over the person.

                                                Respectfully submitted,

                                                */s/ Anthony M. Candido*
Anthony M. Candido (AC-9458)
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, New York 10019
Tel: (212) 878-8000
Fax: (212) 878-8375
*Attorneys for the*
*UK Limited Liability Partnership*
*Mayer Brown International LLP*

Dated: New York, NY
       February 1, 2008

NYA878663.1