UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MARC S. KIRSCHNER : Case No. 07 Civ. 11604 (GEL)
As Trustee of the Refco Litigation Trust :
:
: **MOTION FOR *PRO HAC***
Plaintiffs, : ***VICE* ADMISSION OF**
: **JOHN K. VILLA**
:
v. :
:
GRANT THORNTON LLP; MAYER :
BROWN, ROWE & MAW, LLP; ERNST & :
YOUNG U.S. LLP; :
PRICEWATERHOUSECOOPERS LLP; :
CREDIT SUISSE SECURITIES (USA) LLC :
(f/k/a CREDIT SUISSE FIRST BOSTON :
LLC); BANC OF AMERICA SECURITIES :
LLC; DEUTSCHE BANK SECURITIES :
INC.; PHILLIP R. BENNETT; SANTO C. :
MAGGIO; ROBERT C. TROSTEN; TONE N. :
GRANT; REFCO GROUP HOLDINGS, INC.; :
LIBERTY CORNER CAPITAL :
STRATEGIES, LLC; WILLIAM T. PIGOTT; :
EMF FINANCIAL PRODUCTS, LLC; EMF :
CORE FUND, LTD.; DELTA FLYER FUND, :
LLC; ERIC M. FLANAGAN; INGRAM :
MICRO, INC.; CIM VENTURES, INC.; :
BECKENHAM TRADING CO. INC.; :
ANDREW KRIEGER; COAST ASSET :
MANAGEMENT, LLC (f/k/a COAST ASSET :
MANAGEMENT LP); CS LAND :
MANAGEMENT, LLC; and CHRISTOPHER :
PETITT, :
Defendants. :
:
------------------------------------------------------------x

Pursuant to Local Civil Rule 1.3(c), undersigned counsel respectfully moves for

the admission *pro hac vice* of the following attorney in the above-captioned matter:

John K. Villa, Esquire

Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel. (202) 434-5000
Fax. (202) 434-5029

Mr. Villa is a member in good standing of the bar of the District of Columbia and there are no pending disciplinary proceedings against Mr. Villa in state or federal court. This Motion is based on the accompanying Affidavit of Thomas G. Ward and Certificate of Good Standing from the District of Columbia Bar. A proposed Order is attached hereto.

Respectfully submitted,

By: /s/ Thomas G. Ward
Thomas G. Ward (TW-6255)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel. (202) 434-5000
Fax. (202) 434-5029

*Counsel for Defendant Mayer Brown LLP*

Dated: Washington, DC
January 30, 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | |
|---|---|
| MARC S. KIRSCHNER<br>As Trustee of the Refco Litigation Trust<br><br>Plaintiffs,<br><br>v.<br><br>GRANT THORNTON LLP; MAYER BROWN, ROWE & MAW, LLP; ERNST & YOUNG U.S. LLP; PRICEWATERHOUSECOOPERS LLP; CREDIT SUISSE SECURITIES (USA) LLC (f/k/a CREDIT SUISSE FIRST BOSTON LLC); BANC OF AMERICA SECURITIES LLC; DEUTSCHE BANK SECURITIES INC.; PHILLIP R. BENNETT; SANTO C. MAGGIO; ROBERT C. TROSTEN; TONE N. GRANT; REFCO GROUP HOLDINGS, INC.; LIBERTY CORNER CAPITAL STRATEGIES, LLC; WILLIAM T. PIGOTT; EMF FINANCIAL PRODUCTS, LLC; EMF CORE FUND, LTD.; DELTA FLYER FUND, LLC; ERIC M. FLANAGAN; INGRAM MICRO, INC.; CIM VENTURES, INC.; BECKENHAM TRADING CO. INC.; ANDREW KRIEGER; COAST ASSET MANAGEMENT, LLC (f/k/a COAST ASSET MANAGEMENT LP); CS LAND MANAGEMENT, LLC; and CHRISTOPHER PETITT,<br>Defendants. | Case No. 07 Civ. 11604 (GEL)<br><br>**AFFIDAVIT OF THOMAS G. WARD IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION OF JOHN K. VILLA** |

-----------------------------------------------------------x

I, THOMAS G. WARD, declare as follows:

1. I am an attorney with the law firm of Williams & Connolly LLP, attorneys for Defendant in the above-captioned matter, and a member in good standing of the bar of this Court

- 2 -

since March 28, 2005. I submit this affidavit in support of the Motion for *Pro Hac Vice* Admission of John K. Villa in the above-captioned matter pursuant to Local Civil Rule 1.3(c).

2.  I have known Mr. Villa since November 1998. Mr. Villa is an attorney of the highest ethical and moral character, competence and experience, and I am confident that he will conduct himself accordingly before this Court.

3.  Mr. Villa is a member in good standing of the bar of the District of Columbia. In connection with this motion, I am submitting a Certificate of Good Standing issued by this bar. I am aware of no pending disciplinary proceedings against Mr. Villa in any state or federal court.

4.  For the foregoing reasons, I respectfully move the *pro hac vice* admission of John K. Villa in the above-captioned matter. For the Court's convenience, a proposed order granting this motion is attached hereto.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Washington, D.C. on January 30, 2008.

*[signature]*
Thomas G. Ward (TW-6255)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000

*Counsel for Defendant Mayer Brown LLP*

## CERTIFICATE OF SERVICE

I, Thomas G. Ward, hereby certify that on this 30th day of January, 2008, I caused true and correct copies of the Motion for *Pro Hac Vice* Admission of John K. Villa and Affidavit of Thomas G. Ward in Support of Motion for *Pro Hac Vice* Admission of John K. Villa to be served via first class mail upon the following:

| | |
|---|---|
| Sascha N. Rand<br>QUINN EMANUEL URQUHART OLIVER<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>*Counsel to Plaintiff Marc S. Kirschner, As Trustee for the Refco Private Actions Trust* | John R. McCambridge<br>GRIPPO AND ELDEN LLC<br>& HEDGES LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>*Counsel to Plaintiff Trustee of the Refco Litigation Trust* |
| Bradley E. Lerman<br>David Emilio Mollon<br>James David Reich, Jr.<br>Bruce Roger Braun<br>Catherine W. Joyce<br>Linda T. Coberly<br>WINSTON & STRAWN LLP<br>35 W. Wacker Drive<br>Chicago, Illinois 60601<br>*Counsel to Defendant Grant Thornton, LLP* | Anthony Mathias Candido<br>& Joel Michael Cohen<br>CLIFFORD CHANCE US, LLP<br>West 52nd Street<br>New York, NY 10019<br>*Counsel to Defendant Mayer Brown International LLP* |
| Miles N. Ruthberg<br>LATHAM & WATKINS<br>633 West Fifth Street<br>Suite 4000<br>Los Angeles, California 90071<br>*Counsel to Defendant Ernst & Young Us. LLP* | Reed S. Oslan, P.c.<br>Joel A. Blanchet<br>James C. Joslin<br>Richard U.S. Howell<br>Peter Stasiewicz<br>KIRKLAND & ELLIS LLP<br>200 East Randolph Drive<br>Chicago, IL 60601<br>*Counsel to Defendants Coast Asset Management LLC jlk/a Coast Asset Management LP, and CS Land Management, LLC* |

| | |
|---|---|
| James J. Capra, Jr.<br>ORRICK HERRINGTON SUTCLIFFE LLP<br>666 Fifth Avenue 31<br>New York, NY 10103<br>*Counsel to Defendant*<br>*PricewaterhouseCoopers LLP* | Scott E. Hershman<br>Stephen R. Blacklocks<br>Richard Soto<br>BELL & PESKIE LLP HUNTON &<br>WILLIAMS LLP<br>200 Park Avenue<br>New York, NY 10166-0091<br>*Counsel to Defendant Santo C. Maggio* |
| Stephen J. O'Neil<br>Maura Forde O'Meara<br>BELL, BOYD & LLOYD LLP<br>70 West Madison Street<br>Suite 3100<br>Chicago, Illinois 60602<br>*Counsel to Defendant Robert C Trosten* | Michael T. Hannafan<br>Blake Tyler Hannafan<br>HANNAFAN & HANNAFAN LTD.<br>One East Wacker Drive<br>Suite 2800<br>Chicago, Illinois 60601<br>*Counsel to Defendant Tone N Grant* |
| Thomas J. Cunningham<br>Ronald M. Lepinskas<br>Sally Weiss Mimms<br>P. Russell Perdew<br>LORD BISSELL & BROOK LLP<br>111 South Wacker Dr.<br>Chicago, IL 60606<br>*Counsel to Defendant Christopher Petitt* | John D. Tortorella<br>MARINO TORTORELLA PC<br>437 Southern Boulevard<br>Chatham, NJ 07928<br>*Counsel to Defendants Liberty Corner Capital*<br>*Strategies and William T Pigott* |
| Veronica E. Rendon<br>ARNOLD & PORTER LLP<br>399 Park Avenue<br>New York, NY 10022-4690<br>*Counsel to Defendants Eric M Flanagan,*<br>*EMF Financial Products, LLC and Delta Flyer* | Aaron E. Albert<br>FISCHER PORTER & THOMAS, P.c.<br>440 Sylvan Avenue<br>Suite 130<br>Englewood Cliffs, NJ 07632-2700<br>*Counsel to Defendants Beckenham Trading*<br>*Fund, LLC Co. Inc. and Andrew Krieger* |
| Peter C. John<br>Eric R. Lifvendahl<br>WILLIAMS MONTGOMERY & JOHN LTD.<br>20 North Wacker Drive<br>Suite 2100 4th Floor<br>Chicago, IL 60606<br>*Counsel to Ingram Micro Inc. and CIM*<br>*Ventures, Inc.* | Jonathan P. Hersey<br>SHEPPARD MULLIN RICHTER &<br>HAMPTONLLP<br>650 Town Center Drive<br>Costa Mesa, CA 92626<br>*Counsel to Defendant CIM Ventures, Inc.* |

- 3 -

| | |
|---|---|
| Robert B. McCaw<br>Philip D. Anker<br>Lori A. Martin<br>John V.H. Pierce<br>Dawn M. Wilson<br>Michael L. Feinberg<br>Ross E. Firsenbaum<br>WILMER CUTLER PICKERING<br>HALE & DORR<br>399 Park Avenue<br>New York, New York 10022<br>Tel.: (212)-230-8800<br>Fax: (212)-230-8888<br>*Attorneys for Defendants Credit Suisse Securities (USA) LLC (formerly Credit Suisse First Boston LLC), Banc of America Securities LLC, and Deutsche Bank Securities Inc.* | Jeffrey T. Golenbock<br>Adam Craig Silverstein<br>GOLENBOCK EISEMAN ASSOR<br>437 Madison Avenue<br>New York, NY 10022-7302<br><br>*And*<br><br>Heather L. Kramer<br>Edward S. Weil<br>SCHWARTZ COOPER CHARTERED<br>180 North LaSalle Street<br>Suite 2700<br>Chicago, IL 60601<br><br>*Counsel to Defendants Phillip R. Bennett, Refco Group Holdings Inc., and The Phillip R. Bennett Three Year Annuity Trust* |

_____
　　　Thomas G. Ward (TW-6255)



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

    John K. Villa

was on the 11th day of November, 1975 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

> In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on January 28, 2008.
>
> GARLAND PINKSTON, JR., CLERK
>
> By: _____
>             Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
:
MARC S. KIRSCHNER                                          :     Case No. 07 Civ. 11604 (GEL)
As Trustee of the Refco Litigation Trust                   :
:
:     **ORDER ADMITTING COUNSEL**
:     *PRO HAC VICE*
                       Plaintiffs,                         :
:
:
:
               v.                                          :
:
GRANT THORNTON LLP; MAYER                                  :
BROWN, ROWE & MAW, LLP; ERNST &                            :
YOUNG U.S. LLP;                                            :
PRICEWATERHOUSECOOPERS LLP;                                :
CREDIT SUISSE SECURITIES (USA) LLC                         :
(f/k/a CREDIT SUISSE FIRST BOSTON                          :
LLC); BANC OF AMERICA SECURITIES                           :
LLC; DEUTSCHE BANK SECURITIES                              :
INC.; PHILLIP R. BENNETT; SANTO C.                         :
MAGGIO; ROBERT C. TROSTEN; TONE N.                         :
GRANT; REFCO GROUP HOLDINGS, INC.;                         :
LIBERTY CORNER CAPITAL                                     :
STRATEGIES, LLC; WILLIAM T. PIGOTT;                        :
EMF FINANCIAL PRODUCTS, LLC; EMF                           :
CORE FUND, LTD.; DELTA FLYER FUND,                         :
LLC; ERIC M. FLANAGAN; INGRAM                              :
MICRO, INC.; CIM VENTURES, INC.;                           :
BECKENHAM TRADING CO. INC.;                                :
ANDREW KRIEGER; COAST ASSET                                :
MANAGEMENT, LLC (f/k/a COAST ASSET                         :
MANAGEMENT LP); CS LAND                                    :
MANAGEMENT, LLC; and CHRISTOPHER                           :
PETITT,                                                    :
                       Defendants.                         :
:
-----------------------------------------------------------x

   This matter having been brought before the Court by motion pursuant to Local

Civil Rule 1.3(c) for the admission *pro hac vice* of John K. Villa, Esquire, in the above-captioned

matter, it is this _____ day of _____ 2008, hereby

ORDERED that the motion is GRANTED, and

IT IS FURTHER ORDERED THAT John K. Villa shall be admitted *pro hac vice* in the above-captioned matter. Counsel shall remit the required $25 fee to the Cashier's Office for this *pro hac vice* admission.

SO ORDERED.

Dated: New York, NY

_____, 2008

_____
The Honorable Gerard D. Lynch
United States District Judge