USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/6/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MARC S. KIRSCHNER
As Trustee of the Refco Litigation Trust

                      Plaintiffs,

           v.

GRANT THORNTON LLP; MAYER
BROWN, ROWE & MAW, LLP; ERNST &
YOUNG U.S. LLP;
PRICEWATERHOUSECOOPERS LLP;
CREDIT SUISSE SECURITIES (USA) LLC
(f/k/a CREDIT SUISSE FIRST BOSTON
LLC); BANC OF AMERICA SECURITIES
LLC; DEUTSCHE BANK SECURITIES
INC.; PHILLIP R. BENNETT; SANTO C.
MAGGIO; ROBERT C. TROSTEN; TONE N.
GRANT; REFCO GROUP HOLDINGS, INC.;
LIBERTY CORNER CAPITAL
STRATEGIES, LLC; WILLIAM T. PIGOTT;
EMF FINANCIAL PRODUCTS, LLC; EMF
CORE FUND, LTD.; DELTA FLYER FUND,
LLC; ERIC M. FLANAGAN; INGRAM
MICRO, INC.; CIM VENTURES, INC.;
BECKENHAM TRADING CO. INC.;
ANDREW KRIEGER; COAST ASSET
MANAGEMENT, LLC (f/k/a COAST ASSET
MANAGEMENT LP); CS LAND
MANAGEMENT, LLC; and CHRISTOPHER
PETITT,

                      Defendants.

------------------------------------------------------------x

Case No. 07 Civ. 11604 (GEL)

**ORDER ADMITTING COUNSEL**
***PRO HAC VICE***

This matter having been brought before the Court by motion pursuant to Local Civil Rule 1.3(c) for the admission *pro hac vice* of Craig D. Singer, Esquire, in the above-captioned matter, it is this 5th day of February 2008, hereby

ORDERED that the motion is GRANTED, and

IT IS FURTHER ORDERED THAT Craig D. Singer shall be admitted *pro hac vice* in the above-captioned matter. Counsel shall remit the required $25 fee to the Cashier's Office for this *pro hac vice* admission.

SO ORDERED.

Dated: New York, NY

　　　　February 5　　　　, 2008

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　The Honorable Gerard E. Lynch
　　　　　　　　　　　　　　　　　United States District Judge