UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                  :

MARC S. KIRSCHNER          :    Case No. 07 Civ. 11604 (GEL)
As Trustee of the Refco Litigation Trust  :

                  :

                  :    **ORDER ADMITTING COUNSEL**
          Plaintiffs,    :    ***PRO HAC VICE***

                  :

        v.            :

GRANT THORNTON LLP; MAYER    :
BROWN, ROWE & MAW, LLP; ERNST &  :
YOUNG U.S. LLP;          :
PRICEWATERHOUSECOOPERS LLP;  :
CREDIT SUISSE SECURITIES (USA) LLC :
(f/k/a CREDIT SUISSE FIRST BOSTON  :
LLC); BANC OF AMERICA SECURITIES :
LLC; DEUTSCHE BANK SECURITIES  :
INC.; PHILLIP R. BENNETT; SANTO C. :
MAGGIO; ROBERT C. TROSTEN; TONE N. :
GRANT; REFCO GROUP HOLDINGS, INC.; :
LIBERTY CORNER CAPITAL     :
STRATEGIES, LLC; WILLIAM T. PIGOTT; :
EMF FINANCIAL PRODUCTS, LLC; EMF :
CORE FUND, LTD.; DELTA FLYER FUND, :
LLC; ERIC M. FLANAGAN; INGRAM  :
MICRO, INC.; CIM VENTURES, INC.;  :
BECKENHAM TRADING CO. INC.;   :
ANDREW KRIEGER; COAST ASSET  :
MANAGEMENT, LLC (f/k/a COAST ASSET :
MANAGEMENT LP); CS LAND    :
MANAGEMENT, LLC; and CHRISTOPHER :
PETITT,             :
          Defendants.   :

                  :
-------------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/25/08
```

    This matter having been brought before the Court by motion pursuant to Local

Civil Rule 1.3(c) for the admission *pro hac vice* of Daniel P. Shanahan, Esquire, in the above-

captioned matter, it is this ___ day of _____ 2008, hereby

ORDERED that the motion is GRANTED, and

IT IS FURTHER ORDERED THAT Daniel P. Shanahan shall be admitted *pro hac vice* in the above-captioned matter.  Counsel shall remit the required $25 fee to the Cashier's Office for this *pro hac vice* admission.

SO ORDERED.

Dated: New York, NY

February 22, 2008

The Honorable Gerard E. Lynch
United States District Judge