UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MARC S. KIRSCHNER : Case No. 07 Civ. 11604 (GEL)
As Trustee of the Refco Litigation Trust :
:
: **MOTION FOR *PRO HAC***
Plaintiffs, : ***VICE* ADMISSION OF**
: **MICHAEL S. SUNDERMEYER**
:
v. :
:
GRANT THORNTON LLP; MAYER :
BROWN, ROWE & MAW, LLP; ERNST & :
YOUNG U.S. LLP; :
PRICEWATERHOUSECOOPERS LLP; :
CREDIT SUISSE SECURITIES (USA) LLC :
(f/k/a CREDIT SUISSE FIRST BOSTON :
LLC); BANC OF AMERICA SECURITIES :
LLC; DEUTSCHE BANK SECURITIES :
INC.; PHILLIP R. BENNETT; SANTO C. :
MAGGIO; ROBERT C. TROSTEN; TONE N. :
GRANT; REFCO GROUP HOLDINGS, INC.; :
LIBERTY CORNER CAPITAL :
STRATEGIES, LLC; WILLIAM T. PIGOTT; :
EMF FINANCIAL PRODUCTS, LLC; EMF :
CORE FUND, LTD.; DELTA FLYER FUND, :
LLC; ERIC M. FLANAGAN; INGRAM :
MICRO, INC.; CIM VENTURES, INC.; :
BECKENHAM TRADING CO. INC.; :
ANDREW KRIEGER; COAST ASSET :
MANAGEMENT, LLC (f/k/a COAST ASSET :
MANAGEMENT LP); CS LAND :
MANAGEMENT, LLC; and CHRISTOPHER :
PETITT, :
Defendants. :
:
------------------------------------------------------------x

Pursuant to Local Civil Rule 1.3(c), undersigned counsel respectfully moves for

the admission *pro hac vice* of the following attorney in the above-captioned matter:

Michael S. Sundermeyer, Esquire

- 2 -

Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel. (202) 434-5000
Fax. (202) 434-5029

Mr. Sundermeyer is a member in good standing of the bar of the District of Columbia and there are no pending disciplinary proceedings against Mr. Sundermeyer in state or federal court. This Motion is based on the accompanying Affidavit of Thomas G. Ward and Certificates of Good Standing from the Virginia, Maryland and District of Columbia Bars. A proposed Order is attached hereto.

Respectfully submitted,

By: _/s/ Thomas G. Ward_
Thomas G. Ward (TW-6255)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel. (202) 434-5000
Fax. (202) 434-5029

*Counsel for Defendant Mayer Brown LLP*

Dated: Washington, DC
   February 19, 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MARC S. KIRSCHNER : Case No. 07 Civ. 11604 (GEL)
As Trustee of the Refco Litigation Trust :
:
:
: **AFFIDAVIT OF THOMAS G.**
            Plaintiffs, : **WARD IN SUPPORT OF**
: **MOTION FOR** *PRO HAC*
: *VICE* **ADMISSION OF**
         v. : **MICHAEL S. SUNDERMEYER**
:
GRANT THORNTON LLP; MAYER :
BROWN, ROWE & MAW, LLP; ERNST & :
YOUNG U.S. LLP; :
PRICEWATERHOUSECOOPERS LLP; :
CREDIT SUISSE SECURITIES (USA) LLC :
(f/k/a CREDIT SUISSE FIRST BOSTON :
LLC); BANC OF AMERICA SECURITIES :
LLC; DEUTSCHE BANK SECURITIES :
INC.; PHILLIP R. BENNETT; SANTO C. :
MAGGIO; ROBERT C. TROSTEN; TONE N. :
GRANT; REFCO GROUP HOLDINGS, INC.; :
LIBERTY CORNER CAPITAL :
STRATEGIES, LLC; WILLIAM T. PIGOTT; :
EMF FINANCIAL PRODUCTS, LLC; EMF :
CORE FUND, LTD.; DELTA FLYER FUND, :
LLC; ERIC M. FLANAGAN; INGRAM :
MICRO, INC.; CIM VENTURES, INC.; :
BECKENHAM TRADING CO. INC.; :
ANDREW KRIEGER; COAST ASSET :
MANAGEMENT, LLC (f/k/a COAST ASSET :
MANAGEMENT LP); CS LAND :
MANAGEMENT, LLC; and CHRISTOPHER :
PETITT, :
            Defendants. :
:
------------------------------------------------------------x

I, THOMAS G. WARD, declare as follows:

   1.   I am an attorney with the law firm of Williams & Connolly LLP, attorneys for

Defendant in the above-captioned matter, and a member in good standing of the bar of this Court

- 2 -

since March 28, 2005. I submit this affidavit in support of the Motion for *Pro Hac Vice* Admission of Michael S. Sundermeyer in the above-captioned matter pursuant to Local Civil Rule 1.3(c).

2.  I have known Mr. Sundermeyer since November 1998. Mr. Sundermeyer is an attorney of the highest ethical and moral character, competence and experience, and I am confident that he will conduct himself accordingly before this Court.

3.  Mr. Sundermeyer is a member in good standing of the bars of Virginia, Maryland and the District of Columbia. In connection with this motion, I am submitting Certificates of Good Standing issued by these three bars. I am aware of no pending disciplinary proceedings against Mr. Sundermeyer in any state or federal court.

4.  For the foregoing reasons, I respectfully move the *pro hac vice* admission of Michael S. Sundermeyer in the above-captioned matter. For the Court's convenience, a proposed order granting this motion is attached hereto.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Washington, D.C. on February 19, 2008.

Thomas G. Ward (TW-6255)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000

*Counsel for Defendant Mayer Brown LLP*

## **CERTIFICATE OF SERVICE**

I, Thomas G. Ward, hereby certify that on this 19th day of February, 2008, I caused true and correct copies of the Motion for *Pro Hac Vice* Admission of Michael S. Sundermeyer and Affidavit of Thomas G. Ward in Support of Motion for *Pro Hac Vice* Admission of Michael S. Sundermeyer to be served via first class mail upon the following:

| | |
|---|---|
| Sascha N. Rand<br>QUINN EMANUEL URQUHART OLIVER<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>*Counsel to Plaintiff Marc S. Kirschner, As Trustee for the Refco Private Actions Trust* | John R. McCambridge<br>GRIPPO AND ELDEN LLC<br>& HEDGES LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>*Counsel to Plaintiff Trustee of the Refco Litigation Trust* |
| Bradley E. Lerman<br>David Emilio Mollon<br>James David Reich, Jr.<br>Bruce Roger Braun<br>Catherine W. Joyce<br>Linda T. Coberly<br>WINSTON & STRAWN LLP<br>35 W. Wacker Drive<br>Chicago, Illinois 60601<br>*Counsel to Defendant Grant Thornton, LLP* | Anthony Mathias Candido<br>& Joel Michael Cohen<br>CLIFFORD CHANCE US, LLP<br>West 52nd Street<br>New York, NY 10019<br>*Counsel to Defendant Mayer Brown International LLP* |
| Miles N. Ruthberg<br>LATHAM & WATKINS<br>633 West Fifth Street<br>Suite 4000<br>Los Angeles, California 90071<br>*Counsel to Defendant Ernst & Young Us. LLP* | Reed S. Oslan, P.c.<br>Joel A. Blanchet<br>James C. Joslin<br>Richard U.S. Howell<br>Peter Stasiewicz<br>KIRKLAND & ELLIS LLP<br>200 East Randolph Drive<br>Chicago, IL 60601<br>*Counsel to Defendants Coast Asset Management LLC jlk/a Coast Asset Management LP, and CS Land Management, LLC* |

| | |
|---|---|
| James J. Capra, Jr.<br>ORRICK HERRINGTON SUTCLIFFE LLP<br>666 Fifth Avenue 31<br>New York, NY 10103<br>*Counsel to Defendant*<br>*PricewaterhouseCoopers LLP* | Scott E. Hershman<br>Stephen R. Blacklocks<br>Richard Soto<br>BELL & PESKIE LLP HUNTON &<br>WILLIAMS LLP<br>200 Park Avenue<br>New York, NY 10166-0091<br>*Counsel to Defendant Santo C. Maggio* |
| Stephen J. O'Neil<br>Maura Forde O'Meara<br>BELL, BOYD & LLOYD LLP<br>70 West Madison Street<br>Suite 3100<br>Chicago, Illinois 60602<br>*Counsel to Defendant Robert C Trosten* | Michael T. Hannafan<br>Blake Tyler Hannafan<br>HANNAFAN & HANNAFAN LTD.<br>One East Wacker Drive<br>Suite 2800<br>Chicago, Illinois 60601<br>*Counsel to Defendant Tone N Grant* |
| Thomas J. Cunningham<br>Ronald M. Lepinskas<br>Sally Weiss Mimms<br>P. Russell Perdew<br>LORD BISSELL & BROOK LLP<br>111 South Wacker Dr.<br>Chicago, IL 60606<br>*Counsel to Defendant Christopher Petitt* | John D. Tortorella<br>MARINO TORTORELLA PC<br>437 Southern Boulevard<br>Chatham, NJ 07928<br>*Counsel to Defendants Liberty Corner Capital*<br>*Strategies and William T Pigott* |
| Veronica E. Rendon<br>ARNOLD & PORTER LLP<br>399 Park Avenue<br>New York, NY 10022-4690<br>*Counsel to Defendants Eric M Flanagan,*<br>*EMF Financial Products, LLC and Delta Flyer* | Aaron E. Albert<br>FISCHER PORTER & THOMAS, P.c.<br>440 Sylvan Avenue<br>Suite 130<br>Englewood Cliffs, NJ 07632-2700<br>*Counsel to Defendants Beckenham Trading*<br>*Fund, LLC Co. Inc. and Andrew Krieger* |
| Peter C. John<br>Eric R. Lifvendahl<br>WILLIAMS MONTGOMERY & JOHN LTD.<br>20 North Wacker Drive<br>Suite 2100 4th Floor<br>Chicago, IL 60606<br>*Counsel to Ingram Micro Inc. and CIM*<br>*Ventures, Inc.* | Jonathan P. Hersey<br>SHEPPARD MULLIN RICHTER &<br>HAMPTONLLP<br>650 Town Center Drive<br>Costa Mesa, CA 92626<br>*Counsel to Defendant CIM Ventures, Inc.* |

| | |
|---|---|
| Robert B. McCaw<br>Philip D. Anker<br>Lori A. Martin<br>John V.H. Pierce<br>Dawn M. Wilson<br>Michael L. Feinberg<br>Ross E. Firsenbaum<br>WILMER CUTLER PICKERING<br>HALE  & DORR<br>399 Park Avenue<br>New York, New York 10022<br>Tel.: (212)-230-8800<br>Fax: (212)-230-8888<br>*Attorneys for Defendants Credit Suisse Securities (USA) LLC (formerly Credit Suisse First Boston LLC), Banc of America Securities LLC, and Deutsche Bank Securities Inc.* | Jeffrey T. Golenbock<br>Adam Craig Silverstein<br>GOLENBOCK EISEMAN ASSOR<br>437 Madison Avenue<br>New York, NY 10022-7302<br><br>*And*<br><br>Heather L. Kramer<br>Edward S. Weil<br>SCHWARTZ COOPER CHARTERED<br>180 North LaSalle Street<br>Suite 2700<br>Chicago, IL 60601<br><br>*Counsel to Defendants Phillip R. Bennett, Refco*<br>*Group Holdings Inc., and The Phillip R. Bennett*<br>*Three Year Annuity Trust* |

_____
Thomas G. Ward (TW-6255)

# Court of Appeals
# of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

I, Alexander L. Cummings, Clerk of the Court of Appeals of Maryland, do hereby certify that on the third day of December, 1982,

### Michael S. Sundermeyer

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this twenty-fourth day of January, 2008.

*Alexander L. Cummings*
Clerk of the Court of Appeals of Maryland

# Supreme Court of Virginia

## AT RICHMOND

# Certificate

I, Patricia L. Harrington, Clerk of the Supreme Court of Virginia, do hereby certify that

MICHAEL SHOBE SUNDERMEYER

was admitted to practice as an attorney and counsellor at the bar of this Court on November 22, 1976.

I further certify that so far as the records of this office are concerned, MICHAEL SHOBE SUNDERMEYER is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court

This 28th day of January A.D. 2008

By: *[signature]*
*Deputy Clerk*



# District of Columbia Court of Appeals
## Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

Michael S. Sundermeyer

was on the 29th day of July, 1977 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on January 24, 2008.

GARLAND PINKSTON, JR., CLERK

By: _____
         Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| MARC S. KIRSCHNER<br>As Trustee of the Refco Litigation Trust<br><br>                              Plaintiffs,<br><br>                    v.<br><br>GRANT THORNTON LLP; MAYER BROWN, ROWE & MAW, LLP; ERNST & YOUNG U.S. LLP; PRICEWATERHOUSECOOPERS LLP; CREDIT SUISSE SECURITIES (USA) LLC (f/k/a CREDIT SUISSE FIRST BOSTON LLC); BANC OF AMERICA SECURITIES LLC; DEUTSCHE BANK SECURITIES INC.; PHILLIP R. BENNETT; SANTO C. MAGGIO; ROBERT C. TROSTEN; TONE N. GRANT; REFCO GROUP HOLDINGS, INC.; LIBERTY CORNER CAPITAL STRATEGIES, LLC; WILLIAM T. PIGOTT; EMF FINANCIAL PRODUCTS, LLC; EMF CORE FUND, LTD.; DELTA FLYER FUND, LLC; ERIC M. FLANAGAN; INGRAM MICRO, INC.; CIM VENTURES, INC.; BECKENHAM TRADING CO. INC.; ANDREW KRIEGER; COAST ASSET MANAGEMENT, LLC (f/k/a COAST ASSET MANAGEMENT LP); CS LAND MANAGEMENT, LLC; and CHRISTOPHER PETITT,<br>                              Defendants. | Case No. 07 Civ. 11604 (GEL)<br><br>**ORDER ADMITTING COUNSEL**<br>*PRO HAC VICE* |

------------------------------------------------------------x

This matter having been brought before the Court by motion pursuant to Local Civil Rule 1.3(c) for the admission *pro hac vice* of Michael S. Sundermeyer, Esquire, in the above-captioned matter, it is this ___ day of _____ 2008, hereby

ORDERED that the motion is GRANTED, and

IT IS FURTHER ORDERED THAT Michael S. Sundermeyer shall be admitted *pro hac vice* in the above-captioned matter. Counsel shall remit the required $25 fee to the Cashier's Office for this *pro hac vice* admission.

SO ORDERED.

Dated: New York, NY

_____, 2008

_____
The Honorable Gerard D. Lynch
United States District Judge