

LYM, S.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: REFCO INC. SECURITIES LITIGATION | MDL- 1902 |

| | |
|---|---|
| MARC S. KIRSCHNER, As Trustee of the Refco Litigation Trust,<br><br>Plaintiff,<br><br>v.<br><br>GRANT THORNTON LLP, MAYER BROWN, ROWE & MAW, LLP; ERNST & YOUNG U.S. LLP; PRICEWATERHOUSECOOPERS LLP; CREDIT SUISSE SECURITIES (USA) LLC (f/k/a CREDIT SUISSE FIRST BOSTON LLC); BANC OF AMERICA SECURITIES LLC; DEUTSCHE BANK SECURITIES INC.; PHILLIP R. BENNETT; SANTO C. MAGGIO; ROBERT C. TROSTEN; TONE N. GRANT; REFCO GROUP HOLDINGS, INC.; LIBERTY CORNER CAPITAL STRATEGIES, LLC; WILLIAM T. PIGOTT; EMF FINANCIAL PRODUCTS, LLC; EMF CORE FUND, LTD.; DELTA FLYER FUND, LLC; ERIC M. FLANAGAN; INGRAM MICRO, INC.; CIM VENTURES, INC.; BECKENHAM TRADING CO. INC.; ANDREW KRIEGER; COAST ASSET MANAGEMENT, LLC (f/k/a COAST ASSET MANAGEMENT LP); CS LAND MANAGEMENT, LLC; and CHRISTOPHER PETITT,<br><br>Defendants. | Case No. 07 Civ. 11604 (GEL) |

**NOTICE OF DISMISSAL WITH PREJUDICE**

Plaintiff Marc S. Kirschner, as trustee for the Refco Litigation Trust, by and through his undersigned counsel, hereby dismisses this action with prejudice pursuant to FED. R. CIV. P. 41(a)(1)(A)(i) against defendants Coast Asset Management, LLC, CS Land Management, LLC, and Christopher Petitt, with each party to bear its own fees and costs.

Dated: February 22, 2008

                                        Respectfully submitted,

                                        By: _____
                                            Richard I. Werder, Jr.
                                            Michael B. Carlinsky
                                            Susheel Kirpalani
                                            Sascha N. Rand
                                            Quinn Emanuel Urquhart Oliver &
                                            Hedges LLP
                                            51 Madison Avenue, 22nd Floor
                                            New York, New York 10010
                                            Tel: (212) 849–7000
                                            Email: rickwerder@quinnemanuel.com
                                                      michaelcarlinsky@quinnemanuel.com
                                                      susheelkirpalani@quinnemanuel.com
                                                      sascharand@quinnemanuel.com

                                        *Attorneys for Plaintiff Marc S. Kirschner as Trustee*
                                        *of the Refco Litigation Trust*

SO ORDERED:

_____
           U.S.D.J.

2/27/08

## CERTIFICATE OF SERVICE

I, Nicholas J. Calamari, an attorney, hereby certify that on February 22, 2008, I caused a true and correct copy of the **NOTICE OF DISMISSAL WITH PREJUDICE** to be served via electronic mail upon all counsel listed on the attached service list in the above-referenced litigation.

Dated: February 22, 2008
New York, New York

By: _____

Nicholas J. Calamari
  *nicholascalamari@quinnemanuel.com*
Quinn Emanuel Urquhart Oliver & Hedges LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel: (212) 849–7000

| | |
|---|---|
| Joel M. Cohen,<br>Joel.Cohen@cliffordchance.com<br>CLIFFORD CHANCE US LLP<br><br>*Attorneys for UK Limited Liability Partnership Mayer Brown International LLP* | Ross E. Firsenbaum<br>ross.firsenbaum@wilmerhale.com<br>WILMER CUTLER PICKERING HALE & DORR, LLP<br><br>*Counsel for Credit Suisse Securities (USA) LLC, Banc of America Securities LLC, and Deutsche Bank Securities Inc.* |
| Bradley E. Lerman<br>blerman@winston.com<br>WINSTON & STRAWN LLP<br><br>*Counsel to Defendant Grant Thornton LLP* | John K. Villa<br>jvilla@wc.com<br>WILLIAMS & CONNOLLY LLP<br><br>*Counsel to Defendant Mayer Brown LLP* |
| Miles N. Ruthberg<br>miles.ruthberg@lw.com<br>LATHAM & WATKINS LLP<br><br>*Counsel to Defendant Ernst & Young Us. LLP* | Kevin M. Forde<br>kforde@fordeltd.com<br>KEVIN M. FORDE, LTD<br><br>*Counsel to Defendant Mayer Brown LLP* |
| James J. Capra, Jr.<br>jcapra@orrick.com<br>ORRICK HERRINGTON & SUTCLIFFE LLP<br><br>*Counsel to Defendant PricewaterhouseCoopers LLP* | Scott E. Hershman<br>shershman@hunton.com<br>HUNTON & WILLIAMS LLP<br><br>*Counsel to Defendant Santo C. Maggio* |
| Jeffrey T. Golenbock<br>golenbock@golenbock.com<br>GOLENBOCK EISEMAN ASSOR BELL & PESKIE LLP<br><br>*Counsel to Defendants Phillip R. Bennett, RefcoGroup Holdings Inc., and The Phillip R. Bennett Three Year Annuity Trust* | Stephen J. O'Neil<br>soneil@bellboyd.com<br>BELL, BOYD & LLOYD LLP<br><br>*Counsel to Defendant Robert C. Trosten* |
| Heather L. Kramer<br>hkramer@schwartzcooper.com<br>SCHWARTZ COOPER CHARTERED<br><br>*Counsel to Defendants Phillip R. Bennett, RefcoGroup Holdings Inc., and The Phillip R. Bennett Three Year Annuity Trust* | Blake Tyler Hannafan<br>bth@hannafanlaw.com<br>HANNAFAN & HANNAFAN LTD.<br><br>*Counsel to Defendant Tone N. Grant* |

| | |
|---|---|
| Thomas J. Cunningham<br>tcunningham@lordbissell.com<br>LORD BISSELL & BROOK LLP<br><br>*Counsel to Defendant Christopher Petitt* | John D. Tortorella<br>jtortorella@KHMarino.com<br>MARINO TORTORELLA PC<br><br>*Counsel to Defendants Liberty Corner Capital Strategies and William T. Pigott* |
| Veronica E. Rendon<br>Veronica.Rendon@aporter.com<br>ARNOLD & PORTER LLP<br><br>*Counsel to Defendants Eric M Flanagan, EMF Financial Products, LLC and Delta Flyer Fund, LLC* | Aaron E. Albert<br>aalbert@fpmtlaw.com<br>FISCHER PORTER & THOMAS, P.C.<br><br>*Counsel to Defendants Beckenham Trading Co. Inc. and Andrew Krieger* |
| Peter C. John<br>pcj@willmont.com<br>WILLIAMS MONTGOMERY & JOHN LTD.<br><br>*Counsel to Ingram Micro Inc. and CIM Ventures, Inc.* | Jonathan P. Hersey<br>jhersey@sheppardmullin.com<br>SHEPPARD MULLIN RICHTER & HAMPTON LLP<br><br>*Counsel to Defendant CIM Ventures, Inc.* |
| Reed S. Oslan<br>roslan@kirkland.com<br>KIRKLAND & ELLIS LLP<br><br>*Counsel to Defendants Coast Asset Management LLC f/k/a Coast Asset Management LP, and CS Land Management, LLC* | |