USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

MARC S. KIRSCHNER                                 :       Case No. 07 Civ. 11604 (GEL)
As Trustee of the Refco Litigation Trust          :
                                                  :
                                                  :
                                                  :       **ORDER ADMITTING COUNSEL**
                          Plaintiffs,             :       *PRO HAC VICE*
                                                  :
                                                  :
            v.                                    :
                                                  :
GRANT THORNTON LLP; MAYER                         :
BROWN, ROWE & MAW, LLP; ERNST &                  :
YOUNG U.S. LLP;                                   :
PRICEWATERHOUSECOOPERS LLP;                       :
CREDIT SUISSE SECURITIES (USA) LLC               :
(f/k/a CREDIT SUISSE FIRST BOSTON                :
LLC); BANC OF AMERICA SECURITIES                 :
LLC; DEUTSCHE BANK SECURITIES                    :
INC.; PHILLIP R. BENNETT; SANTO C.               :
MAGGIO; ROBERT C. TROSTEN; TONE N.               :
GRANT; REFCO GROUP HOLDINGS, INC.;               :
LIBERTY CORNER CAPITAL                           :
STRATEGIES, LLC; WILLIAM T. PIGOTT;              :
EMF FINANCIAL PRODUCTS, LLC; EMF                 :
CORE FUND, LTD.; DELTA FLYER FUND,               :
LLC; ERIC M. FLANAGAN; INGRAM                    :
MICRO, INC.; CIM VENTURES, INC.;                 :
BECKENHAM TRADING CO. INC.;                      :
ANDREW KRIEGER; COAST ASSET                      :
MANAGEMENT, LLC (f/k/a COAST ASSET               :
MANAGEMENT LP); CS LAND                          :
MANAGEMENT, LLC; and CHRISTOPHER                 :
PETITT,                                          :
                          Defendants.             :
                                                  :
-------------------------------------------------------------x

This matter having been brought before the Court by motion pursuant to Local

Civil Rule 1.3(c) for the admission *pro hac vice* of Michael S. Sundermeyer, Esquire, in the

above-captioned matter, it is this ____ day of ___ _____ 2008, hereby

ORDERED that the motion is GRANTED, and

IT IS FURTHER ORDERED THAT Michael S. Sundermeyer shall be admitted *pro hac vice* in the above-captioned matter. Counsel shall remit the required $25 fee to the Cashier's Office for this *pro hac vice* admission.

SO ORDERED.

Dated: New York, NY

Feb. 27 , 2008

The Honorable Gerard E. Lynch
United States District Judge