UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

| | |
|---|---|
| **MARC S. KIRSCHNER,** ) | |
| As Trustee of the Refco Litigation Trust ) | |
| ) | |
|      **Plaintiff,** ) | Case No. 07-CV-11604 (GEL) |
|   v. ) | |
| ) | |
| **GRANT THORNTON LLP, MAYER, BROWN,** ) | *Electronically Filed* |
| **ROWE & MAW, LLP, ERNST & YOUNG U.S. LLP,** ) | |
| **PRICEWATERHOUSECOOPERS LLP, CREDIT** ) | |
| **SUISSE SECURITIES (USA) LLC (f/k/a CREDIT** ) | |
| **SUISSE FIRST BOSTON LLC), BANC OF AMERICA** ) | |
| **SECURITIES LLC, DEUTSCHE BANK SECURITIES** ) | |
| **INC., PHILLIP R. BENNETT, SANTO C. MAGGIO,** ) | |
| **ROBERT C. TROSTEN, TONE N. GRANT, REFCO** ) | |
| **GROUP HOLDINGS, INC., LIBERTY CORNER** ) | |
| **CAPITAL STRATEGIES, LLC, WILLIAM T.** ) | |
| **PIGOTT, EMF FINANCIAL PRODUCTS, LLC, EMF** ) | |
| **CORE FUND, LTD., DELTA FLYER FUND, LLC,** ) | |
| **ERIC M. FLANAGAN, INGRAM MICRO, INC.,** ) | |
| **CIM VENTURES, INC., BECKENHAM TRADING** ) | |
| **CO. INC., ANDREW KRIEGER, COAST ASSET** ) | |
| **MANAGEMENT, LLC (f/k/a COAST ASSET** ) | |
| **MANAGEMENT LP), CS LAND MANAGEMENT,** ) | |
| **LLC, and CHRISTOPHER PETITT,** ) | |
| ) | |
|      **Defendants,** ) | |

_____)

**NOTICE OF APPEARANCE**

  PLEASE TAKE NOTICE that Zuckerman Spaeder LLP has been retained to represent Defendant Tone Grant in the above-referenced matter. Undersigned counsel, an associate with Zuckerman Spaeder LLP, was admitted to practice in this district on August 13, 2003.

DATED:  New York, New York
      April 3, 2008

1754543.1

Respectfully submitted,

s/Laura Neish
Laura Neish (LN-0040)
ZUCKERMAN SPAEDER LLP
1540 Broadway, Suite 1604
New York, NY 10036
Tel: 212-704-9600
Fax: 212-704-4256
lneish@zuckerman.com

1754543.1