UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARC S. KIRSCHNER,
As Trustee of the Refco Litigation Trust,

          Plaintiff,

- against -

GRANT THORNTON LLP et al.,

          Defendants.

No. 07 Civ. 11604 (GEL)

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that James Darrow of Morvillo, Abramowitz, Grand, Iason, Anello & Bohrer, P.C., with offices located at 565 Fifth Avenue, New York, New York 10017, hereby appears on behalf of Robert Trosten and requests that all papers in the above-captioned action be served upon the undersigned at the email address stated below.

I certify that I am admitted to practice before this Court.

Dated:  April 7, 2008
       New York, New York

          MORVILLO, ABRAMOWITZ, GRAND,
           IASON, ANELLO & BOHRER, P.C.

            /s/ James Darrow
            James Darrow (JD-9506)

565 Fifth Avenue
New York, New York 10017
(212) 856-9600 (Phone)
(212) 856-9494 (Fax)
Email: jdarrow@maglaw.com

*Attorneys for Defendant Robert Trosten*