USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re: REFCO INC., SECURITIES LITIGATION

07 MDL Docket No. 1902

---

MARC S. KIRSCHNER,
As Trustee of the Refco Litigation Trust,

Plaintiff,

-vs.-

GRANT THORNTON LLP, et al.,

Defendants.

No. 07-Civ. 11604 (GEL)

**ORDER FOR ADMISSION**
*PRO HAC VICE* **OF**
**ALAN C. THOMAS**
**ON WRITTEN MOTION**

Upon the motion of Aaron E. Albert, attorney for Defendants Beckenham Trading Company, Inc. and Andrew Krieger, and the affidavit of Aaron E. Albert submitted in support, pursuant to Local Civil Rule 1.3(c);

**IT IS HEREBY ORDERED** that

> ALAN C. THOMAS
> Fischer Porter Thomas & Reinfeld, P.C.
> 440 Sylvan Avenue, Suite 130
> Englewood Cliffs, NJ 07632-2700
> Tel: (201) 569-5959
> Fax: (201) 871-4544
> E-mail: athomas@fpmtlaw.com

is admitted to practice *pro hac vice* as counsel for Defendants Beckenham Trading Company, Inc. and Andrew Krieger in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the required $25 *pro hac vice* fee to the

1

Clerk of the Court.

Dated: __April 9__, 2008
New York, New York

_____
Hon. Gerard E. Lynch, U.S.D.J.