CYN14/5.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                                            )
In re REFCO, INC. SECURITIES LITIGATION  )    07 MDL No. 1902 (GEL)
                                                            )
------------------------------------------------------------x
------------------------------------------------------------x
MARC S. KIRSCHNER,                           )
As Trustee of the Refco Litigation Trust,    )
                                                            )
              Plaintiff,                                )
       -vs.-                                            )
                                                            )
GRANT THORNTON LLP, MAYER BROWN,   )
ROWE & MAW, LLP, et al., ERNST & YOUNG )
U.S. LLP., PRICEWATERHOUSECOOPERS LLP, )    Kirschner v. Grant Thornton LLP et al.
CREDIT SUISSE SECURITIES (USA) LLC, (f/k/a )    No. 07 Civ. 11604 (GEL)
CREDIT SUISSE FIRST BOSTON LLC), BANC )
OF AMERICA SECURITIES LLC, DEUTSCHE  )
BANK SECURITIES INC., PHILLIP R. BENNETT, )
SANTO C. MAGGIO, ROBERT C. TROSTEN,   )
TONE N. GRANT, REFCO GROUP HOLDINGS, )
INC., LIBERTY CORNER CAPITAL                    )
STRATEGIES, LLC, WILLIAM T. PIGOTT, EMF )
FINANCIAL PRODUCTS, LLC, EMF CORE         )
FUND, LTD., DELTA FLYER FUND, LLC, ERIC )
M. FLANAGAN, INGRAM MICRO, INC., CIM   )
VENTURES, INC., BECKENHAM TRADING CO., )
INC., ANDREW KRIEGER, COAST ASSET          )
MANAGEMENT, LLC (f/k/a COAST ASSET        )
MANAGEMENT LP), CS LAND MANAGEMENT, )
LLC, and CHRISTOPHER PETITT,                     )
                                                            )
              Defendants.                             )
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/08

### STIPULATION OF COMPLIANCE WITH AMENDED
### STIPULATION AND AGREED CONFIDENTIALITY ORDER

IT IS HEREBY STIPULATED AND AGREED, by and among the parties hereto, through their undersigned counsel, that the parties hereto shall comply with the terms of and shall be afforded the protections of the Amended Stipulation and Agreed Confidentiality Order

(the "Stipulation and Order") entered by the Court in the above-captioned action on February 8, 2008 and attached hereto with respect to the production of any discovery materials by non-party J.P. Morgan Chase & Co. in response to the subpoena served upon it by counsel for Plaintiff. Plaintiff agrees to promptly file this Stipulation with the Court and serve it upon counsel for the parties to this action in accordance with Paragraph 30 of the Stipulation and Order.

Consented and agreed to this 30 day of April, 2008 by:

By: _____
Robert B. McCaw
Philip D. Anker
Lori A. Martin
John V.H. Pierce
Dawn M. Wilson
Michael L. Feinberg
WILMER CUTLER PICKERING
  HALE AND DORR LLP
399 Park Avenue
New York, New York 10022
Tel: (212) 230-8800
Fax: (212) 230-8888
*Attorneys for Non-Party*
*J.P. Morgan Chase & Co.*

By: _____
QUINN EMANUEL URQUHART
  OLIVER & HEDGES LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel: (212) 849-7000
Fax: (212) 849-7100
*Attorney for Plaintiff Marc S. Kirschner,*
*As Trustee of the Refco Litigation Trust*

SO ORDERED:

_____
U.S.D.J.
5/5/08