AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

---------------------------------
Marc S. Kirschner, as Trustee
of the Refco Litigation Trust

-v-

Grant Thornton LLP, et al.
---------------------------------

**APPEARANCE**

Case Number: 07 Civ. 11604 (GEL)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Ingram Micro, Inc.
CIM Ventures, Inc.

I certify that I am admitted to practice in this court.

| 5/8/2008 | _[signature]_ |
| Date | Signature |

Robert F. Wise, Jr.                                    RW-1508
Print Name                                             Bar Number

Davis Polk & Wardwell, 450 Lexington Avenue
Address

| New York | NY | 10017 |
| City | State | Zip Code |

(212) 450-4512                          (212) 450-3512
Phone Number                            Fax Number