AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

---

Marc S. Kirschner, as Trustee
of the Refco Litigation Trust

-v-

Grant Thornton LLP, et al.

**APPEARANCE**

Case Number: 07 Civ. 11604 (GEL)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Ingram Micro, Inc.
CIM Ventures, Inc.

I certify that I am admitted to practice in this court.

| 5/8/2008 | |
|---|---|
| Date | Signature |
| | Paul Spagnoletti — PS-5298 |
| | Print Name — Bar Number |
| | Davis Polk & Wardwell, 450 Lexington Avenue |
| | Address |
| | New York — NY — 10017 |
| | City — State — Zip Code |
| | (212) 450-4577 — (212) 450-3577 |
| | Phone Number — Fax Number |