USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/14/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- x
                                   :
In re REFCO, INC. SECURITIES LITIGATION :    07 MDL No. 1902 (GEL)
                                   :
---------------------------------- x
---------------------------------- x
MARC S. KIRSCHNER,                 :
as Trustee of the Refco Litigation Trust, :
                                   :    07 Civ. 11604 (GEL)
                    Plaintiff,     :
                                   :
         v.                        :
                                   :
GRANT THORNTON LLP, MAYER, BROWN, :    **STIPULATION AND ORDER**
ROWE & MAW LLP, et al., ERNST & YOUNG : 
US LLP, PRICEWATERHOUSECOOPERS     :
LLP, CREDIT SUISSE SECURITIES (USA) :
LLC (f/k/a CREDIT SUISSE FIRST BOSTON :
LLC), BANC OF AMERICA SECURITIES   :
LLC, DEUTSCHE BANK SECURITIES INC., :
PHILLIP R. BENNETT, SANTO C. MAGGIO, :
ROBERT C. TROSTEN, TONE N. GRANT,  :
REFCO GROUP HOLDINGS INC., LIBERTY :
CORNER CAPITAL STRATEGIES LLC,     :
WILLIAM T. PIGOTT, EMF FINANCIAL   :
PRODUCTS LLC, EMF CORE FUND LTD.,  :
DELTA FLYER FUND LLC, ERIC M.      :
FLANAGAN, INGRAM MICRO INC., CIM   :
VENTURES INC., BECKENHAM TRADING   :
CO. INC., ANDREW KRIEGER, COAST    :
ASSET MANAGEMENT LLC (f/k/a COAST  :
ASSET MANAGEMENT LP), CS LAND      :
MANAGEMENT LLC, and CHRISTOPHER    :
PETITT,                            :
                                   :
                    Defendants.    :
---------------------------------- x

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for

the undersigned parties to the Action, as follows:

1.    Defendants' time to file their respective responses to Plaintiff's Complaint

is extended from May 12, 2008 to May 21, 2008.

2.    Plaintiff's time to file its opposition papers, if any, is extended from August 11, 2008 to August 29, 2008.

3.    Defendants' time to file their respective reply papers, if any, is extended from September 10, 2008 to September 29, 2008, or until thirty (30) days after Plaintiff's opposition is filed in the event Plaintiff files its opposition prior to August 29, 2008.

4.    This stipulation may be executed in two or more counterparts, each of which shall be deemed an original and all of which together shall constitute one and the same agreement, and a facsimile, which shall have the same force and effect as an original signature, may be filed in place and instead of the original.

5.    No previous requests for the relief sought herein have been made.

Dated: May 7, 2008
New York, New York

WINSTON & STRAWN LLP

By: _____
David E. Mollón (dmollon@winston.com)
200 Park Avenue
New York, New York 10166
Tel: (212) 294-6700
Fax: (212) 294-4700

Bradley E. Lerman
Catherine W. Joyce
Linda T. Coberly
35 W. Wacker Drive
Chicago, Illinois 60601
Tel: (312) 558-5600
Fax: (312) 558-5700
*Attorneys for Defendant Grant Thornton LLP*

QUINN EMANUEL URQHART OLIVER &
HEDGES, LLP

By: _____
Richard I. Werder, Jr.
Michael B. Carlinsky
Susheel Kirpalani
Sascha N. Rand (sascharand@quinnemanuel.com)
Robert C. Juman
Rebecca J. Trent
51 Madison Avenue
22nd Floor
New York, NY 10010-1601
Tel: (212) 849-7000

*Attorneys for Plaintiff Marc S. Kirschner, as Trustee
of the Refco Litigation Trust*

-2-

WILLIAMS & CONNOLLY LLP

By:   _____

     Thomas G. Ward (tward@wc.com)
     John K. Villa
     Michael S. Sundermeyer
     Craig D. Singer
     Daniel P. Shanahan
   725 12th Street, N.W.
   Washington, D.C.  20005

*Attorneys for Defendant Mayer Brown LLP*

CLIFFORD CHANCE US LLP

By:

Joel M. Cohen
Anthony M. Candido
(anthony.candido@cliffordchance.com)
31 West 52nd Street
New York, NY 10019

*Attorneys for the*
*UK Limited Liability Partnership*
*Mayer Brown International LLP*

-4-

WILMER CUTLER PICKERING HALE
AND DORR LLP

By: _____

    Robert B. McCaw
    Philip D. Anker
    (philip.anker@wilmerhale.com)
    Lori A. Martin
    John V.H. Pierce
    Dawn M. Wilson
    Michael L. Feinberg
    Ross E. Firsenbaum
399 Park Avenue
New York, NY 10022

*Attorneys for Defendants Credit Suisse*
*Securities (USA) LLC f/k/a Credit Suisse First*
*Boston LLC; Banc of America Securities LLC;*
*and Deutsche Bank Securities Inc.*

-5-

ORRICK, HERRINGTON & SUTCLIFFE
LLP

By: _____
    James P. Cusick
    James J. Capra, Jr. (jcapra@orrick.com)
    666 Fifth Avenue
    New York, NY 10103

*Attorneys for Defendant*
*PricewaterhouseCoopers LLP*

MORVILLO, ABRAMOWITZ, GRAND,
IASON, ANELLO & BOHRER, P.C.

By: _____

    Barbara Moses (bmoses@maglaw.com)
    Rachel M. Korenblat
    James S. Darrow
565 Fifth Avenue
New York, NY 10017

*Attorneys for Defendant Robert Trosten*

-8-

GOLENBOCK EISEMAN ASSOR BELL &
PESKOE LLP

By: _____
        Jeffrey T. Golenbock
        Adam C. Silverstein
        (asilverstein@golenbock.com)
        437 Madison Avenue, 35th Floor
        New York, NY  10022-7302

*Attorneys for Defendants*
*Phillip R. Bennett and*
*Refco Group Holdings Inc.*

MARINO TORTORELLA PC

By: _____

    Kevin H. Marino
    John D. Tortorella
    (jtortorella@khmarino.com)
    437 Southern Boulevard
    Chatham, New Jersey 07928-1488

*Attorneys for Defendants*
*Liberty Corner Capital Strategies LLC and*
*William T. Pigott*

-10-

HUNTON & WILLIAMS LLP

By:

Scott E. Hershman
(shershman@hunton.com)
Stephen R. Blacklocks
Richard Soto
200 Park Avenue
New York, NY 10166

*Attorneys for Defendant Santo C. Maggio*

-11-

FISCHER PORTER & THOMAS, P.C.

By: _____
    Alan C. Thomas
    Aaron Albert (aalbert@fpmtlaw.com)
440 Sylvan Avenue
Suite 130
Englewood Cliffs, NJ 07632


*Attorneys for Defendants Andrew Krieger and
Beckenham Trading Co., Inc.*

-12-

ZUCKERMAN SPAEDER LLP

By: _____
    Norman L. Eisen
    Laure E. Neish (lneish@zuckerman.com)
    1540 Broadway, Suite 1604
    New York, NY 10036-4039

       and

HANNAFAN & HANNAFAN, LTD.

_____
Michael T. Hannafan
Blake T. Hannafan (bth@hannafanlaw.com)
One East Wacker Drive, Suite 2800
Chicago, IL 60601

*Attorneys for Defendant Tone Grant*

-13-

WILLIAMS MONTGOMERY & JOHN LTD.

By: _____
    Peter C. John
     (pcj@willmont.com)
     Eric R. Lifvendahl
     (erl@willmont.com)
20 North Wacker Drive, Suite 2100
Chicago, IL 60606


*Attorneys for Defendants Ingram Micro Inc.*
*and CIM Ventures Inc.*


SO ORDERED.

_____
Hon. Gerard E. Lynch    5/12/08
United States District Judge

-14-