IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: REFCO INC. SECURITIES LITIGATION | MDL-1902 |
| MARC S. KIRSCHNER, As Trustee of the Refco Litigation Trust,<br><br>Plaintiff,<br><br>v.<br><br>GRANT THORNTON LLP; MAYER BROWN, ROWE & MAW, LLP; ERNST & YOUNG U.S. LLP; PRICEWATERHOUSECOOPERS LLP; CREDIT SUISSE SECURITIES (USA) LLC (f/k/a CREDIT SUISSE FIRST BOSTON LLC); BANC OF AMERICA SECURITIES LLC; DEUTSCHE BANK SECURITIES INC.; PHILLIP R. BENNETT; SANTO C. MAGGIO; ROBERT C. TROSTEN; TONE N. GRANT; REFCO GROUP HOLDINGS, INC.; LIBERTY CORNER CAPITAL STRATEGIES, LLC; WILLIAM T. PIGOTT; EMF FINANCIAL PRODUCTS, LLC; EMF CORE FUND, LTD.; DELTA FLYER FUND, LLC; ERIC M. FLANAGAN; INGRAM MICRO, INC.; CIM VENTURES, INC.; BECKENHAM TRADING CO. INC.; ANDREW KRIEGER; COAST ASSET MANAGEMENT, LLC (f/k/a COAST ASSET MANAGEMENT LP); CS LAND MANAGEMENT, LLC; and CHRISTOPHER PETITT,<br><br>Defendants. | Case No. 07 Civ. 11604 (GEL)<br><br>ECF Filed |

**NOTICE OF APPEARANCE**

60994/2508185.1

PLEASE TAKE NOTICE that Sarah Rubin of Quinn Emanuel Urquhart Oliver & Hedges, LLP, with offices located at 51 Madison Avenue, New York, NY 10010, hereby appears on behalf of plaintiff Marc S. Kirschner in his capacity as trustee of the Refco Litigation Trust (the "Trustee") in the above-captioned matter.

I hereby certify that I am admitted to practice before this Court.

Dated: New York, New York
         May 16, 2008

> By: /s/ Sarah Rubin
> Sarah Rubin
> Quinn Emanuel Urquhart Oliver &
> Hedges LLP
> 51 Madison Avenue, 22nd Floor
> New York, New York  10010
> Tel:   (212) 849–7000
> Fax:   (212) 849–7100
> Email: *sarahrubin@quinnemanuel.com*
>
> *Attorney for Plaintiff Marc S. Kirschner*
> *as Trustee of the Refco Litigation Trust*