UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: REFCO INC., SECURITIES LITIGATION | 07 MDL Docket No. 1902 |
| MARC S. KIRSCHNER,<br>As Trustee of the Refco Litigation Trust,<br><br>                    Plaintiff,<br><br>            -vs.-<br><br>GRANT THORNTON LLP, et al.,<br><br>                    Defendants. | No. 07-Civ. 11604 (GEL) |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant BECKENHAM TRADING CO., INC. (a private, non-governmental party) certifies that no publicly held corporation holds 10% or more of said Defendant's stock.

Dated: May 19, 2008

Respectfully submitted,

FISCHER PORTER THOMAS & REINFELD, P.C.
*Attorneys for Defendants Beckenham Trading Company, Inc. and Andrew Krieger*

/s/ Aaron E. Albert
   Aaron E. Albert (AA 8078)
   Alan C. Thomas
180 Sylvan Avenue, 2nd Floor
Englewood Cliffs, NJ 07632
(201) 569-5959
(201) 871-4544
aalbert@fpmtlaw.com
athomas@fpmtlaw.com

1

## **CERTIFICATE OF SERVICE**

I, Aaron E. Albert, an attorney, hereby certify that I caused the foregoing to be filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following attorneys of record:

**1:07-md-1902 Notice will be electronically mailed by ECF to:**

Evan J Smith <esmith@brodsky-smith.com>;

Robert Francis Carangelo <robert.carangelo@weil.com>, <mark.ribaudo@weil.com>;

Scott Edward Hershman <shershman@hunton.com>;

Greg A. Danilow <greg.danilow@weil.com>, <anthony.albanese@weil.com>, <erin.law@weil.com>, <joshua.amsel@weil.com>, <mark.ribaudo@weil.com>, <melissa.carvalho@weil.com>, <paul.dutka@weil.com>, <robert.carangelo@weil.com>, <seth.goodchild@weil.com>, <virginia.johnson@weil.com>;

Bradley E. Lerman <blerman@winston.com>;

Stephen John Fearon, Jr <stephen@sfclasslaw.com>;

Bruce Mathew Sabados <bruce.sabados@kattenlaw.com>;

John V.H. Pierce <john.pierce@wilmer.com>;

Robert Bruce McCaw <robert.mccaw@wilmer.com>;

Eric James Belfi <ebelfi@labaton.com>;

Michael Hun Park <michael.park@wilmer.com>;

Lori Ann Martin <lori.martin@wilmerhale.com>;

Richard Edward Nathan <renathan@att.net>;

Helen Byung-Son Kim <helen.kim@kattenlaw.com>, <adam.henderson@kattenlaw.com>;

Ona T. Wang <owang@bakerlaw.com>, <tblaber@bakerlaw.com>;

Dawn M. Wilson <dawn.wilson@wilmerhale.com>;

Beth Ann Tchilinguirian <btagliamonti@winston.com>;

David Emilio Mollon <dmollon@winston.com>;

James P. Cusick <jcusick@orrick.com>;

Bruce Roger Braun <bbraun@winston.com>;

Ruth Anne Braun <rbraun@winston.com>;

Philip David Anker <philip.anker@wilmerhale.com>;

Marc Dennis Powers <Mpowers@bakerlaw.com>, <tblaber@bakerlaw.com>;

Richard A. Rosen <rrosen@paulweiss.com>, <kbodkin@paulweiss.com>;

Mark Floyd Pomerantz <mpomerantz@paulweiss.com>;

Ramzi Abadou <ramzia@csgrr.com>;

Adam Craig Silverstein <asilverstein@golenbock.com>;

Daniel Aaron Edelson <daniel.edelson@kattenlaw.com>;

Michael Laurence Feinberg <michael.feinberg@wilmerhale.com>;

Kerry Lauren Quinn kquinn@paulweiss.com;

Linda T. Coberly <lcoberly@winston.com>;

George Theodore Peters <peters@whafh.com>;

James David Reich, Jr jreich@winston.com;

Alison Frances Swap <aswap@orrick.com>;

Blake Tyler Hannafan <bth@hannafanlaw.com>, <nap@hannafanlaw.com>;

Norman L. Eisen <neisen@zuckerman.com>;

Ross Eric Firsenbaum <ross.firsenbaum@wilmerhale.com>;

Melinda Marie Sarafa <msarafa@zuckerman.com>;

**1:07-cv-11604 Notice will be electronically mailed by ECF to:**

James J. Capra, Jr <jcapra@orrick.com>;

Robert Frank Wise, Jr <rwise@dpw.com>, ecf.ct.papers@dpw.com

Robert Craig Juman robertjuman@quinnemanuel.com

Alan C. Thomas athomas@fpmtlaw.com

Anthony Mathias Candido <anthony.candido@cliffordchance.com>, <damien.morris@cliffordchance.com>, <jennifer.park@cliffordchance.com>, <timothy.casey@cliffordchance.com>, yoko.nitta@cliffordchance.com

Sascha Nicholas Rand <sascharand@quinnemanuel.com>;

Paul Spagnoletti <paul.spagnoletti@dpw.com>;

Laura Elizabeth Neish <lneish@zuckerman.com>;

Michael Barry Carlinsky <michaelcarlinsky@quinnemanuel.com>;

Barbara Moses <bmoses@maglaw.com>;

Richard Irving Werder, Jr <rickwerder@quinnemanuel.com>;

Elizabeth Heering Hickey <elizabeth.hickey@lw.com>;

Rachel Marissa Korenblat <rkorenblat@maglaw.com>;

Rebecca J. Trent <beckytrent@quinnemanuel.com>, <AnneArlauskas@quinnemanuel.com>;
Susheel Kirpalani <skirpalani@milbank.com>, <mliberman@milbank.com>;

Christopher R. Harris <christopher.harris@lw.com>, <jason.grossman@lw.com>, <jessica.bengels@lw.com>;

Thomas George Ward <tward@wc.com>;

Kenneth Yeatts Turnbull <kturnbull@orrick.com>;

Aaron Eliot Albert <aalbert@fpmtlaw.com>;

Miles Norman Ruthberg <miles.ruthberg@lw.com>;

James Spiegel Darrow <jdarrow@maglaw.com>;

4

Beckenham Trading Company, Inc. <aalbert@fpmtlaw.com>;

Andrew Krieger <aalbert@fpmtlaw.com>;

In addition, the foregoing has been sent by the means indicated to the persons below:

**1:07-md-1902 Notice has been delivered by regular mail to:**

American Financial International Group - Asia, LLC
Squitieri & Fearon, LLP
32 East 57th Street; 12th Floor
New York, NY 10022;

Catherine W. Joyce
Winston & Strawn, L.L.P.
35 West Wacker Drive
Chicago, IL 60601

Shelley Thompson
Labaton Sucharow, LLP
140 Broadway
New York, NY 10005

**1:08-cv-11604 Notice has been e-mailed by the undersigned to:**

Alex.Brophy@aporter.com;
ERL@willmont.com;
Elizabeth.Hickey@lw.com;
JTortorella@khmarino.com;
JHersey@sheppardmullin.com;
JJoslin@kirkland.com;
PCJ@willmont.com;
kturnbull@orrick.com;
kmarino@khmarino.com;
Kevin.Metz@lw.com;
mmarcus@kirkland.com;
Veronica.Rendon@aporter.com

**1:07-cv-11604 Notice has been delivered by regular mail to:**

Craig D. Singer
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005

5

Daniel P. Shanahan
Williams & Connolly LLP
725 Twelfth Street, North West
Washington, DC 20005

John K. Villa
Williams & Connolly LLP
725 Twelfh Street, N.W.
Washington, DC 20005

Michael S. Sundermeyer
Williams & Connolly, L.L.P.
725 Twelfth Street, N.W.
Washington, DC 20005

Dated: May 19, 2008

                                                /s/Aaron E. Albert
                                                Aaron E. Albert (AA 8078)