USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

MARC S. KIRSCHNER,
as Trustee of the Refco Litigation Trust,

                Plaintiff,

v.

GRANT THORNTON LLP; MAYER
BROWN, ROWE & MAW, LLP; ERNST &
YOUNG U.S. LLP;
PRICEWATERHOUSECOOPERS LLP;
CREDIT SUISSE SECURITIES (USA) LLC
(f/k/a CREDIT SUISSE FIRST BOSTON
LLC); BANC OF AMERICA SECURITIES
LLC; DEUTSCHE BANK SECURITIES
INC.; PHILLIP R. BENNETT; SANTO C.
MAGGIO; ROBERT C. TROSTEN; TONE N.
GRANT; REFCO GROUP HOLDINGS, INC.;
LIBERTY CORNER CAPITAL
STRATEGIES, LLC; WILLIAM T. PIGOTT;
EMF FINANCIAL PRODUCTS, LLC; EMF
CORE FUND, LTD.; DELTA FLYER FUND,
LLC; ERIC M. FLANAGAN; INGRAM
MICRO, INC.; CIM VENTURES, INC.;
BECKENHAM TRADING CO. INC.;
ANDREW KRIEGER; COAST ASSET
MANAGEMENT, LLC (f/k/a COAST ASSET
MANAGEMENT LP); CS LAND
MANAGEMENT, LLC; and CHRISTOPHER
PETITT,

                Defendants.

-------------------------------------------------------------x

Case No. 07-cv-11604 (GEL)

ECF Filed

    IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the undersigned parties that:

    Defendant Mayer Brown LLP shall be permitted to file a memorandum of law of up to forty (40) pages in support of its motion to dismiss the Complaint.

Dated: New York, New York
May 14, 2008

By: /s/ Sascha N. Rand
Richard I. Werder, Jr. (RW-5601)
Sascha N. Rand (SR-7275)
QUINN EMMANUEL URQUHART
OLIVER & HEDGES, LLP
51 Madison Ave, 22nd Floor
New York, New York 10010
Tel: (212) 849-7000

*Attorneys for Marc S. Kirschner,
as Trustee of the Refco Litigation Trust*

By: /s/ Thomas G. Ward
John K. Villa (admitted *pro hac vice*)
Michael S. Sundermeyer (admitted *pro hac vice*)
Craig D. Singer (admitted *pro hac vice*)
Thomas G. Ward (TW-6255)
WILLIAMS & CONNOLLY LLP
725 Twelfth St., N.W.
Washington, D.C. 20005
Tel.: (202) 434-5000

*Attorneys for Defendant Mayer Brown LLP*


SO ORDERED.

Dated: New York, NY

May 19, 2008

/s/ Gerard E. Lynch
The Honorable Gerard E. Lynch
United States District Judge