USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/21/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARC S. KIRSCHNER, as Trustee of the Refco Litigation Trust,

        Plaintiff,

- against -

GRANT THORNTON LLP et al.,

        Defendants.

**STIPULATION AND ~~PROPOSED~~ ORDER**

No. 07 Civ. 11604 (GEL)

---

MARC S. KIRSCHNER, as Trustee of the Refco Private Actions Trust,

        Plaintiff,

- against -

PHILLIP R. BENNETT et al.,

        Defendants.

No. 07 Civ. 8165 (GEL)

---

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the undersigned parties, that:

1. The above-captioned actions are stayed as against Robert Trosten, pending the final resolution of *United States v. Philip R. Bennett, Robert C. Trosten & Tone N. Grant*, No. 05 Cr. 1192 (NRB), including sentencing and the exhaustion of any appeals.

2. This stipulation does not modify the Deposition Protocol Order "so ordered" by the Court on December 11, 2007.

Dated: May 19, 2008
      New York, New York

| QUINN EMANUEL URQUHART OLIVER & HEDGES LLP | MORVILLO, ABRAMOWITZ, GRAND, IASON, ANELLO & BOHRER, P.C. |
|---|---|
| By: *[signature]* | By: *[signature]* |
| Sascha N. Rand (SR-7275)<br>51 Madison Avenue 22nd Floor<br>New York, NY 10010<br>Tel. (212) 849-7000<br>Email: sascharand@quinnemanuel.com<br>*Attorneys for Plaintiffs* | Barbara Moses (BM-2952)<br>565 Fifth Avenue<br>New York, NY 10017<br>Tel. (212) 856-9600<br>Email: bmoses@maglaw.com<br>*Attorneys for Defendant Robert Trosten* |

SO ORDERED.

Dated: New York, NY

    May 20, 2008

*[signature]*

Gerard E. Lynch, United States District Judge

2