UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                  :
In re REFCO, INC. SECURITIES LITIGATION                           :   07 MDL No. 1902 (GEL)
                                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
MARC S. KIRSCHNER,                                                :
as Trustee of the Refco Litigation Trust,                         :
                                                                  :   07 Civ. 11604 (GEL)
                              Plaintiff,                          :
             v.                                                   :
                                                                  :
GRANT THORNTON LLP, MAYER, BROWN,                                 :
ROWE & MAW LLP, et al., ERNST & YOUNG                             :
US LLP, PRICEWATERHOUSECOOPERS                                    :
LLP, CREDIT SUISSE SECURITIES (USA)                               :
LLC (f/k/a CREDIT SUISSE FIRST BOSTON                             :
LLC), BANC OF AMERICA SECURITIES                                  :
LLC, DEUTSCHE BANK SECURITIES INC.,                               :
PHILLIP R. BENNETT, SANTO C. MAGGIO,                              :   **RULE 7.1 STATEMENT OF**
ROBERT C. TROSTEN, TONE N. GRANT,                                 :   **REFCO GROUP HOLDINGS, INC.**
REFCO GROUP HOLDINGS INC., LIBERTY                                :
CORNER CAPITAL STRATEGIES LLC,                                    :
WILLIAM T. PIGOTT, EMF FINANCIAL                                  :
PRODUCTS LLC, EMF CORE FUND LTD.,                                 :
DELTA FLYER FUND LLC, ERIC M.                                     :
FLANAGAN, INGRAM MICRO INC., CIM                                  :
VENTURES INC., BECKENHAM TRADING                                  :
CO. INC., ANDREW KRIEGER, COAST                                   :
ASSET MANAGEMENT LLC (f/k/a COAST                                 :
ASSET MANAGEMENT LP), CS LAND                                     :
MANAGEMENT LLC, and CHRISTOPHER                                   :
PETITT,                                                           :
                              Defendants.                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Defendant Refco Group Holdings, Inc. ("RGHI"), by and through its attorneys,

Golenbock Eiseman Assor Bell & Peskoe LLP, represents that it does not have

*425978.1*

any parent corporation, and there is no publicly held corporation that owns 10% or more of its stock.

Dated: New York, New York
      May 21, 2008

                          GOLENBOCK EISEMAN ASSOR BELL
                          & PESKOE LLP

                          By:   /s/ Jeffrey T. Golenbock
                                 Jeffrey T. Golenbock (JG 2217)
                                 Adam C. Silverstein (AS 4876)

                          437 Madison Avenue, 35th Floor
                          New York, New York 10022-7302
                          (212) 907-7300

                          *Attorneys for Defendant Refco Group Holdings, Inc.*