UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                        :
In re REFCO, INC. SECURITIES LITIGATION :        07 MDL No. 1902 (GEL)
                                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                        :
MARC S. KIRSCHNER,                                      :
as Trustee of the Refco Litigation Trust,               :        07 Civ. 11604 (GEL)
                                                        :
                        Plaintiff,                      :
            v.                                          :        **NOTICE OF APPEARANCE**
                                                        :
GRANT THORNTON LLP, et al.,                             :
                                                        :
                        Defendants.          ' :
                                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PLEASE TAKE NOTICE that Kevin H. Marino of Marino Tortorella PC, with

offices located at 437 Southern Boulevard, Chatham, New Jersey 07928-1488, hereby

appears in the above-captioned action on behalf of defendants William T. Pigott and

Liberty Corner Capital Strategies, LLC.

I hereby certify that I am admitted to practice before this Court.

                                        Respectfully submitted,

Dated: Chatham, New Jersey
       May 21, 2008

                              By:    _____
                                     Kevin H. Marino (KM 4941)
                                     MARINO TORTORELLA PC
                                     437 Southern Boulevard
                                     Chatham, New Jersey 07928-1488
                                     Tel.: (973) 824-9300
                                     Fax: (973) 824-8425

                                     *Attorneys for Defendants William T.*
                                     *Pigott and Liberty Corner Capital*
                                     *Strategies, LLC*