UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------- x
                                   :
In re REFCO, INC. SECURITIES LITIGATION :   07 MDL No. 1902 (GEL)
                                   :
---------------------------------- x
---------------------------------- x
                                   :
MARC S. KIRSCHNER,                 :
as Trustee of the Refco Litigation Trust, :   07 Civ. 11604 (GEL)
                                   :
            Plaintiff,             :
       v.                          :   **NOTICE OF APPEARANCE**
                                   :
GRANT THORNTON LLP, et al.,        :
                                   :
            Defendants.            :
                                   :
---------------------------------- x

PLEASE TAKE NOTICE that Roseann Bassler Dal Pra of Marino Tortorella PC, with offices located at 437 Southern Boulevard, Chatham, New Jersey 07928-1488, hereby appears in the above-captioned action on behalf of defendants William T. Pigott and Liberty Corner Capital Strategies, LLC.

I hereby certify that I am admitted to practice before this Court.

Respectfully submitted,

Dated: Chatham, New Jersey           By:  /s/ Roseann Bassler Dal Pra
       May 21, 2008                       Roseann Bassler Dal Pra (RBD 4919)
                                          MARINO TORTORELLA PC
                                          437 Southern Boulevard
                                          Chatham, New Jersey 07928-1488
                                          Tel.: (973) 824-9300
                                          Fax: (973) 824-8425

                                          *Attorneys for Defendants William T. Pigott and Liberty Corner Capital Strategies, LLC*