UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- x
                                   :
In re REFCO, INC. SECURITIES LITIGATION   :   07 MDL No. 1902 (GEL)
                                   :
---------------------------------- x
MARC S. KIRSCHNER, AS TRUSTEE OF   :
THE REFCO LITIGATION TRUST,        :
                                   :
        Plaintiff,              :
                                   :
    - against -                   :
                                   :
GRANT THORNTON LLP, MAYER BROWN,   :
ROWE & MAW, LLP, ERNST & YOUNG U.S. :
LLP, PRICEWATERHOUSECOOPERS LLP,   :
CREDIT SUISSE SECURITIES (USA) LLC :
(F/K/A CREDIT SUISSE FIRST BOSTON  :   07 Civ. 11604 (GEL)
LLC), BANC OF AMERICA SECURITIES   :
LLC, DEUTSCHE BANK SECURITIES INC., :   **RULE 7.1 STATEMENT**
PHILIP R. BENNETT, SANTO C. MAGGIO, :   **OF CIM VENTURES INC.**
ROBERT C. TROSTEN, TONE N. GRANT,  :
REFCO GROUP HOLDINGS, INC., LIBERTY :
CORNER CAPITAL STRATEGIES, LLC,    :   ELECTRONICALLY FILED
WILLIAM T. PIGOTT, EMF FINANCIAL   :
PRODUCTS, LLC, EMF CORE FUND, LTD., :
DELTA FLYER FUND, LLC, ERIC M.     :
FLANAGAN, INGRAM MICRO, INC., CIM  :
VENTURES, INC., BECKENHAM TRADING  :
CO., INC., ANDREW KRIEGER, COAST   :
ASSET MANAGEMENT, LLC (F/K/A COAST :
ASSET MANAGEMENT LP), CS LAND      :
MANAGEMENT, LLC, AND CHRISTOPHER   :
PETITT,                            :
                                   :
        Defendants.             :
                                   :
---------------------------------- x

      Pursuant to Federal Rule of Civil Procedure 7.1, CIM Ventures Inc., by and through its undersigned counsel, hereby discloses that CIM Ventures Inc. is owned by two parent corporations, Ingram Micro Logistics ("IML") and Ingram Micro SB Holdings ("IMSBH"),

neither of which are publicly-held entities, and that CIM Ventures Inc. is indirectly owned by Ingram Micro Inc., a publicly-traded corporation that owns 100 percent of IMSBH, is a partial owner of IML, and directly or indirectly owns 100 percent of IML's other parents.

Dated:   New York, New York
        May 21, 2008

                              DAVIS POLK & WARDWELL

                              By:   s/Robert F. Wise, Jr.
                                    Robert F. Wise, Jr. (RW-1508)
                                    Paul Spagnoletti (PS-5298)

                            450 Lexington Avenue
                            New York, New York  10017
                            (212) 450-4000

                            -and-

                            Peter C. John
                            WILLIAMS MONTGOMERY & JOHN LTD
                            20 North Wacker Drive, Suite 2100
                            Chicago, Illinois 60606
                            (312) 443-3200

                            *Attorneys for Defendants Ingram Micro Inc.*
                            *and CIM Ventures Inc.*