UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                  :
In re REFCO, INC. SECURITIES LITIGATION  :   07 MDL No. 1902 (GEL)
                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                  :
MARC S. KIRSCHNER,                    :
as Trustee of the Refco Litigation Trust,   :   07 Civ. 11604 (GEL)
                                                  :
              Plaintiff,                  :   **RULE 7.1 STATEMENT OF**
       v.                                 :   **DEFENDANT LIBERTY CORNER**
                                                  :   **CAPITAL STRATEGIES, LLC**
GRANT THORNTON LLP, et al.,       :
                                                  :
              Defendants.              :
                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

   Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant Liberty Corner Capital Strategies, LLC ("Liberty Corner") hereby certifies the company has no corporate parents, affiliates and/or subsidiaries that are publicly held and that no corporation owns 10% or more of its stock.

Dated: Chatham, New Jersey           By:   /s/ John D. Tortorella
       May 21, 2008                              John D. Tortorella (JT 3133)
                                                     MARINO TORTORELLA PC
                                                     437 Southern Boulevard
                                                     Chatham, New Jersey 07928-1488
                                                     Tel.: (973) 824-9300
                                                     Fax: (973) 824-8425

                                                     *Attorneys for Defendants William T. Pigott and Liberty Corner Capital Strategies, LLC*