UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                      :
In re REFCO, INC. SECURITIES LITIGATION      :     07 MDL No. 1902 (GEL)
                                                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
MARC S. KIRSCHNER, AS TRUSTEE OF             :
THE REFCO LITIGATION TRUST,                   :
                                                                      :
        Plaintiff,                                    :
                                                                      :
   - against -                                           :
                                                                      :
GRANT THORNTON LLP, MAYER BROWN,             :
ROWE & MAW, LLP, ERNST & YOUNG U.S.          :
LLP, PRICEWATERHOUSECOOPERS LLP,             :
CREDIT SUISSE SECURITIES (USA) LLC           :
(F/K/A CREDIT SUISSE FIRST BOSTON            :     07 Civ. 11604 (GEL)
LLC), BANC OF AMERICA SECURITIES             :
LLC, DEUTSCHE BANK SECURITIES INC.,          :     **RULE 7.1 STATEMENT**
PHILIP R. BENNETT, SANTO C. MAGGIO,          :     **OF INGRAM MICRO INC.**
ROBERT C. TROSTEN, TONE N. GRANT,            :
REFCO GROUP HOLDINGS, INC., LIBERTY          :
CORNER CAPITAL STRATEGIES, LLC,              :     <u>ELECTRONICALLY FILED</u>
WILLIAM T. PIGOTT, EMF FINANCIAL             :
PRODUCTS, LLC, EMF CORE FUND, LTD.,          :
DELTA FLYER FUND, LLC, ERIC M.               :
FLANAGAN, INGRAM MICRO, INC., CIM            :
VENTURES, INC., BECKENHAM TRADING            :
CO., INC., ANDREW KRIEGER, COAST             :
ASSET MANAGEMENT, LLC (F/K/A COAST           :
ASSET MANAGEMENT LP), CS LAND                :
MANAGEMENT, LLC, AND CHRISTOPHER             :
PETITT,                                      :
                                                                      :
        Defendants.                                 :
                                                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      Pursuant to Federal Rule of Civil Procedure 7.1, Ingram Micro Inc., by and through its undersigned counsel, hereby discloses that Ingram Micro Inc. is a publicly traded corporation and that no publicly held company has an ownership interest of 10% or more of its stock.

Dated:  New York, New York
        May 21, 2008

        DAVIS POLK & WARDWELL

By:  s/Robert F. Wise, Jr.
     Robert F. Wise, Jr. (RW-1508)
     Paul Spagnoletti (PS-5298)

450 Lexington Avenue
New York, New York  10017
(212) 450-4000

-and-

Peter C. John
WILLIAMS MONTGOMERY & JOHN LTD
20 North Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 443-3200

*Attorneys for Defendants Ingram Micro Inc.
and CIM Ventures Inc.*