UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                        :
In re REFCO, INC. SECURITIES LITIGATION  :   07 MDL No. 1902 (GEL)
                                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
MARC S. KIRSCHNER, AS TRUSTEE OF         :
THE REFCO LITIGATION TRUST,              :
                                                        :
                Plaintiff,                              :
                                                        :
        - against -                                     :
                                                        :
GRANT THORNTON LLP, MAYER BROWN,         :   07 Civ. 11604 (GEL)
ROWE & MAW, LLP, ERNST & YOUNG U.S.      :
LLP, PRICEWATERHOUSECOOPERS LLP,         :   **NOTICE OF MOTION TO DISMISS**
CREDIT SUISSE SECURITIES (USA) LLC       :   **COUNT THIRTY-SEVEN OF THE**
(F/K/A CREDIT SUISSE FIRST BOSTON        :   **COMPLAINT AS AGAINST**
LLC), BANC OF AMERICA SECURITIES         :   **INGRAM MICRO INC. AND**
LLC, DEUTSCHE BANK SECURITIES INC.,      :   **CIM VENTURES INC.**
PHILIP R. BENNETT, SANTO C. MAGGIO,      :
ROBERT C. TROSTEN, TONE N. GRANT,        :
REFCO GROUP HOLDINGS, INC., LIBERTY      :   **ORAL ARGUMENT REQUESTED**
CORNER CAPITAL STRATEGIES, LLC,          :
WILLIAM T. PIGOTT, EMF FINANCIAL         :
PRODUCTS, LLC, EMF CORE FUND, LTD.,      :
DELTA FLYER FUND, LLC, ERIC M.           :   ELECTRONICALLY FILED
FLANAGAN, INGRAM MICRO, INC., CIM        :
VENTURES, INC., BECKENHAM TRADING        :
CO., INC., ANDREW KRIEGER, COAST         :
ASSET MANAGEMENT, LLC (F/K/A COAST       :
ASSET MANAGEMENT LP), CS LAND            :
MANAGEMENT, LLC, AND CHRISTOPHER         :
PETITT,                                  :
                                                        :
                Defendants.                             :
                                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        PLEASE TAKE NOTICE that defendants Ingram Micro Inc. and CIM Ventures Inc. will

move this Court for an order pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil

Procedure dismissing with prejudice count thirty seven of the Complaint as against them.  The grounds for this motion are set forth in the defendants' accompanying memorandum of law.

PLEASE TAKE FURTHER NOTICE that defendants Ingram Micro Inc. and CIM Ventures Inc. respectfully request oral argument on the present motion.

Dated:   New York, New York
         May 21, 2008

DAVIS POLK & WARDWELL

By:  s/Robert F. Wise, Jr.
     Robert F. Wise, Jr. (RW-1508)
     Paul Spagnoletti (PS-5298)

450 Lexington Avenue
New York, New York  10017
(212) 450-4000

-and-

Peter C. John
WILLIAMS MONTGOMERY & JOHN LTD
20 North Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 443-3200

*Attorneys for Defendants Ingram Micro Inc. and CIM Ventures Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 21, 2008, I caused true and accurate copies of: (i) the foregoing Notice of Motion to Dismiss Count Thirty-Seven of the Complaint as Against Ingram Micro Inc. and CIM Ventures Inc., (ii) the accompanying Memorandum of Law by defendants Ingram Micro Inc. and CIM Ventures Inc. in support of their motion, and (iii) the Declaration of Robert F. Wise, Jr., dated May 21, 2008, in support of the motion to be served upon counsel of record by the Court's CM/ECF system or by overnight courier at the addresses set forth on the attached service list where ECF service was not available.

Dated: New York, New York
       May 21, 2008

                                                            s/ Ian R. Rooney
                                                            Ian R. Rooney

SERVICE LIST

Richard I. Werder, Jr.
Nicholas J. Calamari
Michael B. Carlinsky
Susheel Kirpalani
Sascha N. Rand
Rebecca J. Trent
Robert C. Juman
Rex Lee
QUINN EMANUEL URQUHART
OLIVER & HEDGES LLP
51 Madison Avenue
22nd Floor
New York, NY 10010
Phone: (212) 849-7000
Fax: (212) 849-7100
rickwerder@quinnemanuel.com
nicholascalamari@quinnemanuel.com
michaelcarlinsky@quinnemanuel.com
sarahrubin@quinnemanuel.com
sascharand@quinnemanual.com
beckytrent@quinnemanual.com
robertjuman@quinnemanual.com
rexlee@quinnemmanual.com
*Counsel for Marc S. Kirschner, as*
*Trustee of the Refco Litigation Trust*

Susheel Kirpalani
Milbank, Tweed, Hadley &
McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Phone: (212) 530-5234
Fax: (212) 822-5234
skirpalani@milbank.com

-and-

John R. McCambridge
Todd C. Jacobs
Gary M. Miller
GRIPPO & ELDEN, LLC
111 South Wacker Drive
Chicago, IL 60606
docket@grippoelden.com,
ourdocket@gmail.com

*Counsel for Marc S. Kirschner, as*
*Trustee of the Refco Litigation Trust*

Philip D. Anker
WILMER CUTLER PICKERING
HALE & DORR LLP
399 Park Avenue
New York, NY 10022
Phone: (212) 230 8890
Fax: (212) 230 8888
philip.anker@wilmerhale.com

-and-

Jeffrey Todd Gilbert
Pia N. Thompson
REED SMITH, LLP
10 South Wacker Drive
40th Floor
Chicago, IL 60606-7507
tguzman@reedsmith.com,
jgilbert@reedsmith.com,
pthompson@reedsmith.com

*Counsel for Banc of America
Securities, LLC; Credit Suisse
Securities (USA), LLC; Deutsche
Bank Securities, Inc.*

Aaron E. Albert
Alan C. Thomas
FISCHER PORTER & THOMAS, P.C.
440 Sylvan Avenue
Suite 130
Englewood Cliffs, NJ 07632-2700
Phone: (201) 569-5959 x 131
Fax: (201) 871-4544
aalbert@fpmtlaw.com
athomas@fpmtlaw.com
*Counsel for Beckenham Trading Co.,
Inc.; Andrew Krieger*

Joel Alan Blanchet
James C. Joslin
Reed S. Oslan
Peter Stasiewicz
Amanda J. Wendorff
Micah Eric Marcus
Richard Howell
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL 60601-6636
jblanchet@kirkland.com,
jjoslin@kirkland.com,
roslan@kirkland.com,
pstasiewicz@kirkland.com,
awendorff@kirkland.com,
mmcarcus@kirkland.com,
rhowell@kirkland.com
*Counsel for Coast Asset Management,
LLC f/k/a Coast Asset Management
LP; CS Land Management, LLC*

Richard Soto
Scott E. Hershman
HUNTON & WILLIAMS LLP
200 Park Avenue
New York, NY 10166-0136
Phone: (212) 309-1053
Fax: (212) 309-1100
rsoto@hunton.com
shershman@hunton.com
*Counsel for Santo C. Maggio*

| | |
|---|---|
| David E. Mollon<br>WINSTON & STRAWN LLP<br>200 Park Avenue<br>New York, NY 10166-4193<br>dmollon@winston.com<br><br>-and-<br><br>Linda T. Coberly<br>Catherine W. Joyce<br>Bradley E. Lerman<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive<br>Chicago, IL 60601<br>lcoberly@winston.com,<br>cjoyce@winston.com,<br>blerman@winston.com,<br>ECF_CH@winston.com<br>***Counsel for Grant Thornton, LLP*** | James J. Capra, Jr.<br>Kenneth T. Turnball<br>James P. Cusick<br>ORRICK HERRINGTON &<br>SUTCLIFFE LLP<br>666 Fifth Avenue<br>New York, NY 10103<br>Phone: (212) 506-5000<br>jcapra@orrick.com<br>kturnball@orrick.com<br>***Counsel for PriceWaterhouseCoopers LLP*** |
| John K. Villa<br>Anthony M. Candido<br>Craig D. Singer<br>Daniel P. Shananhan<br>Michael S. Sundermeyer<br>Thomas G. Ward<br>WILLIAMS & CONNOLLY LLP<br>725 12th Street, N.W.<br>Washington, DC 20005<br>Phone: (202) 434-5000<br>Fax: (202) 434-5029<br><br>-and-<br><br>Kevin Michael Forde<br>KEVIN M. FORDE, LTD.<br>111 West Washington Street<br>Suite 1100<br>Chicago, IL 60602<br>kforde@fordeltd.com,<br>kbrubaker@fordeltd.com<br>***Counsel for Mayer Brown LLP*** | Anthony M. Candido<br>CLIFFORD CHANCE US LLP<br>31 West 52nd Street<br>New York, NY 10019-6131<br>Phone: (212) 878-8000<br>Fax: (212) 878-8375<br>anthony.candido@cliffordchance.com<br>***Counsel for Mayer Brown International LLP***<br><br>Veronica E. Rendon<br>ARNOLD & PORTER LLP<br>399 Park Avenue<br>New York, NY 10022<br>Phone: (212) 715-1165<br>Fax: (212) 715-1399<br>veronica.rendon@aporter.com<br>***Counsel for Delta Flyer Fund, LLC; EMF Financial Products, LLC; EMF Core Fund, Ltd.; Eric M. Flanagan*** |

4

Christopher R. Harris
Anthony Maul
Miles N. Ruthberg
Elizabeth H. Hickey
LATHAM & WATKINS LLP
885 Third Avenue
Suite 1000
New York, NY 10022-4834
Phone: (212) 906-1200
Fax: (212) 751-4864
christopher.harris@lw.com
miles.ruthberg@lw.com
elizabeth.hickey@lw.com
***Counsel for Ernst & Young U.S. LLP***

Thomas Justin Cunningham
Ronald M. Lepinskas
Sally Weiss Mimms
Phillip Russell Perdew
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, IL 60606
tcunningham@lockelord.com,
rlepinskas@lockelord.com,
mhoeft@lockelord.com,
smimms@lockelord.com,
pperdew@lockelord.com,
kargyris@lockelord.com,
docket@lockelord.com
***Counsel for Christopher Petitt***

John D. Tortorello
Roseann Bassler Dal Pra
MARINO TORTORELLO PC
437 Southern Boulevard
Chatham, NJ 07928-1488
Phone: (973) 824-9300
Fax: (973) 824-8425
jtortorella@kbmarino.com
rdalpra@khmarino.com
***Counsel for Liberty Corner Capital Strategies, LLC; William T. Pigott***

Barbara Moses
Rachel M. Korenblat
James S. Darrow
MORVILLO ABRAMOWITZ GRAND IASON ANELLO & BOHRER, P.C.
565 Fifth Avenue
New York, NY 10017
Phone: (212) 856-9600
Fax: (212) 856-9494
bmoses@maglaw.com
jdarrow@maglaw.com
rkorenblat@maglaw.com

-and

Maura Forde O'Meara
Stephen J. O'Neil
BELL BOYD & LLOYD
70 West Madison Street
Suite 3100
Chicago, IL 60602
momeara@bellboyd.com,
soneil@bellboyd.com,
docket@bellboyd.com
***Counsel for Robert C. Trosten***

5

Jeffrey T. Golenbock
Adam C. Silverstein
GOLENBOCK EISEMAN ASSOR
BELL & PESKOE LLP
437 Madison Avenue
New York, NY 10022-7302
Phone: (212) 907-7300
Fax: (212) 754-0330
jgolenbock@golenbock.com
asilverstein@golenbock.com
*Counsel for Phillip R. Bennett; Refco Group Holdings, Inc.*

-and-

Edward Sidney Weil
Heather L. Kramer
SCHWARTZ COOPER CHARTERED
180 North LaSalle Street
Suite 2700
Chicago, IL 60601
eweil@scgk.com, hkramer@scgk.com
*Counsel for Phillip R. Bennett*

Norman L. Eisen
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W.
Suite 1000
Washington, DC 20036
Phone: (202) 778-1800
Fax: (202) 822-8106
neisen@zuckerman.com
*Counsel for Tone Grant*