UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------- x
In re REFCO, INC. SECURITIES LITIGATION :    07 MDL No. 1902 (GEL)
------------------------------- x
------------------------------- x
MARC S. KIRSCHNER,
as Trustee of the Refco Litigation Trust,    :    07 Civ. 11604 (GEL)

               Plaintiff,

       v.

GRANT THORNTON LLP, et al.,

              Defendants.
------------------------------- x

## NOTICE OF CHANGE OF ADDRESS

**To:**    Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following information change for **Roseann Bassler Dal Pra**:

1.    I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: RBD 4919.

2.    I am counsel of record on the above-entitled case at the following firm:

> **Marino Tortorella PC**
> **437 Southern Boulevard**
> **Chatham, New Jersey 07928-1488**
> Tel.: (973) 824-9300
> Fax: (973) 824-8425
> E-mail: rdalpra@khmarino.com

Dated: May 21, 2008

                                                          */s/ Roseann Bassler Dal Pra*
                                                          Roseann Bassler Dal Pra (RBD 4919)