UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
                                      )

In re REFCO, INC. SECURITIES LITIGATION  )    07 MDL No. 1902 (GEL)
                                      )

-------------------------------------------------------------x
-------------------------------------------------------------x
                                      )

MARC S. KIRSCHNER,  )
As Trustee of the Refco Litigation Trust,  )
                                      )

        Plaintiff,  )
    -vs.-  )
                                        )

GRANT THORNTON LLP, MAYER BROWN,  )
ROWE & MAW, LLP, et al., ERNST & YOUNG  )
U.S. LLP., PRICEWATERHOUSECOOPERS LLP, )    Kirschner v. Grant Thornton LLP et al.
CREDIT SUISSE SECURITIES (USA) LLC, (f/k/a )    No. 07 Civ. 11604 (GEL)
CREDIT SUISSE FIRST BOSTON LLC), BANC  )
OF AMERICA SECURITIES LLC, DEUTSCHE  )    ECF Filed
BANK SECURITIES INC., PHILLIP R. BENNETT,)
SANTO C. MAGGIO, ROBERT C. TROSTEN,  )    ORAL ARGUMENT REQUESTED
TONE N. GRANT, REFCO GROUP HOLDINGS, )
INC., LIBERTY CORNER CAPITAL  )
STRATEGIES, LLC, WILLIAM T. PIGOTT, EMF )
FINANCIAL PRODUCTS, LLC, EMF CORE  )
FUND, LTD., DELTA FLYER FUND, LLC, ERIC )
M. FLANAGAN, INGRAM MICRO, INC., CIM  )
VENTURES, INC., BECKENHAM TRADING CO.,)
INC., ANDREW KRIEGER, COAST ASSET  )
MANAGEMENT, LLC (f/k/a COAST ASSET  )
MANAGEMENT LP), CS LAND MANAGEMENT,)
LLC, and CHRISTOPHER PETITT,  )
                                        )

        Defendants.  )
-------------------------------------------------------------x



**THE INVESTMENT BANKS' NOTICE OF MOTION TO
DISMISS CLAIMS 15, 34, 35, 36, 43 AND 44 OF THE COMPLAINT**

    PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support

of the Investment Banks' Motion to Dismiss Claims 15, 34, 35, 36, 43 and 44 of the Complaint,

the Declaration of Jeremy S. Winer in Support of the Investment Banks' Motion to Dismiss

Claims 15, 34, 35, 36, 43 and 44 of the Complaint, dated May 21, 2008, and all prior

proceedings had herein, Defendants Credit Suisse Securities (USA) LLC, Banc of America

Securities LLC, and Deutsche Bank Securities Inc. (the "Investment Banks"), by and through

their undersigned counsel, will move before the Honorable Gerard E. Lynch, at the United States

Courthouse, 500 Pearl Street, New York, New York 10007, for an Order dismissing Claims 15,

34, 35, 36, 43 and 44 of the Complaint with prejudice pursuant to Rules 12(b)(1) and 12(b)(6) of

the Federal Rules of Civil Procedure.

Pursuant to the Court's May 14, 2008, Stipulation and Order, any opposing affidavits and

answering memoranda to the Investment Banks' Motion to Dismiss must be served on the

undersigned on or before August 29, 2008.

Dated: New York, New York
         May 21, 2008

                                        WILMER CUTLER PICKERING
                                        HALE AND DORR LLP


                                        By:  /s Philip D. Anker
                                             Robert B. McCaw
                                             Philip D. Anker
                                             (philip.anker@wilmerhale.com)
                                             Lori A. Martin
                                             John V.H. Pierce
                                             Dawn M. Wilson
                                             Jeremy S. Winer

                                             399 Park Avenue
                                             New York, New York 10022
                                             Tel.: (212) 230-8800
                                             Fax: (212) 230-8888

                                             *Attorneys for Defendants Credit Suisse
                                             Securities (USA) LLC, Banc of America
                                             Securities LLC, Deutsche Bank Securities,
                                             Inc.*

2