UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
                                      :
In re REFCO, INC. SECURITIES LITIGATION : 07 MDL No. 1902 (GEL)
                                      :
------------------------------------- x
------------------------------------- x
MARC S. KIRSCHNER,                    :
as Trustee of the Refco Litigation Trust, :
                                      : 07 Civ. 11604 (GEL)
               Plaintiff,             :
       v.                             :
                                      :
GRANT THORNTON LLP, MAYER, BROWN,     : **RULE 7.1 DISCLOSURE**
ROWE & MAW LLP, et al., ERNST & YOUNG : **STATEMENT OF DEFENDANT**
US LLP, PRICEWATERHOUSECOOPERS        : **GRANT THORNTON LLP**
LLP, CREDIT SUISSE SECURITIES (USA)   :
LLC (f/k/a CREDIT SUISSE FIRST BOSTON :
LLC), BANC OF AMERICA SECURITIES      :
LLC, DEUTSCHE BANK SECURITIES INC.,   :
PHILLIP R. BENNETT, SANTO C. MAGGIO,  :
ROBERT C. TROSTEN, TONE N. GRANT,     :
REFCO GROUP HOLDINGS INC., LIBERTY    :
CORNER CAPITAL STRATEGIES LLC,        :
WILLIAM T. PIGOTT, EMF FINANCIAL      :
PRODUCTS LLC, EMF CORE FUND LTD.,     :
DELTA FLYER FUND LLC, ERIC M.         :
FLANAGAN, INGRAM MICRO INC., CIM      :
VENTURES INC., BECKENHAM TRADING      :
CO. INC., ANDREW KRIEGER, COAST       :
ASSET MANAGEMENT LLC (f/k/a COAST     :
ASSET MANAGEMENT LP), CS LAND         :
MANAGEMENT LLC, and CHRISTOPHER       :
PETITT,                               :
                                      :
               Defendants.            :
------------------------------------- x

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Grant Thornton LLP certifies that Grant Thornton LLP is an Illinois limited liability partnership which does not have a parent company, and further certifies that there is no authorized or outstanding stock in Grant Thornton LLP.

Dated: New York, New York
       May 21, 2008

Respectfully submitted,
WINSTON & STRAWN LLP

     /s/
David E. Mollón (dmollon@winston.com)
Ruth A. Braun (rbraun@winston.com)
200 Park Avenue
New York, NY 10166
(212) 294-6700

Bradley E. Lerman (blerman@winston.com)
Catherine W. Joyce (cjoyce@winston.com)
Linda T. Coberly (lcoberly@winston.com)

WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601-9703
(312) 558-5600

*Attorneys for Defendant Grant Thornton LLP*