UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
                                     :
In re REFCO, INC. SECURITIES LITIGATION : 07 MDL No. 1902 (GEL)
                                     :
------------------------------------ x
------------------------------------ x
MARC S. KIRSCHNER,                   :
as Trustee of the Refco Litigation Trust, :
                                     :
                                     : 07 Civ. 11604 (GEL)
                Plaintiff,           :
         v.                          :
                                     :
GRANT THORNTON LLP, MAYER, BROWN, : **NOTICE OF MOTION**
ROWE & MAW LLP, et al., ERNST & YOUNG :
US LLP, PRICEWATERHOUSECOOPERS       :
LLP, CREDIT SUISSE SECURITIES (USA)  :
LLC (f/k/a CREDIT SUISSE FIRST BOSTON :
LLC), BANC OF AMERICA SECURITIES     :
LLC, DEUTSCHE BANK SECURITIES INC.,  :
PHILLIP R. BENNETT, SANTO C. MAGGIO, :
ROBERT C. TROSTEN, TONE N. GRANT,    :
REFCO GROUP HOLDINGS INC., LIBERTY   :
CORNER CAPITAL STRATEGIES LLC,       :
WILLIAM T. PIGOTT, EMF FINANCIAL     :
PRODUCTS LLC, EMF CORE FUND LTD.,    :
DELTA FLYER FUND LLC, ERIC M.        :
FLANAGAN, INGRAM MICRO INC., CIM     :
VENTURES INC., BECKENHAM TRADING     :
CO. INC., ANDREW KRIEGER, COAST      :
ASSET MANAGEMENT LLC (f/k/a COAST    :
ASSET MANAGEMENT LP), CS LAND        :
MANAGEMENT LLC, and CHRISTOPHER      :
PETITT,                              :
                                     :
                Defendants.          :
------------------------------------ x

**PLEASE TAKE NOTICE THAT**, upon the accompanying Memorandum of

Law In Support of Grant Thornton LLP's Motion to Dismiss the Complaint, upon the

accompanying Declaration of Ruth A. Braun dated May 21, 2008, and upon all prior pleadings

and proceedings herein, the undersigned will move this Court before the Honorable Gerard E.

Lynch, United States District Judge, in the Daniel Patrick Moynihan United States Courthouse,

500 Pearl Street, Courtroom 6B, New York, New York 10007, at a date and time to be set by the Court, for an order dismissing the Complaint with prejudice, pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b).

Dated: May 21, 2008
      New York, New York

Respectfully submitted,

WINSTON & STRAWN LLP

      /s/
By: David E. Mollón

*Of Counsel:*

Margaret Maxwell Zagel
Tracy Berry
Kenneth Cunningham
GRANT THORNTON LLP
175 West Jackson, 20th Floor
Chicago, Illinois 60604
Ph: 312-856-0001
Fax: 312-565-3473

David E. Mollón (dmollon@winston.com)
WINSTON & STRAWN LLP
200 Park Avenue
Ph: 212-294-6700
Fax: 212-294-4700

Bradley E. Lerman (blerman@winston.com)
Catherine W. Joyce (cjoyce@winston.com)
Linda T. Coberly (lcoberly@winston.com)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, Illinois 60601
Ph: 312-558-5600
Fax: 312-558-5700

*Attorneys for Grant Thornton LLP*