UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
                                                              :
In re REFCO, INC. SECURITIES LITIGATION :    07 MDL No. 1902 (GEL)
                                                              :
------------------------------------------------------------- x
------------------------------------------------------------- x
MARC S. KIRSCHNER,                          :
as Trustee of the Refco Litigation Trust,  :
                                                              :
                                                              :    07 Civ. 11604 (GEL)
                    Plaintiff,              :
          v.                                :
                                                              :
GRANT THORNTON LLP, MAYER, BROWN, :    **CERTIFICATE OF SERVICE**
ROWE & MAW LLP, et al., ERNST & YOUNG :
US LLP, PRICEWATERHOUSECOOPERS        :
LLP, CREDIT SUISSE SECURITIES (USA)   :
LLC (f/k/a CREDIT SUISSE FIRST BOSTON  :
LLC), BANC OF AMERICA SECURITIES      :
LLC, DEUTSCHE BANK SECURITIES INC.,   :
PHILLIP R. BENNETT, SANTO C. MAGGIO,  :
ROBERT C. TROSTEN, TONE N. GRANT,     :
REFCO GROUP HOLDINGS INC., LIBERTY    :
CORNER CAPITAL STRATEGIES LLC,         :
WILLIAM T. PIGOTT, EMF FINANCIAL       :
PRODUCTS LLC, EMF CORE FUND LTD.,      :
DELTA FLYER FUND LLC, ERIC M.           :
FLANAGAN, INGRAM MICRO INC., CIM       :
VENTURES INC., BECKENHAM TRADING      :
CO. INC., ANDREW KRIEGER, COAST        :
ASSET MANAGEMENT LLC (f/k/a COAST     :
ASSET MANAGEMENT LP), CS LAND          :
MANAGEMENT LLC, and CHRISTOPHER       :
PETITT,                                     :
                                                              :
                    Defendants.             :
------------------------------------------------------------- x

    I hereby affirm under penalties of perjury the following:

    1.    I am an attorney with the firm of Winston & Strawn LLP, 200 Park Avenue, New York, New York, counsel of record for Defendant Grant Thornton LLP.

2.  On May 21, 2008, Grant Thornton LLP's Notice of Motion To Dismiss the Complaint, Memorandum of Law in Support of its Motion to Dismiss and accompanying Declaration of Ruth A. Braun and its exhibits was served via electronic filing in the Southern District of New York's CM/ECF system to all parties and via U.S. Postal Service to the following:

John K. Villa
Michael S. Sundermeyer
Craig D. Singer
Daniel P. Shanahan
Williams & Connolly LLP
725 12th Street, N.W.
Washington, D.C. 20005

*Counsel for Defendant Mayer Brown LLP*

Veronica E. Rendon
Arnold & Porter LLP
399 Park Avenue
New York, NY 10022-4690

*Counsel for Defendants EMF Financial Products LLC, Delta Flyer Fund LLC, and Eric M. Flanagan*

Kevin H. Marino
John D. Tortorella
Marino Tortorella PC
437 Southern Boulevard
Chatham, New Jersey 07928-1488

*Counsel for Defendants Liberty Corner Capital Strategies LLC and William T. Pigott*

Peter C. John
Eric R. Lifvendahl
Williams Montgomery & John Ltd.
20 North Wacker Drive, Suite 2100
Chicago, IL 60606

*Counsel for Defendants Ingram Micro Inc. and CIM Ventures Inc.*

American Financial International Group - Asia, LLC
Squitieri & Fearon, LLP
32 East 57th Street
12th Floor
New York, NY 10022

James C. Joslin
Micah E. Marcus
Kirkland & Ellis
200 East Randolph Street
Chicago, IL 60601

Shelley Thompson
Labaton Sucharow, LLP
140 Broadway
New York, NY 10005

Dated: May 21, 2008
       New York, New York

_____
Ruth A. Braun