## CERTIFICATE OF SERVICE

I, Jeremy S. Winer, an attorney, hereby certify that on Wednesday, May 21, 2008, I caused to be served by Federal Express, a true and correct copy of the Memorandum of Law in Support of the Investment Banks' Motion to Dismiss Claims 15, 34, 35, 36, 43 and 44 of the Complaint, the Declaration of Jeremy S. Winer, dated May 21, 2008, in support thereof, and Exhibits A - M in further support thereof, on the individuals shown below:

| | |
|---|---|
| Sascha Nicholas Rand<br>QUINN EMANUEL URQUHART<br>OLIVER & HEDGES, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>*Counsel for Plaintiff Marc S. Kirschner, as Trustee of the Refco Litigation Trust* | James J. Capra, Jr.<br>ORRICK HERRINGTON &<br>SUTCLIFFE LLP<br>666 Fifth Avenue<br>New York, NY 10103<br>*Counsel to Defendants PricewaterhouseCoopers LLP* |
| David Emilio Mollon<br>WINSTON & STRAWN LLP<br>200 Park Avenue<br>New York, NY 10166-4193<br>*Counsel to Defendants Grant Thornton LLP* | Anthony Mathias Candido<br>CLIFFORD CHANCE US LLP<br>31 West 52nd Street<br>New York, NY 10019-6131<br>*Counsel to Mayer Brown International LLP* |
| Christopher R. Harris<br>LATHAM & WATKINS LLP<br>885 Third Avenue<br>New York, NY 10022<br>*Counsel to Defendant Ernst & Young U.S. LLP* | Ronald M. Lepinskas<br>DLA PIPER<br>203 North LaSalle Street, Suite 1900<br>Chicago, Illinois 60601-1293<br>*Counsel to Defendant Christopher Petitt* |
| Barbara Moses<br>MORVILLO, ABRAMOWITZ, GRAND,<br>IASON, ANELLO, & BOHRER, P.C.<br>565 Fifth Avenue<br>New York, NY 10017<br>*Counsel to Defendant Robert C. Trosten* | John K. Villa<br>WILLIAMS & CONNOLLY LLP<br>725 Twelfth Street, N.W.<br>Washington, D.C. 20005<br>*Counsel to Mayer, Brown, Rowe & Maw, LLP* |
| Jeffrey T. Golenbock<br>GOLENBOCK EISEMAN ASSOR<br>BELL & PESKIE LLP<br>437 Madison Avenue<br>New York, NY 10022-7302<br>*Counsel to Defendants Phillip R. Bennett and Refco Group Holdings, Inc.* | Melinda Sarafa<br>ZUCKERMAN SPAEDER LLP<br>1540 Broadway<br>Suite 1604<br>New York, NY 10036<br>*Counsel to Defendant Tone Grant* |

| | |
|---|---|
| Scott E. Hershman<br>HUNTON & WILLIAMS LLP<br>200 Park Avenue<br>New York, NY 10166-0091<br>*Counsel to Defendant Santo C. Maggio* | John D. Tortorella<br>MARINO TORTORELLA PC<br>437 Southern Boulevard<br>Chatham, NJ 07928<br>*Counsel to Defendants Liberty Corner Capital Strategies, LLC and William T. Pigott* |
| Veronica E. Rendon<br>ARNOLD & PORTER LLP<br>399 Park Avenue<br>New York, NY 10022-4690<br>*Counsel to Defendants Eric M. Flanagan; EMF Financial Products, LLC; and Delta Flyer Fund, LLC* | Joel A. Blanchet<br>KIRKLAND & ELLIS LLP<br>Citigroup Center 153 East 53rd Street<br>New York, NY 10022<br>*Counsel to Defendants Coast Asset Management, LLC (f/k/a Coast Asset Management LP); and CS Land Management, LLC* |
| Aaron E. Albert<br>FISCHER PORTER & THOMAS, P.C.<br>440 Sylvan Avenue<br>Suite 130<br>Englewood Cliffs, NJ 07632-2700<br>*Counsel to Defendants Beckenham Trading Co. Inc. and Andrew Krieger* | Robert F. Wise, Jr.<br>DAVIS POLK & WARDWELL<br>450 Lexington Avenue<br>New York, NY 10017<br>*Counsel to Ingram Micro, Inc. and CIM Ventures, Inc.* |
| Dated: May 21, 2008<br>New York, New York | *[signature]*<br>Jeremy S. Winer |