UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re REFCO, INC. SECURITIES LITIGATION | 07 MDL No. 1902 (GEL) |
| MARC S. KIRSCHNER,<br>As Trustee of the Refco Litigation Trust,<br><br>Plaintiff,<br><br>v.<br><br>GRANT THORNTON LLP, MAYER BROWN, ROWE & MAW, LLP; ERNST AND YOUNG U.S. LLP; PRICEWATERHOUSECOOPERS LLP; CREDIT SUISSE SECURITIES (USA) LLC (f/k/a CREDIT SUISSE FIRST BOSTON LLC); BANC OF AMERICA SECURITIES LLC; DEUTSCHE BANK SECURITIES INC.; PHILLIP R. BENNETT, SANTO C. MAGGIO; ROBERT C. TROSTEN; TONE N. GRANT; REFCO GROUP HOLDINGS, INC.; LIBERTY CORNER CAPITAL STRATEGIES, LLC; WILLIAM T. PIGOTT; EMF FINANCIAL PRODUCTS, LLC; EMF CORE FUND, LTD.; DELTA FLYER FUND, LLC; ERIC M. FLANAGAN; INGRAM MICRO, INC.; CIM VENTURES, INC.; BECKENHAM TRADING CO. INC.; ANDREW KREIGER; COAST ASSET MANAGEMENT, LLC (f/k/a COAST ASSET MANAGEMENT LP); CS LAND MANAGEMENT, LLC; and CHRISTOPHER PETITT,<br><br>Defendants. | 07 Civ. 11604 (GEL)<br><br>**Electronically Filed** |

### NOTICE OF THE UK LIMITED LIABILITY PARTNERSHIP
### MAYER BROWN INTERNATIONAL LLP's MOTION TO DISMISS

PLEASE TAKE NOTICE that, upon the Complaint in this action, the accompanying Memorandum of Law in Support of the Motion and all other pleadings and proceedings herein, the UK limited liability partnership Mayer Brown International LLP, by its attorneys, Clifford Chance US LLP, will move this Court, before the Honorable Gerard E. Lynch, at the United

States Courthouse, Courtroom 6B, 500 Pearl Street, New York, New York, 10007, at a date and time to be determined, for an Order dismissing the Complaint with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6) and granting such other and further relief as this Court may deem just and proper.

Dated:    New York, New York
          May 21, 2008

                                        Respectfully Submitted,

                                        [signature]
                                        Joel M. Cohen (JC-9162)
                                        Anthony M. Candido (AC-9458)
                                        Timothy Casey (TC-3857)
                                        CLIFFORD CHANCE US LLP
                                        31 West 52nd Street
                                        New York, New York 10019
                                        Tel:(212) 878-8000
                                        Fax:(212) 878-8375

                                        *Attorneys for the*
                                        *UK Limited Liability Partnership*
                                        *Mayer Brown International LLP*

## CERTIFICATE OF SERVICE

    I, Damien Morris, hereby certify that on May 21, 2008, I caused one copy of the Notice of the UK Limited Liability Partnership Mayer Brown International LLP's Motion to Dismiss and all related documents to be distributed to all counsel of record via the Court's Electronic Filing System.

Dated: May 21, 2008

                                                                      Damien Morris