UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re REFCO, INC. SECURITIES LITIGATION | No. 07-MD-1902 (GEL) |

This Document Relates To:

| | |
|---|---|
| MARC S. KIRSCHNER,<br>As Trustee of the Refco Litigation Trust,<br><br>Plaintiff,<br>-vs.-<br><br>GRANT THORNTON LLP, et al.,<br><br>Defendants. | No. 07-CV-11604 (GEL) |

**PRICEWATERHOUSECOOPERS LLP'S CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2008, PricewaterhouseCoopers LLP's Notice of Motion to Dismiss, Memorandum of Law, Declaration of James J. Capra, Jr., and Request for Judicial Notice were served on all parties registered with the Court's ECF system, under docket numbers 07-MD-1902 (GEL) and 07-CV-11604 (GEL). On the same date, copies of these documents were served by first class mail upon the Manual Service List, as listed below:

/s/ Alison Swap
Alison Swap
ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, New York 10103
(212) 506-5000

*Attorneys for Defendant*
*PricewaterhouseCoopers LLP*

OHS East:160432759.1

cc:   **ECF Service List**

<u>Manual Service List</u>

**Daniel P. Shanahan**
**Craig D. Singer**
**Michael S. Sundermeyer**
**John K. Villa**
Williams & Connolly, LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005

**American Financial International Group - Asia, LLC**
Squitieri & Fearon, LLP
32 East 57th Street
12th Floor
New York, NY 10022

**James C. Joslin**
**Micah E. Marcus**
Kirkland & Ellis (IL)
200 East Randolph Street
Chicago, IL 60601

**Catherine W. Joyce**
Winston & Strawn, LLP
35 West Wacker Drive
Chicago, IL 60601

**Shelley Thompson**
Labaton Sucharow, LLP
140 Broadway
New York, NY 10005