UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------- x
                                 :
In re REFCO, INC. SECURITIES LITIGATION : 07 MDL No. 1902 (GEL)
                                 :
-------------------------------- x
-------------------------------- x
                                 :
MARC S. KIRSCHNER,               :
as Trustee of the Refco Litigation Trust, : 07 Civ. 11604 (GEL)
                                 :
            Plaintiff,           :
       v.                        : **NOTICE OF APPEARANCE**
                                 :
GRANT THORNTON LLP, et al.,      :
                                 :
            Defendants.          :
                                 :
-------------------------------- x

     PLEASE TAKE NOTICE that John D. Tortorella of Marino Tortorella PC, with offices located at 437 Southern Boulevard, Chatham, New Jersey 07928-1488, hereby appears in the above-captioned action on behalf of defendants William T. Pigott and Liberty Corner Capital Strategies, LLC.

     I hereby certify that I am admitted to practice before this Court.

                          Respectfully submitted,

Dated: Chatham, New Jersey      By: /s/ John D. Tortorella
       May 21, 2008                     John D. Tortorella (JT 3133)
                                          MARINO TORTORELLA PC
                                          437 Southern Boulevard
                                          Chatham, New Jersey 07928-1488
                                          Tel.: (973) 824-9300
                                          Fax: (973) 824-8425

                                          *Attorneys for Defendants William T. Pigott and Liberty Corner Capital Strategies, LLC*