∠YNEH/

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/22/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARC S. KIRSCHNER,                                    )
As Trustee of the Refco Litigation Trust              )
                                                      )
                        Plaintiff,                    )    Case No. 07-CV-11604 (GEL)
                                                      )
            v.                                        )
                                                      )
GRANT THORNTON LLP, MAYER, BROWN,                     )    STIPULATION AND
ROWE & MAW, LLP, ERNST & YOUNG U.S. LLP,              )    ~~PROPOSED~~ ORDER
PRICEWATERHOUSECOOPERS LLP, CREDIT                    )
SUISSE SECURITIES (USA) LLC (f/k/a CREDIT             )
SUISSE FIRST BOSTON LLC), BANC OF AMERICA )
SECURITIES LLC, DEUTSCHE BANK SECURITIES )
INC., PHILLIP R. BENNETT, SANTO C. MAGGIO,   )
ROBERT C. TROSTEN, TONE N. GRANT, REFCO      )
GROUP HOLDINGS, INC., LIBERTY CORNER         )
CAPITAL STRATEGIES, LLC, WILLIAM T.          )
PIGOTT, EMF FINANCIAL PRODUCTS, LLC, EMF )
CORE FUND, LTD., DELTA FLYER FUND, LLC,      )
ERIC M. FLANAGAN, INGRAM MICRO, INC.,        )
CIM VENTURES, INC., BECKENHAM TRADING        )
CO. INC., ANDREW KRIEGER, COAST ASSET        )
MANAGEMENT, LLC (f/k/a COAST ASSET     )
MANAGEMENT LP), CS LAND MANAGEMENT,          )
LLC, and CHRISTOPHER PETITT.                 )
                                                      )
                        Defendants.                   )

---

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the

undersigned parties, that:

1.      The above-captioned action is stayed as against Tone N. Grant, pending the final

resolution of *United States v. Phillip R. Bennett, Robert C. Trosten & Tone N. Grant*, No. 05 Cr.

1192 (NRB), including sentencing and the exhaustion of any appeals.

2.      This stipulation does not modify the Deposition Protocol Order "so ordered" by

the Court on December 11, 2007.

1816012.1

Dated: May 21, 2008
   New York, New York

QUINN EMANUEL URQUHART
  OLIVER & HEDGES LLP

By: _Sascha N. Rand_

Sascha N. Rand (SR-7275)
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel. (212) 849-7000
Email: sascharand@quinnemanuel.com
*Attorneys for Plaintiff*

ZUCKERMAN SPAEDER LLP

By: _____

Norman L. Eisen
Laura E. Neish (LN-0040)
1540 Broadway, Suite 1604
New York, NY 10036
Tel. (212) 704-9600
Email: neisen@zuckerman.com
Email: lneish@zuckerman.com

- and -

HANNAFAN & HANNAFAN, LTD.
Michael T. Hannafan
Blake T. Hannafan
One East Wacker Drive, Suite 2800
Chicago, IL 60601
Tel: (312) 527-0055
Email: bth@hannafanlaw.com

*Attorneys for Tone N. Grant*

SO ORDERED.

Dated: New York, NY
    May 21, 2008

_Gerard E. Lynch_

Gerard E. Lynch, United States District Judge

2

1816012.1