UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARC S. KIRSCHNER, as Trustee of the Refco Litigation Trust,

                    Plaintiff,

      - against -

GRANT THORNTON LLP, et al.,

                    Defendants.

No. 07 Civ. 11604 (GEL)

## NOTICE OF WITHDRAWAL OF ATTORNEY

PLEASE TAKE NOTICE that James Spiegel Darrow is hereby withdrawn as counsel of record in this matter.

DATED: August 22, 2008

                                MORVILLO, ABRAMOWITZ, GRAND,
                                IASON, ANELLO & BOHRER, P.C.

                                By:    /s/ Rachel Korenblat
                                        Rachel Korenblat (RK-0170)

                                565 Fifth Avenue
                                New York, NY 10017
                                (212) 856-9600 – Main
                                (212) 856-9494 – Fax

                                *Attorneys for Defendant Robert C. Trosten*