# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: REFCO INC. SECURITIES LITIGATION | 07 MDL No. 1902 (GEL) |
| MARC S. KIRSCHNER, As Trustee of the Refco Litigation Trust,<br><br>Plaintiff,<br><br>v.<br><br>GRANT THORNTON LLP, MAYER BROWN, ROWE & MAW, LLP; ERNST & YOUNG U.S. LLP; PRICEWATERHOUSECOOPERS LLP; CREDIT SUISSE SECURITIES (USA) LLC (f/k/a CREDIT SUISSE FIRST BOSTON LLC); BANC OF AMERICA SECURITIES LLC; DEUTSCHE BANK SECURITIES INC.; PHILLIP R. BENNETT; SANTO C. MAGGIO; ROBERT C. TROSTEN; TONE N. GRANT; REFCO GROUP HOLDINGS, INC.; LIBERTY CORNER CAPITAL STRATEGIES, LLC; WILLIAM T. PIGOTT; EMF FINANCIAL PRODUCTS, LLC; EMF CORE FUND, LTD.; DELTA FLYER FUND, LLC; ERIC M. FLANAGAN; INGRAM MICRO, INC.; CIM VENTURES, INC.; BECKENHAM TRADING CO. INC.; ANDREW KRIEGER; COAST ASSET MANAGEMENT, LLC (f/k/a COAST ASSET MANAGEMENT LP); CS LAND MANAGEMENT, LLC; and CHRISTOPHER PETITT,<br><br>Defendants. | Case No. 07 Civ. 11604 (GEL) |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2008, (i) Plaintiff's Opposition to Defendants' Motions to Dismiss and (ii) Declaration of Sascha N. Rand in Support of Plaintiff's Opposition to Defendants' Motions to Dismiss were served on all parties registered with the Court's CM/ECF system, under docket numbers 07-MD-1902 (GEL) and 07-CV-11604 (GEL).  On the same date, copies of these documents were served by first class mail upon the Manual Service List, as listed below:

Dated:  August 29, 2008
         New York, New York

By:   /s/ Rex Lee
      Rex Lee
      Quinn Emanuel Urquhart Oliver & Hedges LLP
      51 Madison Avenue, 22nd Floor
      New York, NY  10010
      Tel:  (212) 849-7000
      Email:  *rexlee@quinnemanuel.com*

cc: ECF Service List

Manual Service List

| | |
|---|---|
| Daniel P. Shanahan<br>Craig D. Singer<br>Michael S. Sundermeyer<br>John K. Villa<br>Williams & Connolly, LLP<br>725 Twelfth Street, N.W.<br>Washington, D.C. 20005 | American Financial International Group - Asia, LLC<br>Squitieri & Fearon, LLP<br>32 East 57th Street<br>12th Floor<br>New York, NY 10022 |
| James C. Joslin<br>Micah E. Marcus<br>Kirkland & Ellis (IL)<br>200 East Randolph Street<br>Chicago, IL 60601 | Catherine W. Joyce<br>Winston & Strawn, LLP<br>35 West Wacker Drive<br>Chicago, IL 60601 |
| Shelley Thompson<br>Labaton Sucharow, LLP<br>140 Broadway<br>New York, NY 10005 | |