UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MARC S. KIRSCHNER, as Trustee of the Refco
Litigation Trust,

                Plaintiff,

-v-

GRANT THORNTON LLP; MAYER BROWN,
ROWE & MAW, LLP, ERNST & YOUNG U.S.
LLP, PRICEWATERHOUSECOOPERS LLP;
CREDIT SUISSE SECURITIES (USA) LLC;
(f/k/a CREDIT SUISSE FIRST BOSTON LLC);
BANC OF AMERICA SECURITIES LLC;
DEUTSCHE BANK SECURITIES INC.;
PHILLIP R. BENNETT; SANTO C. MAGGIO
ROBERT C. TROSTEN; TONE N. GRANT
REFCO GROUP HOLDINGS, INC.; LIBERTY
CORNER CAPITAL STRATEGIES, LLC;
WILLIAM T. PIGOTT; EMF FINANCIAL
PRODUCTS, LLC; EMF CORE FUND, LTD.;
DELTA FLYER FUND, LLC; ERIC M.
FLANAGAN; INGRAM MICRO, INC.; CIM
VENTURES, INC.; ANDREW KRIEGER;
COAST ASSET MANAGEMENT, LLC (f/k/a
COAST ASSET MANAGEMENT LP); CS LAND
MANAGEMENT, LLC; and CHRISTOPHER
PETITT,

                Defendants.

------------------------------------------------------------x

07 Civ. 11604 (GEL)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/09

GERARD E. LYNCH, District Judge:

      In an Opinion and Order dated April 14, 2009, the Court granted seven motions to dismiss filed by several of the numerous defendants to this action. It has come to the Court's attention that the second footnote of the Opinion, which lists the various professional firms that filed motions to dismiss, erroneously includes the firm Ernst & Young U.S. LLP. However, Ernst & Young did not file a motion to dismiss. Indeed, in an opinion issued on May 21, 2008, the Court stayed proceedings against Ernst & Young pursuant to a binding arbitration clause.

      Accordingly, the Clerk of the Court is respectfully directed to docket the amended opinion and to amend the judgment to delete any reference to Ernst & Young U.S. LLP.

SO ORDERED:

Dated: New York, New York
       May 5, 2009

                                                    GERARD E. LYNCH
                                                    United States District Judge