```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x
                                         :
                                         :
                                         :
                                         :    07 MDL 1902 (JSR)
                                         :    (Applies To All Cases)
IN RE REFCO SECURITIES LITIGATION        :
                                         :    CASE MANAGEMENT ORDER #90
                                         :
                                         :
                                         :
                                         :
---------------------------------------- x
```

JED S. RAKOFF, U.S.D.J.

The Court has received the bill from Special Master Capra for the month of January, which will be docketed for the parties' review. Any party who wishes to object to this bill must submit such objection to the Court in writing no later than one week from today, i.e., by February 12, 2013. If no objections are received, the Case Accountant will be authorized to pay the bill out of the established account.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       February 5, 2013

**Professor Daniel J. Capra**
**Special Master**

Fordham Law School
140 West 62nd Street
New York, New York 10023
dcapra@law.fordham.edu

February 2, 2013

For Services Rendered as Special Master in In re Refco Inc. Securities Litigation, 07-MD-1902 (JSR) (SDNY):

| | |
|---|---|
| January 18 — summary judgment papers, Plaintiffs | 3.2 |
| January 19 — summary judgment papers, Plaintiffs | 3.1 |
| January 22 — summary judgment papers, DPM | 2.5 |
| January 25 — summary judgment papers, defendants in Krys v. Sugrue | 3.6 |
| January 26 — summary judgment papers, Plaintiffs | 2.1 |
| January 27 — summary judgment papers, Mayer Brown | 3.4 |
| January 28 — summary judgment papers and case research, Krys v. Sugrue | 3.8 |
| January 29 — summary judgment papers, primary wrong | 3.3 |
| January 30 — summary judgment papers, defendants in Sugrue | 3.0 |

Total Hours                                                              27.6

      Hours @ $500/hr.

      Total Bill ------                                     $13,800.00